# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANK D. WUTERICH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1366 (RMC) |
| v. | ) | |
| | ) | |
| JOHN MURTHA, | ) | |
| Congressman, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT'S CONSENT MOTION TO ENLARGE
## THE TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the United States of America, on behalf of Congressman John Murtha, and through undersigned counsel, respectfully moves this Court to enlarge the time within which defendant may answer or otherwise respond to the complaint by two weeks, from April 23, 2007 May 7, 2007.  This is defendant's second extension for the answer to the complaint and plaintiff consents to the extension sought herein.

In support of this motion, defendant states the following: the United States anticipates filing a motion to substitute the United States as the sole defendant in this action and to dismiss plaintiff's claims in their entirety.  Although counsel is in the process of preparing the motion, counsel requires additional time to obtain the necessary documentation and declarations.  The extension requested herein will provide counsel the time to obtain the necessary documentation and prepare a response to the complaint.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the requested extension.

April 18, 2007                                    Respectfully submitted,

                /s/
              JEFFREY A. TAYLOR, D.C. Bar # 498610
              United States Attorney

                /s/
              RUDOLPH CONTRERAS, DC BAR #434122
              Assistant United States Attorney

                /s/
              JOHN F. HENAULT, D.C. Bar # 472590
              Assistant United States Attorney
              555 4th Street, N.W.
              Washington, DC 20530
              (202) 307-1249
              (202) 514-8780 (facsimile)