**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRANK D. WUTERICH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1366 (RMC) |
| v. | ) | |
| | ) | |
| JOHN MURTHA, | ) | |
| Congressman, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

This matter comes before the Court on defendant's consent motion for an extension of time to respond to the complaint. After considering the motion and the record herein, it is, this ____ day of April, 2007, hereby

ORDERED, that defendant's motion is GRANTED. Defendant shall file an answer or otherwise respond to the complaint on or before May 7, 2007.

_____
Rosemary M. Collyer
United States District Judge

cc:   Counsel of record via ECF