

*For most current information on Congressman Murtha's position on the War in Iraq, please see*
http://www.house.gov/murtha/iraq.shtml

**Congressman Murtha calls for redeployment from Iraq**

For Immediate Release
November 17, 2005

**(Washington D.C.)**- Staying the course in Iraq is not an option or a policy. I believe we must begin discussions for an immediate re-deployment of U.S. forces from Iraq. I believe it can be accomplished in as little as six months but it must be consistent with the safety of U.S. troops. We must insist that the Iraqis step up and seize their own destiny.

The public is way ahead of Congress and is thirsting for a new direction. Over 70% of the responses I have received are in favor of my re-deployment plan. The public knows this war cannot be won with words. Most agree the insurgency cannot be won militarily. The Iraqis themselves must be the driving force. Yet we have lost the hearts and minds of the Iraqi people. America wants and DESERVES real answers: What is the clear definition of success? Is there a plan? How much longer and how many more lives? In short, what is the end game?

Aside from the fact that the original plan to win the peace was flawed, two and a half years later, the indices that would determine the ultimate success of a stable Iraq have not improved. Electricity and oil production are below pre-war levels, unemployment remains at 60% and insurgent incidents have increased from 150 to over 700 per week. Average monthly death rates of U.S. service members have grown since the Abu Ghraib

prison incidents from 1 per day to almost 4. Despite the addition of MORE troops, MORE equipment and MORE money, Iraq and the region have become LESS stable over time. Global terrorism has risen. What is MORE of the same going to do for Iraq or the region?

Some claim the answer is to put even more troops on the ground, but many of our troops are already on their third deployment, our Army cannot recruit to its current target, even as they lower recruiting standards. We cannot do this without a draft.

My plan calls for a more rapid turnover of Iraq to the Iraqi people. General Casey said in a September 2005 hearing, "the perception of occupation in Iraq is a major driving force behind the insurgency." We have become a catalyst for violence. A recent poll showed that 80% of the Iraqi public are "strongly opposed" to the presence of coalition troops and 45% believe attacks against Americans are justified.

The Iraqis are a smart and proud people. They must take control of their country. My plan motivates the Iraqis to take control, sooner rather than later.

Many callers who initially opposed my plan, after looking at the details, changed their minds, so I encourage people to review my full prepared statement from Thursday, Nov. 17, and my resolution.

(####)

Home | Press List

# CONGRESSMAN JOHN MURTHA
*Proudly Serving...*
*Pennsylvania's 12th Congressional District*

**For Immediate Release**
**November 17, 2005**

The Honorable John P. Murtha
*War in Iraq*

**(Washington D.C.)** - The war in Iraq is not going as advertised. It is a flawed policy wrapped in illusion. The American public is way ahead of us. The United States and coalition troops have done all they can in Iraq, but it is time for a change in direction. Our military is suffering. The future of our country is at risk. We can not continue on the present course. It is evident that continued military action in Iraq is not in the best interest of the United States of America, the Iraqi people or the Persian Gulf Region.

General Casey said in a September 2005 Hearing, "the perception of occupation in Iraq is a major driving force behind the insurgency." General Abizaid said on the same date, "Reducing the size and visibility of the coalition forces in Iraq is a part of our counterinsurgency strategy."

For 2 ½ years I have been concerned about the U.S. policy and the plan in Iraq. I have addressed my concerns with the Administration and the Pentagon and have spoken out in public about my concerns. The main reason for going to war has been discredited. A few days before the start of the war I was in Kuwait – the military drew a red line around Baghdad and said when U.S. forces cross that line they will be attacked by the Iraqis with Weapons of Mass Destruction – but the US forces said they were prepared. They had well trained forces with the appropriate protective gear.

We spend more money on Intelligence than all the countries in the world together, and more on Intelligence than most countries GDP. But the Intelligence concerning Iraq was wrong. It is not a world intelligence failure. It is a U.S. intelligence failure and the way that intelligence was misused.

I have been visiting our wounded troops at Bethesda and Walter Reed hospitals almost every week since the beginning of the War. And what demoralizes them is going to war with not enough troops and equipment to make the transition to peace; the devastation caused by IEDs; being deployed to Iraq when their homes have

been ravaged by hurricanes; being on their second or third deployment and leaving their families behind without a network of support.

