Search Results - THOMAS (Library of Congress)   Case 1:06-cv-01366-RMC   Document 3-5   Filed 05/07/2007   Page 1 of 3   Page 1 of 1

The Library of Congress > THOMAS Home > Bills, Resolutions > Search Results

**Item 2 of 3**

# PREVIOUS | NEXT
# NEW SEARCH | HOME | HELP

**H.J.RES.73**
**Title:** To redeploy U. S. Forces from Iraq.
**Sponsor:** Rep Murtha, John P. [PA-12] (introduced 11/17/2005)     Cosponsors (105)
**Latest Major Action:** 11/17/2005 Referred to House committee. Status: Referred to the Committee on International Relations, and in addition to the Committee on Armed Services, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned.

| All Information (except text) | Text of Legislation | CRS Summary | Major Congressional Actions |
|---|---|---|---|
| Titles | Cosponsors (105) | Committees | All Congressional Actions |
| Related Bills | Amendments | Related Committee Documents | All Congressional Actions with Amendments<br>With links to *Congressional Record* pages, votes, reports |
| CBO Cost Estimates | Subjects | | |

THOMAS Home | Contact | Accessibility | Legal | FirstGov

HJ 73 IH

# 109th CONGRESS

1st Session

# H. J. RES. 73

To redeploy U.S. forces from Iraq.

## IN THE HOUSE OF REPRESENTATIVES

## November 17, 2005

Mr. MURTHA introduced the following joint resolution; which was referred to the Committee on International Relations, and in addition to the Committee on Armed Services, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

## JOINT RESOLUTION

To redeploy U.S. forces from Iraq.

Whereas Congress and the American people have not been shown clear, measurable progress toward establishment of stable and improving security in Iraq or of a stable and improving economy in Iraq, both of which are essential to `promote the emergence of a democratic government';

Whereas additional stabilization in Iraq by U.S. military forces cannot be achieved without the deployment of hundreds of thousands of additional U.S. troops, which in turn cannot be achieved without a military draft;

Whereas more than $277 billion has been appropriated by the United States Congress to prosecute U.S. military action in Iraq and Afghanistan;

Whereas, as of the drafting of this resolution, 2,079 U.S. troops have been killed in Operation Iraqi Freedom;

Whereas U.S. forces have become the target of the insurgency;

Whereas, according to recent polls, over 80 percent of the Iraqi people want the U.S. forces out of Iraq;

Whereas polls also indicate that 45 percent of the Iraqi people feel that the attacks on U.S. forces are justified; and

Whereas, due to the foregoing, Congress finds it evident that continuing U.S. military action in Iraq is not in the best interests of the United States of America, the people of Iraq, or the

Persian Gulf Region, which were cited in Public Law 107-243 as justification for undertaking such action: Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That:

SECTION 1. The deployment of United States forces in Iraq, by direction of Congress, is hereby terminated and the forces involved are to be redeployed at the earliest practicable date.

SEC. 2. A quick-reaction U.S. force and an over-the-horizon presence of U.S. Marines shall be deployed in the region.

SEC. 3. The United States of America shall pursue security and stability in Iraq through diplomacy.

END

THOMAS Home | Contact | Accessibility | Legal | FirstGov