## DECLARATION OF CYNTHIA ABRAM

1. I am a citizen of the United States and more than 18 years of age. I have first-hand personal knowledge of the facts set forth in this Declaration.

2. From November 2003 to August 2006, I served as Communications Director for Congressman John Murtha, U.S. Representative for Pennsylvania's 12th congressional district. As the Congressman's Communications Director, one of my responsibilities was to handle requests from the media for official interviews with the Congressman.

3. On November 17, 2005, Congressman Murtha introduced a joint resolution, H.J. Res. 73, which would require the redeployment of troops from Iraq.

4. Congressman Murtha has frequently been invited by media outlets to share his views on the Iraq war in his official capacity as a Congressman. The interviews that took place on May 19 and 30, 2006, are examples of such interviews. In each case, the producer or scheduler of the news program directed his or her request for an interview with Congressman Murtha to me as Communications Director for Congressman Murtha's congressional office. I then contacted the scheduler for the Congressman's Washington, D.C., or Pennsylvania congressional office to have the interview placed on the Congressman's official congressional calendar, which is maintained in the Congressman's office in the ordinary course of his official business.

5. CNN's Wolf Blitzer conducted the May 19, 2006, interview with the Congressman at CNN's Washington, D.C., studio. The three interviews conducted on May 30, 2006, (by CNN's Wolf Blitzer, CNN's Anderson Cooper, and NPR's Alex Chadwick) were taped using the news producers' remote broadcasting equipment while the Congressman was in his congressional district during a district work period. These three interviews were

physically conducted in the Congressman's campaign office which is located on the first floor of the building in which the congressional district office is also located (on the 4th floor). The interviews were conducted there, however, not because they were campaign-related, but for the convenience of the broadcasters. It was easier for them to set up their equipment in a first floor office. All campaign-related interview requests were handled separately through the Congressman's campaign office.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of May, 2007.

*Cynthia Abram*
Cynthia Abram