The threat posed by terrorism is real, but we have other threats that cannot be ignored. We must be prepared to face all threats. The future of our military is at risk. Our military and their families are stretched thin. Many say that the Army is broken. Some of our troops are on their third deployment. Recruitment is down, even as our military has lowered its standards. Defense budgets are being cut. Personnel costs are skyrocketing, particularly in health care. Choices will have to be made. We can not allow promises we have made to our military families in terms of service benefits, in terms of their health care, to be negotiated away. Procurement programs that ensure our military dominance cannot be negotiated away. We must be prepared. The war in Iraq has caused huge shortfalls at our bases in the U.S. Much of our ground equipment is worn out and in need of either serious overhaul or replacement. George Washington said, "To be prepared for war is one of the most effective means of preserving peace." We must rebuild our Army. Our deficit is growing out of control. The Director of the Congressional Budget Office recently admitted to being "terrified" about the budget deficit in the coming decades. This is the first prolonged war we have fought with three years of tax cuts, without full mobilization of American industry and without a draft. The burden of this war has not been shared equally; the military and their families are shouldering this burden.

Our military has been fighting a war in Iraq for over two and a half years. Our military has accomplished its mission and done its duty. Our military captured Saddam Hussein, and captured or killed his closest associates. But the war continues to intensify. Deaths and injuries are growing, with over 2,079 confirmed American deaths. Over 15,500 have been seriously injured and it is estimated that over 50,000 will suffer from battle fatigue. There have been reports of at least 30,000 Iraqi civilian deaths.

I just recently visited Anbar Province Iraq in order to assess the conditions on the ground. Last May 2005, as part of the Emergency Supplemental Spending Bill, the House included the Moran Amendment, which was accepted in Conference, and which required the Secretary of Defense to submit quarterly reports to Congress in order to more accurately measure stability and security in Iraq. We have now received two reports. I am disturbed by the findings in key indicator areas. Oil production and energy production are below pre-war levels. Our reconstruction efforts have been crippled by the security situation. Only $9 billion of the $18 billion appropriated for reconstruction has been spent. Unemployment remains at about 60 percent. Clean water is scarce. Only $500 million of the $2.2 billion appropriated for water projects has been spent. And most importantly, insurgent incidents have increased from about 150 per week to over 700 in the last year. Instead of attacks going down over time and with the addition of more troops, attacks have grown dramatically. Since the revelations at Abu Ghraib, American casualties have doubled. An annual State Department report in 2004 indicated a sharp increase in global terrorism.

I said over a year ago, and now the military and the Administration agrees, Iraq can not be won "militarily." I said two years ago, the key to progress in Iraq is to Iraqitize, Internationalize and Energize. I believe the same today. But I have concluded that the presence of U.S. troops in Iraq is impeding this progress.

Our troops have become the primary target of the insurgency. They are united against U.S. forces and we have become a catalyst for violence. U.S. troops are the common enemy of the Sunnis, Saddamists and foreign jihadists. I believe with a U.S. troop redeployment, the Iraqi security forces will be incentivized to take control. A poll recently conducted shows that over 80% of Iraqis are strongly opposed to the presence of coalition troops, and about 45% of the Iraqi population believe attacks against American troops are justified. I believe we need to turn Iraq over to the Iraqis. I believe before the Iraqi elections, scheduled for mid December, the Iraqi people and the emerging government must be put on notice that the United States will immediately redeploy. All of Iraq must know that Iraq is free. Free from United States occupation. I believe this will send a signal to the Sunnis to join the political process for the good of a "free" Iraq.

My plan calls:

To immediately redeploy U.S. troops consistent with the safety of U.S. forces.
To create a quick reaction force in the region.
To create an over- the- horizon presence of Marines.
To diplomatically pursue security and stability in Iraq

This war needs to be personalized. As I said before I have visited with the severely wounded of this war. They are suffering.

Because we in Congress are charged with sending our sons and daughters into battle, it is our responsibility, our OBLIGATION to speak out for them. That's why I am speaking out.

Our military has done everything that has been asked of them, the U.S. can not accomplish anything further in Iraq militarily. IT IS TIME TO BRING THEM HOME.

(####)

**Home | Press List**