

**CNN.com.**   Member Center: Sign In | Register                                      International Edition

**SEARCH**   ⦿ THE WEB  ○ CNN.COM  [                    ]  [ Search ]  powered by **YAHOO! SEARCH**

Home Page
World
U.S.
Weather
Business
Sports
Analysis
Politics
Law
Technology
Science & Space
Health
Entertainment
Offbeat
Travel
Education
Special Reports
Video
Autos
Exchange

SUBSCRIBE TO TIME FOR $1.99!  CLICK HERE!

**SERVICES**
E-mails
RSS
Podcasts
CNNtoGO
CNN Pipeline

# TRANSCRIPTS   Transcript Providers

Shows By Category:

**Return to Transcripts main page**

### THE SITUATION ROOM

**U.S. Troops Involved in Violent Melee in Guantanamo; Fighting in Ramadi**

Aired May 19, 2006 - 19:00  ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.



WATCH **VIEW FROM THE TOP** on CNN's IN THE MONEY Saturday's 1 - 2pm and Sundays 3 - 4pm

> accenture
High performance. Delivered.
SPONSORED BY

WOLF BLITZER, CNN ANCHOR: To our viewers, you're in THE SITUATION ROOM, where new pictures and information are arriving all the time. Standing by, CNN reporters across the United States and around the world to bring you tonight's top stories.
Happening now -- on the defensive in Guantanamo Bay in Cuba. U.S. troops are involved in a violent melee with former detainees.

In Iraq, U.S. reinforcements are rushed to the town of Ramadi amid ferocious fighting with insurgents. We'll speak with war critic Congressman John Murtha.

It's 7:00 p.m. here in Washington. Should English be the national language? As the senate raises the stakes in the immigration debate, is racism involved? We'll hear from CNN's Lou Dobbs and a leading critic of the immigration crackdown.

─advertiser links─                                what's this?─
**US Flags on Sale - Free Shipping**
Free shipping on US flags, military flags, poles and accessory orders... www.conderflags.com

**American and USA Flags - Buy Direct**
American flags all on sale. Buy your next American flag directly from the... www.usflags.com

**US Flag from $1.80 Polyester 3x5'**
Wholesale and retail flags and banners. We accept wholesalers own... www.flagsimporter.com

**Buy American Car Flag Here**
Patriotic flags, magnets, pins, apparel, stickers, car flags and much... www.flagsoncars.com

And just days after he appealed to conservatives at one university, John McCain today is booed by liberals at another. Can he find any middle ground as he lays the groundwork for a possible presidential campaign? I'm Wolf Blitzer, you're in THE SITUATION ROOM.

U.S. forces right now hard pressed on two fronts. We have new details tonight on a clash at the U.S. naval base at Guantanamo Bay in Cuba, where authorities say terror detainees attacked U.S. military personnel. And in Iraq right now, U.S. commanders are rushing more troops to the city of Ramadi, the scene of some running gun battles, bitter gun battles with insurgents. We have a pair of reports coming in from the pentagon. Barbara Starr is standing by on the latest from Ramadi. Let's begin with our Senior Pentagon Correspondent Jamie McIntyre on the clash at Guantanamo. Jamie, what happened?

JAMIE MCINTYRE, SR. PENTAGON CORRESPONDENT: Well, Wolf, when we first heard about it, it sounded like it was a riot. But now it turns out it may have been more of a rouse.

(BEGIN VIDEOTAPE)

MCINTYRE: The top commander at the U.S. detention facility at Guantanamo Bay Cuba says an attempt Thursday night by one prisoner to hang himself was in fact a rouse to lure military guards into an ambush.

VOICE OF REAR ADM. HARRY HARRIS, CMDR. JOINT TASK FORCE GUANTANAMO: The detainees had slickened the floor of their block with feces, urine and soapy water, in an attempt to trip the guards. They then assaulted the guards with broken light fixtures, fan blades, and bits of metal.

MCINTYRE: Harris called the hour long melee the most violent outbreak in the prison's four and a half year history. It finally ended when U.S. troops fired non-lethal rubber bullets and sponge grenades in a five-minute counterattack. After it appeared the detainees were gaining the upper hand.

HARRIS: We entered with a force of approximately 10 individuals, and we were meeting one to one force with riot batons and shields. Frankly, the detainees were jumping off the beds, on top of the guards.

MCINTYRE: Earlier in the day, two detainees attempted suicide by taking prescription drugs that had been squirreled away. That makes 41 attempted suicides at Guantanamo by 25 different inmates. None has ever died. U.S military officials called the suicides an attempt by the detainees to get attention for their continuing war against the United States. It comes as the United Nations' top anti-torture body called on the United States to close Guantanamo Bay, calling it illegal, along with other secret jails that may house foreign terrorism suspects.

SEAN MCCORMACK, STATE DEPARTMENT SPOKESMAN: The president of the United States has talked about the fact that he doesn't want the United States to be the world's jailers. We – we at some point in the future would very much like to see Guantanamo Bay closed down. But at the moment, it's housing some dangerous people.

(END VIDEOTAPE)

MCINTYRE: The incident occurred in the minimum security, or medium security section of the prison, where so-called highly compliant detainees live in a communal setting and have the most freedom of interaction with each other. For that reason the U.S. military also considers it to be the most dangerous part of the detention facility. Wolf?

BLITZER: Jamie, thank you very much.

In Iraq, meanwhile, there's been some intense fighting between insurgents and U.S. forces. U.S. military commanders now deciding to rush reinforcements to Ramadi. Let's get the latest from our pentagon correspondent Barbara Starr. Barbara?

BARBARA STARR, CNN PENTAGON CORRESPONDENT: Well Wolf, U.S. military officials confirming that they are now sending reinforcements to Ramadi in western Iraq's very troubled Anbar Province. There have been running gun battles with insurgents across the city over the last several days. It has been very violent. Insurgents continuing to try and use the city's abandoned train station as a place to launch attacks. Snipers, IEDs, all of it. So finally the U.S. is now sending in a battalion size about 600 troops or so. They're not offering specific information about it. It is expected these additional troops may come from Kuwait. No one is exactly saying for sure. But they are sending these troops to try and get a handle on the violence in Ramadi.

Wolf, it is the second time in the last many weeks that the U.S. has had to send reinforcements to an area. You'll recall back in March, again, about 600 troops sent to Baghdad to try and get a handle on the violence there. Wolf?

BLITZER: Barbara, thank you very much.

Iraqi leaders are getting ready to announce a national unity government, perhaps only hours from now. But unity is by no means complete and neither is the government. Officials say there will be temporary appointments to the crucial defense and interior posts. Not yet ready to name an interior minister or a defense minister.

Joining us now to discuss all of this information, the democratic congressman, John Murtha. He's a very strong supporter of the U.S. military. He's also become a very sharp critic of the war in Iraq. Six months ago, he called for a withdrawal and a redeployment of U.S. troops, calling the Iraq mission a flawed policy wrapped in illusions. Six months later, congressman, has anything changed?

REP. JOHN MURTHA, (D) PENNSYLVANIA: Well, we lost 370 Americans since November 17th. We had 1,000 Iraqis killed last month. We've had no electricity, 2 1/2 hours electricity. Secretary Rumsfeld is over there and he says, they have the satellite dishes, but no electricity. He didn't say that, but that's what's the truth. The oil production is less than pre-war level. Unemployment, 60 percent.

You're not going to solve this by just putting a government together. You've got to have security. And we went in with inadequate forces, it got out of hand, and it's gotten no better. A matter of fact, the only answer is redeployment. All these folks that have half way solutions or an open ended solution, it's not going to work. We have to redeploy out of Iraq as quickly as we can, and then if we have to go back in for our own national security, then we can go back there.

BLITZER: They're redeploying right now, but they're sending reinforcements into Ramadi, given the latest battles between the insurgents and U.S. forces there. What do you make of that development?

MURTHA: Well, Wolf, when I see those kinds of things, I reiterate, they're in a civil war. This is a civil war between a hundred thousand Shias and 20,000 Sunnis. They're fighting each other. We're caught in the middle. We're the unifying force. The only trouble is we're unifying them against us, and our troops go out every day and fight these IEDs. And

when I say IEDs I'm sanitizing the explosive devices.

Every day, they go out, they miss them that day. One young fellow at the hospital said six times he was in vehicles that were hit with IEDs. Finally, it blew his arm off. So that's the kind of thing we're seeing all the time. And the explosives are going to actually shake their brain. This is a bloody, brutal war. Rove said the other day, it's a sour – the American public is soured. And the president said it's unsettling. This is not unsettling, the American public is upset – they see what's going on over there.

BLITZER: Here's what the president told our Suzanne Malveaux yesterday in an interview. Listen to this.

(BEGIN VIDEO CLIP)

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: The point the American people have got to know is we're going to succeed. And we're not going to succeed by listening to the advice of some in Washington that say, let's just pull out now. The Iraqi people want a democracy. They've got a unity government in place, and it's in our national interest that we defeat Al Qaeda in Iraq and at the same time help this country become a democracy.

(END VIDEO CLIP)

BLITZER: If the president were right here, what would you say to him?

MURTHA: I'd say that's all rhetoric Mr. President. That's not what's going to solve this problem. We've been in there longer than World War II in Europe, we've been in longer than World War I and longer than the Korean War. So when they talk about disappearing, leaving, cutting and running, that's just rhetoric. The thing that worries me, there's no plan. You open up the strategy for peace and there's nothing in it. There's no plan for success. There was no plan November 17th when I spoke out six months ago. There's no plan today. There's nothing that shows any progress at all.

BLITZER: There is a possibility that as early as tomorrow, they'll announce a new national unity government, albeit two of these key portfolios, the defense and interior ministries which run the military and police will be in a temporary basis. But that would be a step forward if they can start bringing in the Shia, the Kurd and the Sunni together.

MURTHA: Wolf, they keep saying, every step, every time there's an election, every time there's a constitutional election, they keep saying, everything's going to be alright, everything's getting better. What I measure is the situation on the ground. I measure the number of incidents which have increased since November 17th from 500 to 1,000. What I measure is the oil production which is less than prewar levels. 60 percent unemployment. That's what I measure to see if there's success. And if you don't have military security, you're not good. 80 percent of the Iraqis want us out of there.

BLITZER: Here's what the commanding general of the multinational corps in Iraq said today. Listen to this. Well let me read it to you. "I honestly believe that as this – begins work on the policies – that will be required to put people to work and make use of the vast resources of Iraq that you're going to see a decrease in violence." That's the military commander on the scene.

MURTHA: You know, they have to be hopeful. They have to make statements that they hope its better. But it's hope, and it's not deeds. I remember, we passed the $87 billion supplemental, the first one, and part of that was $18.5 billion, which was reconstruction, we never spent all that money. We never finished the schools. We never finished many of the things because of the military security. We don't have adequate forces to do the job. The British had 130,000 people there and it was only 2.5 million people in Iraq in 1920. We have 130,000 there and there's 26 million people there. There's no way we can control the situation with the numbers – the troop commanders have said to me, I have inadequate forces to do the job.

BLITZER: There's an investigation of what happened at Haditha. As you well know, U.S. marines were involved in an incident, civilians were killed. The chairman of the house armed services committee Duncan Hunter says, there's been no resolution, this investigation continues. I want to play for you what he said today. Duncan Hunter.

(BEGIN VIDEO CLIP)

REP. DUNCAN HUNTER, (R) ARMED SERVICES CHAIRMAN: If there were problems in the chain of command, if there was a cover-up, if anything wasn't reported, let the chips fall where they may. But don't presume anything. Those reports aren't finished yet. But the reports and the investigations are being pursued with great integrity.

(END VIDEO CLIP)

BLITZER: He was responding in part to you, because you've suggested this week that there in effect was a massacre.

MURTHA: Well there was. There's no question about it. I know, in talking to a number of people, and the information, I've never given you bad information yet. I talked to about it, in the context of the fact that these troops are under such tremendous pressure and that's what happens when they're under tremendous pressure. When this thing's all over, you're going to see exactly what I've said to be true. That, there was an IED attack, it killed one marine, and then they overreacted and killed a number of civilians without anybody firing at them. That's what you're going to find out.

But my whole point is, I -- I understand what happened. I don't excuse what happened, but I understand it because the pressure. Going out every day, they miss an IED explosive device, they find IEDs, somebody gets killed with an IED. They don't know who the enemy is, the pressure is tremendous. So when you find something like that, you're going to find these people cracking. And that's what happened to this --

BLITZER: The marines say they're still investigating. They don't know what happened yet. The pentagon says the same thing. How do you know what happened?

MURTHA: Wolf, you read the "Time" magazine articles. There are pictures, there are photos. You don't have to talk to the military about the proof. But you will see when the investigation is done that this was an overreaction by our troops, and this is the type thing that hurts us so badly. We're trying to win the hearts and minds of the people. Abu Ghraib was another example where they had inadequate forces, untrained people, undisciplined people in a prison. Had one person in a prison who had a court order against him, he couldn't see his family. He told the army that, and they still put him in a prison. So here we are with troops untrained, inadequate forces. They go out every day and there's tremendous stress and this is the kind of things that happens.

BLITZER: Congressman John Murtha, thanks very much for joining us.

MURTHA: Good to see you Wolf.

BLITZER: Jack Cafferty is off tonight. He'll be back on Monday. We have a lot more though coming up in THE SITUATION ROOM. Should English be our national language? There is a clash in the senate right now, over a new proposal. We're covering all sides of the story.

Plus, Lou Dobbs and a leading critic of the immigration crackdown are live here in THE SITUATION ROOM. They have very different perspectives.

Plus, John McCain playing to the left and the right. He gets booed today in New York City. Can he walk the middle line and win over both sides at the same time, especially if he wants to be president?

And the race in New Orleans. Is it about race? Voters head to the polls tomorrow. We'll take you live to New Orleans for a preview. Stay with us. You're in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: Welcome back. The scorching senate debate over immigration reform is getting even hotter. Members approved two controversial amendments, one to make English the national language. The other calls it a common and unifying language. Angry critics though are calling both measures racist. Our White House Correspondent Suzanne Malveaux is standing by. Let's go to our Senior National Correspondent John Roberts with the latest on what is going on. John?

JOHN ROBERTS, CNN SENIOR NATIONAL CORRESPONDENT: Hey, good evening to you, Wolf. It's hard to believe that this national debate over immigration could get anymore passionate than it already is. The action in the senate last night has set off another round of high pitched rhetoric over national identity, and as you said, charges of racism. The senate last night passed those two amendments. One which would make English the national, not the official language of the United States. The other, which would make English the common and unifying language.

While neither amendment would appear to supersede language protection laws that are already on the books, what we're talking about here is very powerful symbolism. For supporters, it's an important sense of national identity. For opponents, a symbol of national intolerance. Here's what senators Harry Reid and Lamar Alexander had to say about the idea.

(BEGIN VIDEO CLIP)

SEN. LAMAR ALEXANDER, (R) TENNESSEE: But to make this land of immigrants one country, we must have, and honor, our national language, our common language, and that language is English.

SEN. HARRY REID, (D) MINORITY LEADER: While the intent may not be there, I really believe this amendment is racist. I think it's directed basically to speak -- to people who speak Spanish.

(END VIDEO CLIP)

ROBERTS: Critics say there's no need for an amendment. That English is already the accepted language of the United States and that any laws codifying that might erode much needed assistance for people who can't yet speak English. But many immigrants that we talked to today don't agree with that position. Their thoughts: if you want to live and work in the United States, as difficult as it might be, you must learn English quickly. And almost to a person, they thought that the amendments were acceptable. Wolf?

BLITZER: Alright John, thank you very much.

The White House is expressing support today for the measures approved by the senate. The new White House Press Secretary Tony Snow says the president wants to make sure people who become U.S. citizens have a command of the English language. But in Texas today, the attorney general Alberto Gonzalez is quoted by "Reuters" as saying, "The president has never supported making English the national language." Gonzalez says he doesn't see the need to have such laws on the books. Our White House Correspondent Suzanne Malveaux is standing by to explain that. Is there a contradiction going on? A division within the administration?

SUZANNE MALVEAUX, CNN WHITE HOUSE CORRESPONDENT: The way they explain it is that it's simply some antics here that a misunderstanding that took place early today, Attorney General Alberto Gonzalez saying the president has never endorsed English as a national language. But then his spokesperson said what he meant to say, an official language. They're trying to make a distinction here. Tony Snow saying that the president — it's consistent to say English is a national language to support that amendment, as well as what they say, a common, unifying language that is part of Americans of course being able to have a command of the English language. Those who want to become U.S. citizens.

What they are not advocating or endorsing is the idea of English as an official language which would really have legal implications here. Because it would mean that essentially they would be changing practices or standards within the government when it comes to bilingual education and other types of things. President Bush yesterday, trying to make the point.

(BEGIN VIDEO CLIP)

BUSH: If you learn English, and you're a hard worker and you have a dream, you have the capacity from going from picking crops to owning the store. Or, from sweeping office floors, to being an office manager. That's been the greatness of America when you think about it. People have come here with a dream and have worked hard and realized that dream.

(END VIDEO CLIP)

MALVEAUX: So, Wolf, it may be all symbolic but it's very important symbolism because it's all apart of the president's strategy to push for this comprehensive immigration reform plan, and part of the argument that he's making is that immigrants need to assimilate into American society. Wolf?

BLITZER: Thanks, Suzanne. Suzanne Malveaux, John Roberts, part of the best political team on television. CNN, America's campaign headquarters.

We'll have more on the border battles coming up. Lou Dobbs and a leading immigrant advocate, they'll square off on the issue, they'll join us live right here in THE SITUATION ROOM. We'll talk about English, we'll talk about immigration reform, lots more. Stay with us. We'll be right back.

(COMMERCIAL BREAK)

BLITZER: Zain Verjee is joining us now with a quick look at some other headlines happening right now. Hi, Zain.

ZAIN VERJEE, CNN ANCHOR: Hi, Wolf. The "Associated Press" reports an FBI investigation's under way involving the Air Force's Thunderbird aerial stunt team. At issue is whether or not a company that was awarded a $50 million contract to promote the Thunderbird team had an unfair advantage. Officials say that company, Strategic Message Solutions, has ties to a recently retired general. The AP reports the air force directed the pentagon to review the contract award, and in turn, an official says the pentagon's inspector general referred the matter to the FBI.

Mexico wants an investigation into a shooting along the U.S./Mexican border near San Diego. Mexican investigators are looking at footage from surveillance cameras, and a top Mexican official wants to know if there was any excessive use of force. Yesterday, U.S. border officials stopped a suspicious vehicle that they thought might be carrying illegal immigrants. Police say shots were fired when the driver suddenly drove away. The driver was killed.

Four people have been indicted in connection with this 1998 arson fire at Colorado's Vail Ski Resort. An environmental extremist group calling itself the Earth Liberation Front claimed responsibility for the blaze, which caused $12 million in damage. Two of the defendants are already in custody. Authorities are looking for the other two.

We're now being told who sparked the new search for Jimmy Hoffa. A government investigator says a 75-year-old man named Donovan Wells is the informant. He's an ailing prison inmate. The investigator says Wells remembers suspicious activity on a farm near Detroit the day Hoffa disappeared. The inmate passed a polygraph according to the investigator. The FBI has been digging on that farm this week. Hoffa was last seen on the 30th of July 1975. Wolf?

BLITZER: Thank you, Zain, for that. Just ahead, CNN's Lou Dobbs will join us live here in the SITUATION ROOM along with the president of the National Council of La Raza. They'll assess the latest skirmishes in the border battle.

Plus, a not so warm welcome for Senator John McCain. We're going to show you why some graduates today turned their backs on him during his commencement speech. Stay with us. You're in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: Welcome back to THE SITUATION ROOM, I'm Wolf Blitzer in Washington. The debate over illegal immigration has led to some heated language recently, as emotions are flaring on all sides. Now, language is at the very heart of the border battle. Let's turn to our senior analyst Jeff Greenfield in New York. Jeff?

JEFF GREENFIELD, CNN SENIOR ANALYST: Wolf, it's semiofficial. The senate Thursday declared that English is the national language of the United States. It also declared that English is the common and unifying language which sounds slightly less mandatory. And if congress does pass an immigration bill, it's sure to reemphasize existing rules that require would be citizens to be proficient in English. More proof if you needed it that this topic stirs intense emotions.

(BEGIN VIDEOTAPE)

GREENFIELD: To understand why, go back to the massive pro immigration demonstrations earlier this spring, when the display of Mexican flags stirred strong reactions. Later demonstrations were dominated by American flags.

Or, consider the arguments over a Spanish language version of the Star Spangled Banner, with some of the lyrics altered. For some, that flag and that song suggest that immigrants want to be in the United States, but not of it, that they identify more with the culture of the land they left.

For generations of earlier immigrants, their first years in America were spent largely in neighborhoods where the language of the old country dominated. In New York, newsstands display papers in dozens of languages. Today with immigration rates higher than they have been in decades, there is a new boom in non-English media. On TV, Telemundo and Univision are major players with a combined audience of more than 4.7 million viewers. In Los Angeles, Spanish language station KMEX is the most watched station.

But those facts have led to concerns that a younger generation that does not earn English will be powerfully disadvantaged in later life. That's one big reason why California voters of 1998 overwhelmingly approved a ballot measure to require strong emphasis on English in the classroom. Not surprisingly, there's no consensus on whether that's made a difference. There's no doubt that Asian Americans now outperform every other ethnic group academically. And there's plenty of anecdotal evidence about Vietnamese refuges mastered English and became academic superstars.

(END VIDEOTAPE)

GREENFIELD: At root this debate over language may go to the heart of what it means to be an American. We have come here from every corner of the world. We have no common race or religion or culture or ethnic group. So, a common tongue becomes an invaluable tool for overcoming those differences – Wolf.

BLITZER: Jeff Greenfield, thank you very much.

Let's get some more now on the latest skirmishes in the border battle. For that we are joined by CNN's Lou Dobbs in New York and in Los Angeles Janet Murguia. She is the president of the National Council of La Raza.

Janet, what do you think of this legislation now in Congress that would make English the national language of this country?

JANET MURGUIA, PRES., NATL. COUNCIL OF LA RAZA: Well, I think that we all agree, as Americans, that it's important for everyone to learn English, and we accept that fact. And, in fact, we understand that everyone who's in this country and who comes to this country recognizes the importance of learning English. That's not really the issue. Everyone wants to learn English. We recognize English as the common language.

The question is what implications does the word national have? And we are concerned a little bit that it would create real issues for communicating with everyone, not just immigrants, who are in this country when it comes to times of crisis or public health safety issues.

And I just want to make sure that we're not doing something that would actually be very divisive as opposed to inclusive when it comes to creating an environment in this country that is a positive and welcoming and really one that allows us to be effective in communicating with all of the people who are in this country.

BLITZER: Lou, what do you think?

LOU DOBBS, CNN ANCHOR: Well, I think implicit in what Janet just said is some suggestion that this is not a warm or welcoming country, and that is based on our not making English, which has been for 200 years the official de facto language of this country. And what is at issue now is using national language or a common unifying language, as the Senate goes about it absurd business right now in so-called comprehensive immigration reform.

The fact is why should anyone resist the idea that English be the official language? Going back to 1996, ballots, all sorts of government publications were all printed in English. Now, we are looking at a landscape littered with languages, not English, and the fact is, it's a requirement of citizenship to speak and understand English in this country.

So, it's a mind boggling suggestion that, I think, Janet and others and Senator Harry Reid said it was outright racist. I mean, this is silliness beyond belief.

BLITZER: Well, you know, I'm going to play that clip from Senator Reid and also what Senator McCain said yesterday because it gets to a very, very sensitive issue in this whole debate. Listen to what these two senators, one Democrat, one Republican, said.

(BEGIN VIDEO CLIP)

SEN. HARRY REID (D), MINORITY LEADER: While the intent may not be there, I really believe this amendment is racist. I think it's directed basically to people who speak Spanish.

SEN. JOHN MCCAIN (R), ARIZONA: The first people that really experienced it were the Irish. The discrimination against them was quite remarkable. And then the same thing happened to the Poles and the Jews, and when the eastern Europeans came.

(END VIDEO CLIP)

BLITZER: And he went on to say that's basically hovering over these allegations.

Janet, let me let you respond. Is this racism?

MURGUIA: Well, I would like to say that we don't question people's motives. I'm assuming that people have the best intentions of wanting to make this be a unifying peace, but I don't think it has that impact. And we worry that it would definitely not have those implications when it comes to how this would be interpreted.

I'm very concerned that it would allow for no communication in other languages by government or any other official representatives of the government when we had a, say, Avian flu crisis or a pandemic, where you really need to get information to everyone who is within this country's borders and to make sure that they are understanding to come forward and to communicate effectively. I worry about those types of implications.

BLITZER: All right. Lou, what about those concerns?

DOBBS: Again, I think the concerns are entirely misplaced. Everyone in this country should be making an effort to speak English as well as possible and for generation after generation coming from all over the world. This is, after all, the most socially diverse, ethnically diverse, racially diverse society on the face of the planet.

And Janet Murguia and others, Senator Reid, are suggesting somehow that we are no longer holding the highest standards of diversity by insisting that our common cultural language be the official language. That's utter madness.

BLITZER: Lou, what do you say to Senator Reid and to Senator McCain who have raised this issue that hovering over this whole debate is a racist undertone, that if these people were not coming from Mexico, for example, by and large, there wouldn't be this debate?

DOBBS: Well, let's start with reality. First of all, I think, both Senator McCain has shown himself to be not so much a straight- talker as a fence sitter and trying to win, obviously, his party's nomination for the presidency in 2008.

In terms of Senator Reid, I mean, where are the racists here? In fact, Mexico has an official language. Mexico's official language is Spanish. In point of fact, 25 states in this country have English as the official language. Thirty-one nations around the world have English as the sole official language. You know, it is absolutely madness to talk like that.

BLITZER: All right. Go ahead, Janet.

MURGUIA: Wolf, no one disagrees that everyone should learn English and that English is our common language. No one disagrees with that, and in fact there is great desire by many who come to the country -- everyone who comes to this country to learn English.

What's interesting is that in this whole debate, this amendment that we're talking about would do nothing to actually allow language acquisition and English acquisition. It basically says that, but there's no funding or resources. There's great demand for English by many immigrants across different sectors, not just the Latino community, and yet we don't put a lot of resources or priority to make sure that we are allowing people to learn the language.

BLITZER: All right. Go ahead, Lou.

DOBBS: The Latino community, the Hispanic community, Janet? Most -- the preponderance, the vast majority of Hispanics in this country, Latinos in this country speak English. Of whom are you talking? The fact of the matter is Senator Reid's comments were patronizing, condescending in the extreme and offensive to most Hispanics in this country.

MURGUIA: I'm not sure what your point is, Lou. All I'm trying to say is that everyone wants to learn English, but we're...

DOBBS: My point is you're not speaking for the Latino or Hispanic community. You're talking about someone, and I think you need to identify who they are. Because it's not Hispanics.

MURGUIA: Well, I'm telling you that there are different immigrant communities who come to this country...

DOBBS: Oh, immigrant communities.

MURGUIA: ...who want to learn English.

DOBBS: That's quite a different statement than the Hispanic or Latino community, isn't it?

MURGUIA: Yes. Latino community, as you know...

DOBBS: Right. That's my only point.

MURGUIA: Yes, and what we are seeing is a big difference between the turn of the century immigrants who came here, that we are actually seeing more integration at earlier stages within these immigrant communities than we saw 100 years ago.

There is more English language acquisition occurring within the first and second generations. Previously, it wasn't occurring until the third or fourth generations. And so we are actually seeing more integration, not less, and more demand for English classes, but yet not resources to help that happen.

This really is something that we can all agree, English is important to learn. We all want to learn English. Everybody has a desire to acquire English as a language. We understand it's the common language. But this amendment really undercuts the ability for us, in an emergency, and in a public health safety crisis to ensure we are communicating with everybody.

BLITZER: Let me ask Lou on that point. Wouldn't this amendment, based on what you know about it and a lot of it is still murky -- would it prevent the Department of Motor Vehicles or the Social Security Administration or the Department of Health and Human Services, if there were a pandemic for providing information in Spanish or other languages?

DOBBS: Not at all. And that is what is curious about this line of reasoning to me, Janet. And Janet and I know each other and talk quite often. There is implicit in the position you're taking and implicit in Senator Reid's position -- and God knows there are far more important issues in this so-called comprehensive immigration reform legislation that is moving through our Senate, sadly, in its current form.

But there is implicit in all of this a suggestion that there will be a retained identity, rather than an embrace of a melting pot. And I think that is what has a lot of people concerned, quote, unquote, "culturally." It happens not to be one of my concerns because I truly believe to be successful in this country you have to speak English. I think that over time that will take care of itself.

But there are groups and ethnocentric groups -- Janet, as you and I have talked before -- who are driving their fund-raising and their reason for existence, talking about racism, trying to maintain disparities and differences with the larger society that is America, the most diverse society in the world. And I think that's a shame. And I think it something we should be worried about that.

BLITZER: All right. Janet, we are almost out of time. But Janet, go ahead. You were shaking your head as Lou was speaking.

MURGUIA: Well, I just think this is not about whether people want to learn English or be part of the country. And in fact, we need to make sure that this bill on the floor is about comprehensive immigration reform. This does nothing to add to that effort.

And, I think, as long at its symbolic, we need to make sure that it truly is symbolic. But as long as there's any sort of a chance that this would have an impact for it to an affect on a public health safety crisis or us communicating with all the population, I think it's a big problem and a big mistake.

But no one disagrees that we all believe English is the common language of this country and that everyone wants -- has a desire to learn that language to learn English.

BLITZER: All right. Good discussion Janet Murguia, Lou Dobbs, as usual. Hopefully you will both come back. I suspect this debate, these issues, Lou, as you well know, not going away any time soon.

DOBBS: Any time with Janet would be my pleasure.

BLITZER: A very civilized, important discussion. Thanks to both of you. Have a great weekend.

Still ahead tonight in THE SITUATION ROOM, pomp and protest. We're going to show you why Senator John McCain actually got booed today during a commencement speech in New York City.

Plus, a critical vote is now only hours away in New Orleans. We're going to take you there live for a closer look at tomorrow's mayoral runoff and what's at stake. Stay with us.

(COMMERCIAL BREAK)

BLITZER: Senator John McCain faced boos and protesters today as he gave a commencement address at one of New York City's most liberal universities. It happened just days after the possible presidential contender spoke at the conservative Christian university founded by the Reverend Jerry Falwell, Liberty University in Lynchburg, Virginia.

Our Mary Snow is joining us now from New York with more on what happened today — Mary.

MARY SNOW, CNN CORRESPONDENT: Well, Wolf, it was a commencement speech, but many treated it like a campaign event. Just days after Senator John McCain may have made new friends on the right, today he made some new foes on the left.

(BEGIN VIDEOTAPE)

SNOW (voice over): It was a day of pomp and protest. One cap read no GOP. Other students held signs that read McCain does not speak for me. Students at the New School who pride themselves on being liberal, protested, saying Republican Senator John McCain clashed with the school's ideas. They pointed to McCain's recent speech at the conservative Liberty University run by the Reverend Jerry Falwell as proof of the clash. From the very start of the ceremony, Bob Kerrey, New School president and former Democratic senator and a friend of McCain, confronted the controversy.

BOB KERREY, PRES., THE NEW SCHOOL UNIVERSITY: Many predicted that a speech today would not receive as friendly of a reception.

SNOW: The prediction proved true. Some student petitioned Kerrey to withdrawal McCain's invitation to speak, saying they didn't want McCain to use their graduation ceremony for a platform for a potential run for president in 2008. One student speaker tossed her prepared remarks to inject her own political beliefs.

JEAN SARA ROHE, GRADUATING STUDENT: I do know that preemptive war is dangerous and wrong, that George Bush's agenda in Iraq is not worth the many lives lost.

SNOW: McCain stuck to his script and was largely the same one he delivered at Liberty University, where he was given a warm reception. Here, more than three dozen students and faculty members stood up and turned their backs to McCain. One of the more heated moments came when he talked about Iraq.

MCCAIN: I supported the decision to go to war in Iraq. Many Americans did not. My patriotism and my conscience required me to support it and engage in the debate over whether how to fight it.

SNOW: At another point...

UNIDENTIFIED MALE: We're graduating, not voting.

SNOW: McCain did not address the protesters. But Bob Kerrey did.

KERREY: Will you stand, not heckling from an audience, where no bravery is required, but will you...

(END VIDEOTAPE)

SNOW: And Bob Kerry, too, was also heckled. Now the dose of politics on the college commencement tour this week for John McCain is being closely watched. Political observers say how he straddles both sides of the political fence will prove to be critical in a potential White House run — Wolf.

BLITZER: Thank you very much, Mary. Good report.

There's also a new development tonight in the New Orleans mayoral race on the eve of the runoff between the incumbent Mayor Ray Nagin and the challenger Mitch Landrieu. The Justice Department now says it will place federal polling monitors at various locations across New Orleans tomorrow. Civil rights groups have raised concerns that African-American voting rights may be violated.

Let's turn to our Gulf Coast correspondent Susan Roesgen. She is covering the runoff — Susan. SUSAN ROESGEN, GULF COAST CORRESPONDENT: Wolf, the local district attorney's office here in New Orleans is also monitoring the election, but there were no major complaints in the primary. And the hope is for a smooth election tomorrow, as well.

(BEGIN VIDEOTAPE)

ROESGEN (voice over): If only 5-year-olds could vote. Political analysts say in the last week, incumbent Mayor Ray Nagin has gained momentum, but they give his challenger, Lieutenant Governor Mitch Landrieu a slight edge.

Landrieu has picked up more big endorsements and he has raised about six times as much money as Nagin, money to spend on critical advertising in these last few hours of the campaign. Landrieu has strong support among both black and white voters.

While Nagin's chocolate city comments back in January, when he said God wanted New Orleans to be a majority African-American city, caused many white voters to desert him. But Nagin has been courting the conservative business vote, reaching out to voters who see Landrieu as the more liberal candidate and worry he will raise taxes and support social programs voters don't want.

The turnout is expected to be about what it was in the primary election, about 36 percent. But with so much of the city standing still waiting for a recovery that's been promised but has not come, that 36 percent could change the city's future.

(END VIDEOTAPE)

SNOW: And that is the first priority, Wolf, for whoever wins this election. People want to know, which neighborhoods in this city are going to be rebuilt and which neighborhoods will probably have to be abandoned. People want to hear the mayor spell that out, whoever he may be – Wolf.

BLITZER: We'll watch the results come in tomorrow, Susan, with you. Thank you very much.

Up ahead, did one of Saddam's cars actually end up as a war trophy here in the United States? We have the pictures.

Plus, domestic spying and your phone records, the battle heating up in court. Stay with us. You're in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: Here's "The Bottom Line" on today's markets. Wall Street ended a tough losing streak, a tough week losing. The Dow, the NASDAQ, the S&P all managed though to gain a little ground today. Bad week, gained a little bit today.

Did one of Saddam Hussein's cars actually end up in Connecticut as a war trophy? U.S. Immigration and Customs Enforcement has announced the seizure of an armored luxury sedan, a white Mercedes, outfitted with bullet-proof windows and listening devices.

The alleged importer, an Army reserve sergeant, has said he bought it from an Iraqi in an upscale neighborhood in Baghdad. He said he believes the car actually, at one point, belonged to none other than Saddam Hussein.

Another lawsuit has been filed against one of the major telephone companies for allegedly sharing its customer records with the National Security Agency. Our Internet reporter Abbi Tatton has the latest – Abbi.

ABBI TATTON, CNN INTERNET REPORTER: Wolf, this lawsuit is against AT&T, filed in district court in Texas, where the company is headquartered, filed on behalf of AT&T subscribers who are attorneys and reporters. They say that their confidentiality with sources, with clients, has been breached because of the alleged disclosure of call data by AT&T.

AT&T didn't have a comment on this latest lawsuit, but what they have said in the past is they do not give over customer information without legal authorization – Wolf.

BLITZER: Thank you, Abbi, for that. Let's find out what's coming up right at the top of the hour. That means Paula is standing by.

Hi, Paula.

PAULA ZAHN, CNN ANCHOR: Hi, Wolf. Thanks so much.

Tonight, we are going to devote our entire hour to the most anticipated and most controversial film of the year so far. As you know, unless you live under a rock, "The Da Vinci Code" opens today. Is it blasphemous? Is it even a good movie? Is anything in it accurate? We're going to clear up some of the myths in the movie.

Also, a rare look inside Opus Dei, the controversial Catholic group whose members are portrayed as villains in "The Da Vinci Code." Why does at least one former member call it a cult? She will be joining us tonight to tell us what happened to her after 20 years in Opus Dei. Hope to see you all at the top of the hour.

Have you seen it yet, Wolf?

BLITZER: Not yet.

ZAHN: No, you've been working all day.

(CROSSTALK)

BLITZER: Haven't seen it yet but hope to see it. Thanks very much, Paula, for that.

ZAHN: Have a good weekend.

BLITZER: Still ahead, a look at the impact of illegal immigration. Is it a breakdown at the borders? And is it causing a burden for some American business owners? Stay with us.

(COMMERCIAL BREAK)

BLITZER: In our "Welcome to the Future" report, CNN's Miles O'Brien has the impact on illegal immigration -- Miles.

MILES O'BRIEN, CNN ANCHOR: Wolf, many employers in businesses like landscaping, construction and food service struggle to stay legit in an arena flooded with illegal workers. How can employers protect themselves and stay afloat?

(BEGIN VIDEOTAPE)

TAMAR JACOBY, MANHATTAN INSTITUTE: We have 12 million people in this country whose names we don't even know.

O'BRIEN (voice-over): Just one reason why Tamar Jacoby of the Manhattan Institute says immigration reform is vital for employers as well as immigrants.

JACOBY: Why are we forcing them to be in the black market when we could have them on the right side of the law, enhancing our security, enhancing our rule of law, and actually enhancing workplace relationships?

O'BRIEN: Right now, employers can use a government Web site to ensure job seekers are legal. But of 5.5 million employers in the country, a mere 5,000 are enrolled in the program.

JACOBY: The databases aren't as accurate as they should be, so right now it's an experiment on the way to the program that we need.

O'BRIEN: If current reform bills become law, the verification system would include biometric ID cards to prevent fraud, and would make it mandatory for all U.S. employers to screen their workers, from mega corporations, to families with household help.

JACOBY: Once you make sure that you can't get a job if you're illegal, that's how you're going to control who comes and who doesn't come.

(END VIDEOTAPE)

O'BRIEN: Jacoby says it will take a lot of money and effort to make the worker database truly useful. But beyond that, right now there is no real incentive for companies to use it, since it is voluntary and many employers prefer a don't ask, don't tell policy -- Wolf.

BLITZER: Thanks, Miles.

I'll be back Sunday for "LATE EDITION." Among my special guests, the new Israeli prime minister, Ehud Olmert. "LATE EDITION" airs 11:00 a.m. Eastern.

Let's go up to New York. Paula Zahn is standing by. Hi, Paula. TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

---

**International Edition**    Languages    **CNN TV**    **CNN International**    **Headline News**    **Transcripts**    **Advertise with Us**    **About Us**

SEARCH    ⦿ THE WEB    ◯ CNN.COM    |                    Search    powered by YAHOO! SEARCH

© 2006 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

⬚ External sites open in new window; not endorsed by CNN.com
⬚ [Pipeline] Pay service with live and archived video. Learn more
⬚ Download audio news | ⬚ Add RSS headlines



Member Center: Sign In | Register                                    International Edition

SEARCH    ⦿ THE WEB  ◯ CNN.COM    [                    ]    [ Search ]  powered by YAHOO! SEARCH

Home Page
World
U.S.
Weather
Business
Sports
Analysis
Politics
Law
Technology
Science & Space
Health
Entertainment
Offbeat
Travel
Education
Special Reports
Video
Autos
Exchange

# TRANSCRIPTS  Transcript Providers

**Shows By Category:**

**Return to Transcripts main page**

## THE SITUATION ROOM

**President Bush Highlights Political Progress In Iraq While Other Problems Persist; Henry Paulson Nominated To Be Treasury Secretary; Search for Jimmy Hoffa's Body is Over; House Hearing Held on Jefferson Case; Americans Getting Mixed Signals From Iraq; Congressman John Murtha Interview**

Aired May 30, 2006 - 16:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

┌advertiser links─                          what's this?─┐
**Save on All Your Calls with Vonage**
Save 50% on your bill with Vonage unlimited local/long distance - $24.99/mo.www.vonage.com

**Homeowners - Don't Miss Out**
$145,000 mortgage for $484 per month. Refinance while rates are still low.www.lowermybills.com

**Bad Credit Refinance**
Up to 4 quotes with 1 form. Serious refinance inquiries only please.www.nextag.com

**Refinance and Save $1000s**
$150,000 mortgage for $483/month. Compare up to 4 free quotes.www.pickamortgage.com

SERVICES
E-mails
RSS
Podcasts
CNNtoGO
CNN Pipeline

WOLF BLITZER, CNN ANCHOR: Thanks, Ali. To our viewers you're in THE SITUATION ROOM where new pictures and information are arriving all the time. Standing by, CNN reporters across the United States and around the world to bring you today's top stories.
Happening now, dueling images in a fight for Iraq. It's midnight in Baghdad, the scene of new bloodshed and questions about an alleged massacre by Marines. Over at the White House President Bush is trying to put the spotlight on handshakes and hope.

Also this hour, a new face on the president's economic policy. It's 4:00 p.m. here in Washington where Mr. Bush announced the change at the top of the Treasury Department. Will it matter to Americans with the economic jitters?

Political pomp and circumstance. Possible '08 contenders are very busy on the commencement speech circuit. Is this any way to run for president? I'm Wolf Blitzer and you're in THE SITUATION ROOM.

Another bloody day in Iraq drawing to a close. More than three dozen people are dead in multiple insurgent attacks. The country's new prime minister is vowing to do whatever it takes to try to restore stability. Prime Minister Nuri al-Maliki is promising to launch an investigation into an alleged massacre of Iraqi civilians by United States Marines. He says he's deeply troubled by suggestions that U.S. troops made such a grave, quote, mistake in Haditha last year. The quote is his.

At the White House today President Bush told Iraq's new ambassador to the U.S. that he's impressed by the new leaders in Baghdad. But he also acknowledged difficult times including the mounting death toll for U.S. troops in Iraq. As of today, it's up to 2,470. Let's check in with our White House correspondent, Suzanne Malveaux. She has the latest

SUZANNE MALVEAUX, CNN WHITE HOUSE CORRESPONDENT: The Bush administration is certainly hoping that this new permanent Iraqi government can turn things around. They are counting on it essentially to take on the terrorists and the insurgents. It's been some ten days since the installation of that new government and already bloody battles. Already a renewed sense here at the White House the need to be upbeat.

(BEGIN VIDEOTAPE)

MALVEAUX (voice-over): This is the picture on the ground today. At least 38 killed and 97 wounded from insurgent attacks and bombings in Baghdad and beyond.

This is a picture the White House wants Americans to focus on. The Iraq's new ambassador to the U.S. getting credentialed in the Oval Office.

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: The United States stands ready to help the Iraqi democracy succeed.

MALVEAUX: While Mr. Bush continues to try to call attention to the political progress in Iraq, the Pentagon announced it is now taking even more robust measures to deal with its security, moving some 1500 U.S. troops from neighboring Kuwait to the Anbar province in Iraq. The battle is especially bloody. Today the CBS correspondent, Kimberly Dozier, who was wounded by a roadside bomb attack Monday was moved to a U.S. base in Germany for further treatment.

GEN. BARRY MCCAFFREY, U.S. ARMY (RET): Iraq is abject misery.

MALVEAUX: That's the assessment from a retired four star Army general who just returned from Iraq and was invited to the White House to give Mr. Bush his perspective.

MCCAFFREY: I think it's a terribly dangerous place for diplomats and journalists and contractors and Iraqi mothers. Trying to go about daily life in that city is a real nightmare for these poor people.

MALVEAUX: The Bush administration is now trying to balance the need for cracking down on the insurgency, while not appearing heavy handed.

BUSH: I think the biggest mistake that happened so far at least from our country's involvement in Iraq is Abu Ghraib. We have been paying for that for a long period of time.

MALVEAUX: But officials worry the scandal of Abu Ghraib may pale in comparison to what military investigators uncover out of the western Iraqi city of Haditha. Pentagon sources say they suspect a small group of Marines massacred several dozen Iraqi citizens last November in retaliation for a killing of one of their own. The administration is now bracing itself for another potential crisis.

TONY SNOW, WHITE HOUSE PRESS SECRETARY: You don't do damage control. What you try to do is find out what the facts are.

(END VIDEOTAPE)

MALVEAUX: White House officials are urging everyone not to jump to conclusions or rush to judgment when it comes to the investigation. It is very clear and Tony Snow saying the details will be released to the public when it unfolds. It is very clear they are going to have quite a challenge on their hands. They have been trying to resuscitate their image for quite sometime after Abu Ghraib. This is likely to be a very serious challenge.

BLITZER: Suzanne, thanks very much.

One of the president's most outspoken critics of Iraq says the Haditha incident is as bad as the Abu Ghraib prisoner abuse scandal if not worse. Coming up, I'll speak live with the Democratic Congressman, a decorated war veteran, John Murtha. Also in the next hour with the new Iraqi ambassador to the United States.

Let's turn now to some other developments in the shake-up that continues in the Bush administration. After many weeks of speculation, President Bush today announced treasury secretary John Snow is indeed resigning. Mr. Bush tapped Wall Street's CEO Henry Paulson to replace him. Let's go back to the White House. Ed Henry is standing by with the latest on this.

ED HENRY, CNN WHITE HOUSE CORRESPONDENT: In the election year Republicans are frustrated they are not getting credit for a good economy and they are nervous about high gas prices. It was time for a new economic salesman.

(BEGIN VIDEOTAPE)

(voice-over): President Bush had high praise for his pick for Treasury secretary, Wall Street titan Henry Paulson of Goldman Sachs.

BUSH: He has an intimate knowledge of financial markets and an ability to explain economic issues in clear terms. He's earned a reputation for candor and integrity.

HENRY: The questions are being raised about the president's own candor over exactly when he decided to replace outgoing secretary John Snow. At a May 25th prime time press conference with British Prime Minister Tony Blair the president was asked if Snow had given any indication he would leave his job soon?

BUSH: No, he has not talked to me about resignation. I think he's doing a fine job.

HENRY: But five days earlier on May 20th, the president had offered Snow's job to Paulson. And by the White House's own accounts, Paulson accepted the following day.

SNOW: It's no he's not talked to me about resignation. That does not mean there were not other discussions. It was

artfully worded. On the other hand the one thing you do not want to do in a situation like this is to start speculating about changes before the changes are ready to be made. Those do have impacts on markets.

HENRY: It took the White House a long time to fill the job because of a perception that the previous Treasury secretaries have been cut out of policy making.

ROBERT HORMATS, VICE CHMN., GOLDMAN SACHS: The White House, I think mistakenly, has pushed the last two Treasury secretaries to the sidelines. I don't think that will happen with Hank Paulson, the president had made it clear he's the person who is going to look to for advice.

MALVEAUX: A Republican close to the process told CNN the White House talked Paulson into the job, convincing him he would have real power.

BUSH: Hank will be my principle adviser on the broad range of domestic and international economic issues that affect the well-being of all Americans.

(END VIDEOTAPE)

HENRY: Paulson is considered almost the Republican version of Robert Rubin, the Goldman Sachs executive turned Treasury secretary highly respected in the Clinton years. Republicans are happy this restores credibility on Wall Street. Democrats like Chick Schumer already saying they will support the nomination. Could be a relatively quick confirmation.

BUSH: I understand the sensitivities, Ed, in not saying there is going to be a new Treasure secretary. But Press Secretary Tony Snow, I take it, was beaten up a little bit with questions, did the president deliberately mislead the American public about the Treasury secretary slot. Did he lie deliberately in order to avoid the uncertainty in the markets?

What are they saying at the White House about these kinds of sensitive issues in the way the president, quote, artfully described the situation.

HENRY: I directly asked Tony Snow did the president mislead. He insisted there were clearances still being done. That was one of the reasons the president couldn't give that direct of an answer. As you noted, he also mentioned about the markets, but I've been hearing from various Republicans for weeks now that one reason they could not comment on all of this is that they did not have a replacement in place. That would have rattled the markets.

In this case they finally had a replacement in his pocket. That wouldn't have rattled the markets if he had said, look, there's going to be a smooth transition. So it is kind of strange the timing of all this, Wolf.

BLITZER: Ed Henry, thank you very much. A sensitive moment. Ed Henry and Suzanne Malveaux, by the way, are part of the best political team on television. CNN, America's campaign headquarters.

Henry Paulson has given hundreds of thousands of dollars to political candidates over the years. Now some of those very same politicians may be questioning the Treasury secretary nominee as his confirmation hearings are going to be getting underway. Let's bring in our Internet reporter Abbi Tatton. She has been looking at the record.

ABBI TATTON, CNN INTERNET CORRESPONDENT: Wolf, on line records show that Paulson has been a big fund raiser for President Bush, but if you look a few years back find that he also gave donations to Democrats like Charles Schumer back in 1996, a thousand dollars to now Senator Charles Schumer. This was when he was in the House, of course. He is now the senator for New York and a member of the Finance Committee. This committee is a one that is going to be holding hearings for Paulson.

By our count Paulson donated to four different members of that committee, including Charles Grassley, $2,000 there back in 2004. If you look back at his online record, Paulson wasn't just giving money away. He was certainly making a fair bit of it as well. This is Goldman Sachs' report from earlier this year, saying that he made over $30 million in stock awards. Compare that, Wolf, with what the secretary might be making if he is confirmed, it's about $180,000.

BLITZER: So he's going to take a mere $30 million pay cut for public service. That's very admirable. Thanks very much, Abbi, for that.

Zain Verjee is joining us from the CNN global headquarters. There's a developing story, Zain, out of Michigan?

ZAIN VERJEE, CNN ANCHOR: Yes there is, Wolf. The search for Jimmy Hoffa is over. The FBI is holding a news conference right now and it says that they have found no trace of the former Teamster boss. They essentially dug up a Detroit farmhouse. It took them two weeks.

They took apart a barn. It was one of the most intensive searches that was done in decades: FBI agents, anthropologists, cadaver-sniffing dogs. There were demolition crews there on site for the duration to see if there was any trace of Jimmy Hoffa, but there wasn't. Their efforts have been unsuccessful. The former Teamster boss was last seen in 1975.

To other news now, Wolf. He's the accused sniper who defended himself at the trial, but a jury apparently found his defense claims insufficient. John Allen Muhammad has been found guilty of six of 10 sniper killings in 2002 in the Washington area. Muhammad will be sentenced on Thursday and prosecutors say they are going to be seeking a life sentence without parole. Muhammad has already been sentenced to death for two other killings in Virginia.

Prayers and praise for a respected political figure. Former President Bill Clinton and other dignitaries spoke today at the funeral of Lloyd Bentsen. Clinton called his former treasury secretary one of the most outstanding policymakers since World War II. Bentsen, also a former senator from Texas, died last Tuesday. He was 85-years-old.

In Afghanistan, relative calm after a storm of controversy. Today we're learning that the driver of a military truck that rammed into pedestrians in Afghanistan says his brakes went out just as he was driving downhill. Officials say that he told them he tried to slow down by steering into empty parked cars, but he couldn't stop before hitting pedestrians. U.S. military officials say one person died in the crash, prompting widespread riots.

In East Timor, critical times are calling for emergency measures. Today East Timor's president, Xanana Gusmao, announced emergency measures after angry crowds laid waste to the attorney general's office. The crowds allegedly stole evidence implicating those who carried out massacres back in 1999. East Timor's president said he's going to assume sole responsibility for security, but he's also going to take direct control of the armed forces.

And in Indonesia, help is coming and more is on the way. This after the weekend earthquake that killed almost 6,000 people. Today two U.S. military cargo planes delivered aid for thousands. Japanese paramedics are also helping survivors. About 22 countries are helping out. Some 200,000 people are homeless. And officials are saying the search for survivors grows even more grim with each passing day. Wolf?

BLITZER: Our heart goes out to those people in Indonesia. Thank you, Zain, for that. We'll come back to you soon.

BLITZER: Let's check in with Jack Cafferty now. He's got "The Cafferty File." Hi, Jack.

JACK CAFFERTY, CNN ANCHOR: Hi, Wolf. President Bush comparing himself to President Truman and the war against Islamic radicals to the Cold War. Speaking at West Point the other day, the president said in both cases, we have been fighting "followers of a murderous ideology that despises freedom, crushes all descent, has territorial ambitions and pursues totalitarian aims."

In comparing himself to President Truman, Mr. Bush pointed to the ways both have responded to threats to the United States. There is one difference worth noting, however. That would be that President Truman didn't invade anybody the way President Bush invaded Iraq. It's also worth noting that Truman was controversial at the end of his time in office but is now viewed by many as one of America's great presidents.

Here's the question, how does the war on terror compare to the Cold War? E-mail your thoughts to CaffertyFile@CNN.com or go CNN.com/CaffertyFile. Wolf?

BLITZER: Jack, thank you very much.

Coming up, much more on our top story. The president meets with Iraq's new ambassador here in Washington. But are Americans getting mixed signals when it comes to the war with Iraq in Iraq?

Plus, he's a former marine. A fierce critic of the conflict in Iraq. I'll speak live with Congressman John Murtha about the war and the investigation of an alleged massacre by U.S. marines.

And there are new developments in the political battle between the branches. We're going to tell you what happened during a rare recess hearing on Capitol Hill earlier today. Stick around. You're in THE SITUATION ROOM.

(COMMERCIAL BREAK) BLITZER: Welcome back. New legal and political wrangling today over the FBI raid on a congressman's office. Justice Department officials rejected Democrat William Jefferson's demand to have all the seized documents returned. And on Capitol Hill today, a hearing was held on the raid while Jefferson's future in the House remains in doubt. CNN's Sean Callebs is standing by in his home state of Louisiana. Let's go first to Capitol Hill. Our congressional correspondent Dana Bash has the latest -- Dana?

DANA BASH, CNN CONGRESSIONAL CORRESPONDENT: Well Wolf, we're told that House Speaker Dennis Hastert is preparing to send a letter to the attorney general this afternoon that says that justice officials should come up to the Hill next week to meet with the general counsel of the House, to start talks about what kind of procedure they can put in place in case the FBI wants to search a lawmaker's office in the future.

But today even though Congress is in recess, lawmakers are officially not here or in session. The House Judiciary Committee did have a meeting about the past, looking at the fact that 10 days ago William Jefferson's office was raided by the FBI.

(BEGIN VIDEOTAPE)

BASH (voice-over): Most Republican leaders say they just want to move on. Not the House judiciary chairman.

REP. JAMES SENSENBRENNER (R-WI), JUDICIARY CHAIRMAN: Then I want to have Attorney General Gonzales and FBI director Mueller up here to tell us how they reached the conclusion that they did.

BASH: Republican James Sensenbrenner announced he'll summon the two top Bush law enforcement officials to explain why they OK'd a raid on a lawmaker's office for the first time in history.

SENSENBRENNER: There's no reason to ignore the 219 years of success of separation of powers and checks and balances.

BASH: The chairman stacked this hearing with constitutional experts who share his outrage.

CHARLES TIEFFER, UNIVERSITY OF BALTIMORE: This raid had all the elements of unconstitutional executive intimidation.

JONATHAN TURLEY, GEORGE WASHINGTON UNIVERSITY: A profound and almost gratuitous insult to a co-equal branch of government.

BASH: The witnesses said the Justice Department had not exhausted other options to get materials in Congressman Jefferson's office before searching it, like threatening jail. And they accused FBI agents of seizing privileged material.

TIEFFER: When you take the whole computer of a member of Congress, that means you're catching countless innocent constituents their, in your dragnet. BASH: The politics of this issue have been odd from the start, and it fell to a Democrat to suggest the Republican chairman was being unfair to the Bush White House.

REP. CHRIS VAN HOLLEN (D), MARYLAND: Far be it from me to defend the executive branch, but I just think that in terms of getting all the facts out and the views -- full range of views, that would be helpful to everybody.

BASH: Lawmakers from both parties expressed concern the raid violated the constitutional separation of powers but they also tried to combat criticism they are out of touch and looking for special treatment.

UNIDENTIFIED MALE: No one is above the law.

UNIDENTIFIED MALE: No one is above the law.

REP. LOUIE GOHMERT (R), TEXAS: You know, some people have said you guys are just defending Jefferson, and I agree if they are talking about Thomas Jefferson.

(END VIDEOTAPE)

CALLEBS: Meanwhile across town, Wolf, the Justice Department formally rejected William Jefferson's demand that they return all of the documents and materials seized from his office. They file a document in court saying that that request is inconsistent with the bedrock principle that the laws of the country allow no place or employment as a sanctuary for a crime.

They also, interestingly, Wolf, did say that they would allow Jefferson to have copies of everything they took to make sure that nothing that they took was privileged.

BLITZER: Dana, thank you very much. Dana Bash on the Hill.

Let's get to Jefferson's own political future right now. He's facing reelection even as he faces a federal corruption probe.

CNN's Sean Callebs is joining us now live from New Orleans with more -- Sean.

SEAN CALLEBS, CNN CORRESPONDENT: Well, Wolf, the Congressman has kept a low profile. He has sent this latest report out to his constituency. It's not anything out of the norm. Most congressional members do send information like this out.

He talks at length about the things Jefferson is trying to do in the wake of Hurricane Katrina to help this area. Not surprisingly, it doesn't mention the federal probe, but that's all the constituents in this area are talking about right now.

(BEGIN VIDEOTAPE)

CALLEBS (voice-over): William Jefferson is the most prominent African-American politician in Louisiana. He's also the target of a federal investigation into alleged bribery. An FBI affidavit says $90,000 was found in the freezer of his D.C. apartment. Jefferson has denied wrongdoing but won't talk about the allegations, but his constituents are more than willing to weigh in on the accusations.

UNIDENTIFIED MALE: Looks pretty bad, don't you think? I mean, money in the refrigerator? You know, that looks really bad.

UNIDENTIFIED MALE: I was disappointed but I understand that these are just allegations and until they are proven otherwise, I will just accept them as an allegation.

CALLEBS: Jefferson lives in the uptown area of New Orleans. A neighbor and city worker who didn't want his identity revealed says he believes it's obvious the Congressman was trying to hide the cash.

UNIDENTIFIED MALE: And it's a shame that he's doing something like this when the city is in shambles as it is. He should be doing more for the city than himself.

CALLEBS: Jefferson has been a trailblazer, the first black from Louisiana elected to Congress since Reconstruction. He's the member of the powerful Ways and Means Committee, a great place to help New Orleans residents punished by Katrina.

After the search of this Capitol Hill office, House Minority Leader Nancy Pelosi asked Jefferson to resign the committee post. He says he won't. Silas Lee is a New Orleans political consultant and isn't surprised Jefferson is digging his heels in.

SILAS LEE, POLITICAL ANALYST: Not really. William Jefferson is a fighter. And when you tell him that something is going to be very challenging, he will not run from it.

CALLEBS: Jefferson is up for reelection, and running for office under a cloud of suspicion won't be easy.

LEE: It's going to be a very tall political mountain for him to climb. However, voters still respect him and they respect his level of accomplishments and what he delivers for the constituents.

(END VIDEOTAPE)

CALLEBS: And Lee goes on to say don't be surprised if the race card doesn't play a part in this investigation at some point, if not on the Hill, Wolf, then with his largely African-American district down here in the heart of New Orleans – Wolf?

BLITZER: Sean, in New Orleans for us. Sean, thanks.

Up next here in THE SITUATION ROOM, the Pentagon is investigating the alleged massacre of Iraqi civilians by U.S. Marines in Haditha. One lawmaker says some military leaders may be covering up the truth or at least try to. Congressman John Murtha is standing by to join us live. He's coming up next. And President Bush greets Baghdad's new representative here in Washington. In the next hour I'll speak with Iraq's new ambassador to the United States. Stay with us.

(COMMERCIAL BREAK)

BLITZER: Welcome back to THE SITUATION ROOM. I'm Wolf Blitzer in Washington. Back now to our top story, the war in Iraq. Can democracy prevail with insurgents on the attack, and now a new uproar over an alleged massacre by United States Marines?

Let's turn to our senior political analyst Bill Schneider. He is watching the story for us as well – Bill.

WILLIAM SCHNEIDER, CNN SENIOR POLITICAL ANALYST: Wolf, the news from Iraq is bad, but also good. What does it add up to?

(BEGIN VIDEOTAPE)

SCHNEIDER: Americans are getting mixed signals from Iraq. Good news, Iraq finally has a new government.

SAMIR AL-SUMAIDAIE, IRAQI AMBASSADOR TO U.S.: I am honored and privileged to serve as the ambassador of a free Iraq after 16 years of isolation.

SCHNEIDER: Bad news, there is still no agreement on key security positions.

BARHAM SALIH, IRAQ DEPUTY PRIME MINISTER: That is a difficult challenge because in this polarized society, there are different views about particularly the issue of security.

SCHNEIDER: Good news?

TONY BLAIR, BRITISH PRIME MINISTER: A Democratic political process has grown.

SCHNEIDER: Bad news, so has the violence, nearly 100 people killed this week including three American soldiers and two CBS News journalists.

MCCAFFREY: I think it's a terribly dangerous place for diplomats and journalists and contractors and Iraqi mothers.

SCHNEIDER: More bad news: allegations of killings of Iraqi civilians by U.S. Marines last November, and a possible cover-up of the incident.

REP. JOHN MURTHA (D), PENNSYLVANIA: We're supposed to be fighting this war for democracy, and yet something like this happens, it sets us back. It's as bad as Abu Ghraib, if not worse.

SCHNEIDER: More bad news: anti-American rioting in Afghanistan.

SAM DEALY, GQ MAGAZINE: It's been a very violent uptick in the insurgency and, you know, pressures are mounting.

SCHNEIDER: Including political pressures. Most Americans want to see U.S. military forces in Iraq decreased, though not immediately withdrawn. Ironically, the good news about Iraq's new government increases pressure for a timetable for U.S. withdrawal, which this month 60 percent of Americans said they favored.

(END VIDEOTAPE)

SCHNEIDER: Americans have to be frustrated. The United States helped liberate Afghanistan from the Taliban and Iraq from Saddam Hussein, and the result is not just democracy but also insurgency and anti-American violence — Wolf.

BLITZER: Bill Schneider reporting. Thank you, Bill.

And up next, I'll speak live with Congressman John Murtha. He's standing by.

Also, the Pentagon investigating the allegations of a massacre by Marines in Iraq — how much do the claims of a cover-up hurt America's overall mission in Iraq?

Plus, the president names a new treasury secretary. The economy appears to be doing rather well, so why isn't the president getting a lot of political bounce? I will ask Paul Begala and Torie Clarke — they're standing by live — in today's "Strategy Session."

Stay with us. You're in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: Welcome back.

Let's talk a little bit more now about the Haditha incident, the alleged massacre by U.S. Marines of Iraqi civilians, the potential fallout.

Joining us, a leading critic of the war in Iraq, Congressman John Murtha, Democrat of Pennsylvania, himself a 37-year veteran of the United States Marine Corps.

You have suggested, Congressman, that there was a cover-up of this incident that actually occurred back in November. Specify what you have learned, what you have been told.

MURTHA: Well, what I worry about, Wolf, is that this happened six months ago.

And nothing — you heard nothing about it. As a matter of fact, the original story was that an IED killed these 15 people. It became very confusing to the public. "TIME" magazine came out with an article, and they still tried to cover it up.

Now, there were payments made to victims, which aren't made unless we kill them, one way or the other. And, secondly, they knew about it the day afterwards. So, there's no excuse for not having this be more open and know exactly what — and the longer it goes, the worse it is for us, because it looks like it's the policy of our troops to do something like this.

But the Marine Corps itself told me, there were 24 people killed. There was no other enemy action, except the one explosive device. You know, they are under tremendous pressure, Wolf. You — you have heard me say this before. They are stressful. They go out every day. They see arms blown off, legs blown off. There's inadequate number of forces.

So, I understand what happened. But you can't excuse it. And the cover-up is inexcusable. So, the chain of command, the chain of command, somebody in the chain of command said, we don't want to talk about this. It's so devastating that we don't want it to be made public.

Well, it's going to be made public at someplace. The Iraqis already knew about it. The Marines knew about it. It was going to come out. And they should have been very open about this from the very start.

BLITZER: Here's what the chairman of the Joints Chiefs, General Peter Pace, himself a Marine, said yesterday on CNN's "AMERICAN MORNING."

Listen to this.

(BEGIN VIDEO CLIP, "AMERICAN MORNING")

GENERAL PETER PACE, CHAIRMAN, JOINT CHIEFS OF STAFF: To my recollection, the first we knew about it back here in D.C. was around the 10th of February. And the very next day is when the investigations began. So, from my perspective, as soon as we found out that there were allegations, the investigations began.

(END VIDEO CLIP)

BLITZER: What do you think about that, Congressman?

MURTHA: Well, I will tell you, that's a pretty flat statement there.

It seems to me something as horrendous as this should take a little something in the statement. I mean, you know, this is a terrible event, a tragic event. It affects the troops. It affects our morale. It affects the ability of them to recruit against us.

And just say, well, it is going to start as soon as February, it should — and even that was too long a period of time. They should have known about it before then, if they didn't know about it. It's a failure of leadership, when they didn't know about it. When other Marines knew about it, when the Iraqis knew about it, when they made payments about it, and they didn't know about it in Washington?

I mean, I think we have to find that out. Senator Warner said he's going to have hearings. And he ought to have hearings, ought to find out who knew what when.

BLITZER: There are some who are already making comparisons between Haditha and My Lai in Vietnam, the massacre in which hundreds of Vietnamese civilians were killed, an incident that you well remember.

Is that a fair comparison, a fair analogy?

MURTHA: Well, I think it's a fair analogy, except for the numbers. There was about 124, I think, in the My Lai incident. And then there was 24 here.

But it's the same thing, overstressed, these troops going out every day. IEDs go off. Some of them have seen 30 IEDs go off without being — all at once, they're killed or one of their friends is killed. So, the pressure is tremendous.

It's one of those things where we have become the enemy. The Iraq — there's only 1,000 al Qaeda, as I have said over and over again. There's no progress. Since I made my statement November 17, was two days before this happened, and it's worse today than it was then.

There was 500 incidents in that time a week. And now there's 1,000 incidents a week. So, it has gotten worse during that period of time. And these troops are under tremendous stress. And we ought to redeploy as quickly as we can and let the Iraqis handle this themselves.

BLITZER: What about President Bush? While this investigation continues, what, if anything, should he say about it?

MURTHA: The president should say that anybody that is involved in this, if they are found guilty, ought to be punished severely, because this helps recruit terrorists.

If there's anything that is going to recruit terrorists — he finally admitted Abu Ghraib was a mistake. He finally admitted he had untrained soldiers there, unsupervised, and undisciplined. And that was a tremendous public-relations problem for the United States.

We started to lose credibility then. We're fighting for the ideals of democracy. We're fighting for the ideals of America. And when something like this happens, and then you try to cover it up, it makes it look like the United States doesn't stand for those.

Wolf, even when he signed the paper on torture and said we're going to make an exception to torture, when both houses — both chambers passed that — against torture, that's the kind of stuff that hurts us and unites the — the Muslims against the United States.

BLITZER: John Murtha is a Democratic congressman from Pennsylvania.

Congressman, thanks very much for joining us.

MURTHA: Good to talk to you, Wolf.

BLITZER: Coming up here in THE SITUATION ROOM, we will have more on the fallout from Haditha.

Paul Begala and Torie Clarke, they are standing by live in today's "Strategy Session."

And, in the next hour, Michael Chertoff tours New Orleans, just days before the start of hurricane season. Our Jeanne Meserve spent some time with him earlier today.

Stay with us.

(COMMERCIAL BREAK)

BLITZER: Welcome back.

Today, in our "Strategy Session," the investigation into the events at Haditha last November creating a huge political outcry, likely to get worse in the days and weeks to come. Why are some charging there was a cover-up? How much will it hurt the U.S. mission in Iraq?

Joining us now, our CNN political analysts, Democratic strategist Paul Begala and former Pentagon spokeswoman Torie Clarke.

Torie, I will start with you.

You worked at the Pentagon. You know the Marines. You just heard Congressman Murtha say there was a cover-up; it goes up the chain of command.

What do you make of this?

TORIE CLARKE, CNN CONTRIBUTOR: With all due respect to the congressman, it is an awful, awful tragedy, but nobody sitting in Washington or in Johnstown, Pennsylvania, has all the facts or has all the details.

It needs to be taken very, very seriously, but we also need to lower the emotional rhetoric here and have the investigation be conducted, have the charges brought forward, if they will, and then have those people, if these crimes were committed, dealt with very, very seriously.

But it's interesting. When you were talking to him about what should the president do, anybody in that chain of command -- and the congressman knows this -- needs to be very careful not to say or do anything that will unduly influence the proceedings.

There are military lawyers from coast to coast who are giving that very, very strong advice. So, as much as some people might want to say, boy, we think some really terrible things have happened here, we have got to get to the bottom of it, they are very, very controlled about what they can and cannot say. BLITZER: Congressman Marty Meehan, a Democrat of Massachusetts, said this. He said, "Something like this" -- the incident in Haditha -- "just fuels the insurgency and makes it impossible for the United States to ever win this militarily."

What do you think?

PAUL BEGALA, CNN POLITICAL ANALYST: Well, it certainly is a boon for the insurgency.

And I thought Jack Murtha was very persuasive about that in his interview with you. I don't think that he was telling the president to prejudge this. And we will go back and look at the tape or the transcript.

It seemed to me, he said, the president needs to have been guilty here, he or perhaps even she could -- will be punished severely. The striking thing here is that what we know about this is very little. But all that I know about it, I know from Jack Murtha.

That does suggest that the administration -- understandably, governments don't like to put out tragic news, or bad news, or news of bad acts that happen in wartime. But we ought to be learning about this from somebody. And it's -- thank God that Jack Murtha at least...

BLITZER: Well...

(CROSSTALK)

BEGALA: ... is coming out...

(CROSSTALK)

BLITZER: ... we actually learned about it from "TIME" magazine, which broke the story, and -- several weeks ago. And they did an outstanding job of bringing this to everyone's attention.

(CROSSTALK)

BEGALA: But Murtha -- for viewers who don't know Jack Murtha -- I have known him for 20 years -- he's probably the most respected, even revered, congressman by the military.

These guys -- he was a Marine for 37 years, as you pointed out. He's a colonel. They love him. And he loves the Corps. And, so, this is really coming from the heart, from a -- from a real American patriot. And I think that's the way the military ought to be handling...

(CROSSTALK)

BLITZER: It goes without saying, though, that, yes, there may have been some bad apples. But there are 130,000, 140,000 U.S. troops, or whatever, in Iraq. And almost all of them do obey the rules of warfare, don't get involved in this.

The question to you though, Torie, is, is the war creating this kind of situation, where an alleged atrocity like this may be taking place, because it beats down, on a day-by-day basis, these troops who go into these kinds of situations?

CLARKE: Well, if the only thing they see and hear on -- on the airwaves and coming back to them from the United States is emotional rhetoric like we have been hearing today.

And I just think this is a time for members of Congress and others to be very, very responsible and say, yes, it sounds very serious. It sounds awful. Let's get to the bottom of it. But let's not add fuel to the fire, when we don't have all the facts. We will. People can wait a few days, a few weeks. We will have the facts and we can act accordingly. But it does not help to add fuel to the fire.

BEGALA: OK. I think -- I don't know. I didn't even finish the Boy Scouts, OK? So, I am speaking from pristine ignorance, but it won't stop me.

It seems to me, though, that those Marines are less stressed out by what a politician says in an interview with Wolf Blitzer than they are by what Jack Murtha told us, 30 IED attacks that some of these guys had seen.

There was one report that these Marines were on already their third combat tour. Now, what are we doing to overstress the guys? It was -- I think Congressman Murtha was right -- a failure of leadership. And I hope this isn't like Abu Ghraib, where one little PFC from West Virginia and a reservist one-star take the fall, and the Rumsfelds, Wolfowitzes, Tommy Franks of the world go on and prosper.

CLARKE: But it's just -- it is factually incorrect and also, I think, somewhat irresponsible to make judgments about all the Marines or everyone in the United States forces serving in Iraq or Afghanistan based on what a few Marines may have done.

The reality is, as you said, Wolf, the overwhelming majority of the people there are performing...

BEGALA: Right.

CLARKE: ... under the same tough circumstances and doing very, very well.

BLITZER: Very quickly, let me shift gears. A good decision to replace John Snow with Henry Paulson, the chairman of Goldman Sachs?

BEGALA: Great decision. In fact, I wore my green tie today, because he's as green as Al Gore, a great champion of being tough on climate change.

He's going to have a huge fight. I think we now have two camps. I think we have the new camp, which is Bolten, Tony Snow, Joel Kaplan, the new deputy chief of staff, and now Hank Paulson squaring off against the old guard of Cheney, Rumsfeld, Rice, and Rove.

BLITZER: Very quickly, Torie.

CLARKE: Paul Begala is the one many times on this show has said the president ought to bring in lots of new people. This guy is getting praise from the left to the right politically. He's getting a lot of strong support from the business community.

And what everyone says is, he's a very, very serious fellow, would not have taken the job unless he thought he was going to be a real player.

BLITZER: Let's hope he does a good job for all of us.

(CROSSTALK)

BLITZER: Thanks very much.

CLARKE: Thank you.

BLITZER: Torie and Paul are part of the best political team on television -- CNN, America's campaign headquarters.

Coming up, hurricane season starting in only two days -- is the federal government prepared? The Coast Guard commandant, Thad Allen, standing by to join us live.

Plus, has the White House lost its touch when it comes to dealing with fellow Republicans in Congress? Has first-term magic turned into second-term woe? We are going to find out from Jeff Greenfield -- all that coming up.

Stay with us.

(COMMERCIAL BREAK)

BLITZER: President Bush's most recent domestic policy adviser, Claude Allen, resigned in February. The following month, Allen was arrested as part of a felony theft scheme. Now the man tapped to replace Allen finds himself in another controversy. And the details are online.

Jacki Schechner is joining us with the details -- Jacki.

JACKI SCHECHNER, CNN INTERNET REPORTER: Wolf, Justin Park is a reporter for "The Syracuse New Times." And he interviewed Karl Zinsmeister back in August of 2004.

After that article ran, Park says that Zinsmeister sent himself this e-mail complimenting his work, calling it extremely fair and thoughtful, saying: You wrote it straight up.

Well, now a reporter for "The New York Sun" is saying that he found a reprint of the article at "The American Enterprise," the magazine, a conservative magazine, that Zinsmeister himself edits. There are some differences between the two articles. For example, in the one written by Justin Park, Zinsmeister said that Washington -- people in Washington are morally repugnant, cheating, and shifty human beings. In the reprint, it's a little softer. It says: "I learned in Washington that there's an overclass of people who are cheating and that" -- or what was the word he used? -- "shifty human beings." Excuse me. Wanted to make sure that was accurate.

Now, Zinsmeister was unavailable for comment today. But, in "The Washington Post," Tony Snow, the White House press secretary, is quoted as saying that Zinsmeister erred in making the changes, but that it was well-intentioned; it was done in an unartful way, in an attempt to set the record straight. I should say that Justin Park stands very strongly by his reporting -- Wolf.

BLITZER: Jacki, thank you.

On our "Political Radar" this Tuesday, this spring, you might think that all roads to the White House lead through universities and colleges across the country. Take a look at who has been popping up at the podium. It is a virtual who's who for 2008.

Let's bring in our senior political correspondent, Candy Crowley. She is watching the early race for the White House.

Very early.

CANDY CROWLEY, CNN SENIOR POLITICAL CORRESPONDENT: Very early. But it's graduation season, all those voters and their parents all showing up in one place. Can politicians be that far away?

(BEGIN VIDEOTAPE)

CROWLEY (voice-over): Coe is a small liberal arts college about 1,200 miles, two plane rides, away from Boston. And, yet, there he is, the governor of Massachusetts, commencement speaker at Coe College in Cedar Rapids, Iowa, where presidential campaigns began. Lucky he was passing through.

RICH GALEN, REPUBLICAN STRATEGIST: I think it's more than just a coincidence that you're going to see a lot of leading Republicans come to Iowa over the next couple of years just to say hello and...

CROWLEY: Welcome to the transection of graduation '06 and election '08, a spot to track the travels and travails of potential presidential candidates.

SEN. JOHN MCCAIN (R), ARIZONA: I supported the decision to go to war in Iraq. Many Americans did not.

(BOOING)

CROWLEY: The liberals' favorite conservative was out of favor at the liberal New School in New York, where he talked largely about the need for debate without hate.

MCCAIN: Offer no worthy summons to the world.

UNIDENTIFIED MALE: We're graduating, not voting.

CROWLEY: Different moods, same speech at Liberty University, where McCain's words were heard as an attempt to patch up a six-year rift with a leader of the Christian right.

MCCAIN: United in our great cause and respectful of the goodness in each other. I have not always heeded that injunction myself, and I regret it very much.

CROWLEY: Kenyon College is almost smack in the middle of Ohio, the most visited state of the '04 election and the most pivotal. Guess who showed up for graduation?

SEN. JOHN KERRY (D), MASSACHUSETTS: Even as we flew in over Ohio today, I couldn't help but thinking, Ohio, we came so close. Well, so what? You can't go through life without disappointment.

CROWLEY: Kenyon was the perfect synch of politics and place for Kerry, who eyes '08, with '04 in mind.

KERRY: And now we are engaged in a misguided war. Like the war of my generation, it began with an official deception.

CROWLEY: Meanwhile, the '08 candidate seen as most likely to succeed and least likely to talk about it was true to form, giving commencement speeches in the safety of her state of New York, not one speech...

SEN. HILLARY RODHAM CLINTON, (D) NEW YORK: So, I do dare you.

CROWLEY: ... not two speeches...

CLINTON: I dare you to push yourselves.

CROWLEY: ... or three.

CLINTON: I dare you to make some audacious decisions.

CROWLEY: ... but four commencement speeches, all politics free.

CLINTON: It seems so terrifying at first, then as slowly but surely you take the risks...

CROWLEY: If you're really looking, you could make something of that.

(END VIDEOTAPE)

CROWLEY: We are near the end of the '06 graduation season and just the beginning of the '08 presidential season, which leaves open a good deal of political education opportunity in '07.

BLITZER: Candy Crowley, thank you very much.

Coming up, our question this hour. How does the war on terror compare to the Cold War? Jack Cafferty standing by.

(COMMERCIAL BREAK)

BLITZER: Jack is joining us with "The Cafferty File" -- Jack.

CAFFERTY: Thanks, Wolf.

At West Point the other day, President Bush compared himself to President Truman and compared the war against Islamic radicals to the Cold War. The question is: How does the war on terror compare to the Cold War?

Dan in Portland, Oregon writes: "In the Cold War, we knew our enemy. Not so with the war on terror. They can be your next-door neighbors and you will never know it until it's too late."

Yvonne in Cary, North Carolina: "I don't think there's a comparison between them, except that they are both founded on faulty ideology. Communism had done away with a god. Muslim terrorists are on a crusade to convert the world by murder."

Chris in Denver: "I think it is a desperate comparison made by a president trying to prop up his approval ratings. The Soviet Union had the ability to completely annihilate most major American cities within a few hours."

Ulf in Miami: "The difference was, the Cold War was between states. The war on terror is between states and non-state actors, thus, in reality, an international police operation, with the United States as the international self-declared unilateral police force."

Chris in Crawfordsville, Indiana: "The new Cold War is with China. And if this administration doesn't deal with it soon, they will lose this one. We are already losing the war on terror because of our open borders."

Marcus in Arlington, Virginia: "During the Cold War, the other side really did have WMDs."

And Tom in Nashville writes: "The Cold War was an intense chess game, where highly intelligent and skilled administration personnel moved knights and bishops with extreme care. In the war on terror, those people in the highly intelligent and skilled administration positions are wondering if they should move the little horsey or the ones with the pointy heads."

(LAUGHTER)

CAFFERTY: Wolf.

(LAUGHTER)

BLITZER: Good letters, Jack. Thank you very much.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

---

**International Edition**    Languages 🔲    **CNN TV**    **CNN International**    **Headline News**    **Transcripts**    **Advertise with Us**    **About Us**

**SEARCH**    ◉ THE WEB    ○ CNN.COM    [ Search ]    powered by **YAHOO! SEARCH**

© 2006 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

🖙 External sites open in new window; not endorsed by CNN.com
CNN [Pipeline] Pay service with live and archived video. Learn more
Download audio news  |  Add RSS headlines



# CNN.com

Member Center: Sign In | Register

International Edition

**SEARCH**    ◉ THE WEB  ◯ CNN.COM    [                    ]    Search    powered by YAHOO! SEARCH

Home Page
World
U.S.
Weather
Business
Sports
Analysis
Politics
Law
Technology
Science & Space
Health
Entertainment
Offbeat
Travel
Education
Special Reports
Video
Autos
Exchange

**SERVICES**
E-mails
RSS
Podcasts
CNNtoGO
CNN Pipeline

# TRANSCRIPTS Transcript Providers

Shows By Category:

**Return to Transcripts main page**

## THE SITUATION ROOM

**Dozens of Iraqis Dead in Insurgent Bloodbath; Capitol Hill v. White House?**

Aired May 30, 2006 - 19:00  ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

WOLF BLITZER, CNN HOST: To our viewers, you're in THE SITUATION ROOM where new pictures and information are arriving all the time.
Standing by, CNN reporters across the United States and around the world to bring you tonight's top stories.

Happening now, it's 3:00 a.m. in Baghdad. Dozens of Iraqis die in an insurgent bloodbath. But did U.S. troops create a bloodbath of their own? I'll ask Iraq's new ambassador here to the United States and Congressman John Murtha about an alleged marine massacre.

It's 7:00 p.m. here in Washington. Did the raid on a congressman's office rip apart the fraying ties between Capitol Hill Republicans and the Bush White House?

And it's 6:00 p.m. in New Orleans, after FEMA's failure he led the fight against Hurricane Katrina. Is New Orleans ready for the new storm season? I'll ask the new Coast Guard commandant, Admiral Thad Allen.

I'm Wolf Blitzer, you're in THE SITUATION ROOM.

advertiser links                                                what's this?

**US Flags on Sale - Free Shipping**
Free shipping on US flags, military flags, poles and accessory orders... www.conderflags.com

**American and USA Flags - Buy Direct**
American flags all on sale. Buy your next American flag directly from the... www.usflags.com

**US Flag from $1.80 Polyester 3x5'**
Wholesale and retail flags and banners. We accept wholesalers own... www.flagsimporter.com

**Buy American Car Flag Here**
Patriotic flags, magnets, pins, apparel, stickers, car flags and much... www.flagsoncars.com

SUBSCRIBE TO TIME FOR $1.99!
CLICK HERE »

In Iraq today nothing less than a slaughter. Police now say insurgent attacks killed at least 47 people, wounded more than 100 others. Most of the carnage came from three bombings in Baghdad and in Hilla to the south. And it came as President Bush welcomed Iraq's new ambassador over at the White House, saying Iraqis have endured difficult times.

(BEGIN VIDEO CLIP)

GEORGE W. BUSH, U.S. PRESIDENT: I'm impressed by the courage of the leadership, impressed by the determination of the people and want to assure you, sir, that the United States stands ready to help the Iraqi democracy succeed.

(END VIDEO CLIP)

BLITZER: But the White House today is promising a full public accounting of another case of carnage. Last November's killing of some two dozen Iraqi civilians, an alleged massacre by U.S. marines. Iraq's ambassador has his own

allegations about the Haditha violence hitting very close to home for him. My interview with him is coming up. First, though, half a year after the Haditha killings, one marine is struggling with the fallout. We must caution you that some viewers may find parts of our report disturbing. CNN's Brian Todd is joining us. He has the story. Brian?

BRIAN TODD, CNN CORRESPONDENT: Wolf, this marine's mother says he has been questioned by investigators once and likely will be again. So the haunting memories of what this young man saw in Haditha not likely to fade soon.

(BEGIN VIDEOTAPE)

TODD (voice-over): Marine Lance Corporal Ryan Briones has already given one emotional account after what happened after the alleged massacre in Haditha last November when he says he was assigned to take pictures and clean up bodies.

Briones told the "Los Angeles Times" quote, "they ranged from little babies to adult males and females. I will never be able to get that out of my head. I can still smell the blood."

His mother, Susie Briones relays a more graphic description to her son gave her to CNN.

SUSIE BRIONES, MOTHER OF LANCE CORPORAL RYAN BRIONES: When he had to carry, since he was part of the cleanup crew, was carry that little girl's body and her -- her head was blown off or something, her brains splattered on his boots and that's what affects Ryan the most. He had to pick up this child's body to put her in a body bag. And that happened. That her -- her head -- things fell out of her head

TODD: Investigators believe the alleged killing of unarmed civilians may be been triggered when Lance Corporal Miguel Terazas (ph) was killed by a roadside bomb. Susie Briones says her son, Terazas' best friend, had to help recover the body.

BRIONES: Pick up the pieces. Pick up his arm.

TODD: Briones says he gets calls from her son at 4:00 in the morning saying he can't sleep. She is sure he has post traumatic stress disorder. Asked if Ryan's gotten adequate care from the military?

BRIONES: They have not. All they did was give him sleeping pills and antidepressants. And his first psychologist to see him will be June 6th. He was back April 2nd. He asked for help over there right after and they didn't offer that.

TODD: Veterans' advocate Rick Weidman says that problems like this are still very common.

RICK WEIDMAN, VIETNAM VETERANS OF AMERICA: They're not getting the help they need because the military system medical system does not have the organizational capacity. Not enough psychologists, psychiatrists and clinical social workers to provide it. That's in number one. Number two is if they go on sick call, they believe despite, quote unquote, "reassurances," that that's the end of their military career.

(END VIDEOTAPE)

TODD (on camera): Contacted by CNN, an official at U.S. Marine Corps Central Command responded in an email, quote, "while it would be inappropriate and a violation of privacy rights protected by law to discuss a service member's medical concerns, I can tell you that medical professionals and marine leadership regularly educate marines on how to obtain assistance and there is no stigma attached for doing so."

He says the investigation is ongoing and investigators will conduct the necessary interviews in order to ensure a thorough investigation. Wolf?

BLITZER: Brian Todd reporting. Brian, thanks.

Iraq's new ambassador here in the United States has a very personal connection to the carnage in Haditha and his own family is living with a nightmare.

(BEGIN VIDEOTAPE)

BLITZER: And joining us now, Iraq's new ambassador here in Washington, Samir al-Sumaidaie. Mr. Ambassador, welcome to Washington. Good to have you here in THE SITUATION ROOM.

SAMIR AL-SUMAIDAIE, IRAQI AMBASSADOR TO U.S.: Thank you.

BLITZER: What do you know about what happened at Haditha?

SUMAIDAIE: Well, I heard the report very soon after the event in November from some relatives and as it happened, my own security detail comes from that neighborhood. And his home is hardly 10 yards from the home which was hit. And he was in touch through the Internet with his folks and neighbors. And the situation which he reported to me was that it was a cold-blooded killing.

BLITZER: By whom?

SUMAIDAIE: By the marines, I believe. Now at that time, I dismissed the initial reports as incredible. I found it unbelievable, frankly.

BLITZER: You were at the United Nations at the time.

SUMAIDAIE: I was at the United Nations and I found it unbelievable that the marines would go in and kill members of families who had nothing to do with combat.

But I was under pressure by my friends and relatives to raise this issue. Without any evidence in my hand, I didn't really want to make any claims that I could not substantiate. That was, remember, before any video came out. There was just word of mouth people telling me what happened. And I know the power of the rumor and the power of allegations without foundation. But in this case, it was more than that.

BLITZER: You didn't raise it?

SUMAIDAIE: I did not raise — I noted it but I did not raise it. I raised it unofficially through private conversations.

BLITZER: Before even months before the incident in November, you lost a cousin at Haditha in a separate batting involving United States marines.

SUMAIDAIE: That was not a battle at all. Marines were doing house to house searches and they went into the house of my cousin. He opened the door for them. His mother, his siblings were there. He let them into the bedroom of his father. And there he was shot.

BLITZER: Who shot him?

SUMAIDAIE: A member of the marines.

BLITZER: Why did they shoot him?

SUMAIDAIE: Well, they said that they shot him in self-defense. I found that hard to believe because A, he is not at all violent. I know the boy. He was in second year engineering course at the university. Nothing to do with violence all his life has been studies and intellectual work. Totally unbelievable.

And in fact, they had no weapon in the house. They had only one weapon which belonged to the school where his father was a headmaster and it had no ammunition in it. And he led them into the room to show it to him.

BLITZER: So what you are suggesting, your cousin was killed in cold blood by, is that what you're saying, by United States marines?

SUMAIDAIE: I believe he was killed intentionally. I believe he was killed unnecessarily. And unfortunately, the investigations that took place after that, sort of took a different course and concluded that there was no unlawful killing.

I would like further investigation. I have in fact asked for the investigation which was a criminal investigation, by the way. General Casey is aware of all the details because he's kept on top of it. And it was he who rejected the conclusions of the first investigation. I have since asked formally for the report, but it's been nearly two months and I have not received it.

BLITZER: Did you raise these concerns you have with the president today when you were at the White House presenting your credentials?

SUMAIDAIE: No, I did not because I didn't want to bring in a personal note into a much wider brief that I have here.

BLITZER: But what I hear you saying, and I don't want to put words in your math is there may be, in Haditha, at least, a pattern, what happened to your nephew and what happened apparently in November when these other marines went in. Are there any other examples of cold-blooded murderer that you're familiar with in Haditha?

SUMAIDAIE: I'm familiar with at least one other killing of three youths which happened very soon after the killing of my cousin. They were in a car, they were unarmed, I believe, and they were shot. Now, in that case, there could be possible excuse or explanation that the marines were afraid, they were approaching them too fast or whatever.

But the details as they were related to me were such that there was no possibility of misunderstanding. But in all these situations, you have the word of the community, people around, civilians around and you have the word of the individuals in the marines.

And when it comes to comparing these two sources, if my uncle whom I have known all my life since childhood and I know he would not make up stories and I know he would not lie. I know what's at stake is the life of heir grandson, then I know which word to take.

BLITZER: Do you have confidence that the U.S. military will do a thorough investigation?

SUMAIDAIE: Ultimately, possibly yes. But in situations like this the same as in Abu Ghraib, the ramifications are so profound that they would initially take the attitude that they hope this will go away. If it can be swept under rug, it would. But when it goes up into the higher in the hierarchy, there's people that represent the potential damage of cover-up and there is a better possibility of it being opened up.

BLITZER: So you are concerned there could be a cover-up?

SUMAIDAIE: There's always a concern of cover-up. But let me say this, Wolf, events like Abu Ghraib and killing, intentional killing like this do -- I believe as I said in my statement at the time in July of last year, they are a betrayal to the American people. They are a betrayal to what the marines are doing and what the American army is doing.

On the whole, the United States and the military are doing an honorable job on an honorable project which is of immense potential benefit for the United States and for us. Such crimes detract from that.

The focus in all of the international media has been on these thing and not on the good things. And I do believe that for every bad apple, bad marine, there are thousands and thousands of good ones. Doing good job, doing the best they can under difficult circumstances. However, it is absolutely imperative that we remove the bad apples and expose them and we don't try to cover them up.

BLITZER: On that note, Mr. Ambassador, we'll leave it. Thanks very much for coming into THE SITUATION ROOM.

SUMAIDAIE: Thank you. Thank you, Wolf.

(END VIDEOTAPE)

BLITZER: Marine Corps officials say they will not comment on the Haditha investigation until it's completed and the report is made public. As for the ambassador's own allegations leveled last July that U.S. troops intentionally killed a relative, the commander of the multinational force - West, said this, let me quote it directly. "We take these allegations seriously and will thoroughly investigate this incident to determine what happened."

On Ambassador al-Sumaidaie's third example, the unarmed young people, three of them allegedly shot in a car in cold blood, we're waiting for a response from U.S. military officials in Iraq. Jack Cafferty is standing by with the "Cafferty File." Jack?

JACK CAFFERTY, CNN ANCHOR: There is a fascinating interview. Very articulate gentleman.

BLITZER: Incredibly blunt. Today is his first day, really, as the accredited Iraqi ambassador to the United States and he spoke so openly.

CAFFERTY: Amazing what freedom of speech will do when it is given to somebody. They will come right at you.

From one very articulate and well-spoken gentleman to one certifiable nutcase. The president of Iran is at it again. In an interview with a German magazine, Mahmoud Ahmadinejad has repeated his doubts the Holocaust ever happened.

He says, quote, "I only accept something as the truth if I am truly convinced of it."

He adds too Jews should be moved from Israel back to Europe and Germans should no longer feel guilty over the Holocaust. When asked if he wants nuclear weapons, Iran's president said his country doesn't need any weapons, that they are a quote "civilized, cultured people," unquote, who have never attacked another country.

Here is the question. What does it mean when Iran's president continues to question whether the Holocaust ever happened?

Email your thoughts to caffertyfile@cnn.com or go to cnn.com/caffertyfile. Wolf?

BLITZER: Jack, thank you.

And coming up, the raid on Congress and the widening split between Republicans. Where's all the anger coming from? Jeff Greenfield standing by.

Plus, he was one of the few who won praise for his response during Hurricane Katrina. Does the Coast Guard commandant, Thad Allen, think that America's is now ready for this hurricane season only two days away?

And the president's choice to be the next treasury secretary. We're following his money trail and why the timing of the nomination is raising some questions about Mr. Bush. Stay with us. You're in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: Tonight the House speaker Dennis Hastert wants justice officials to come to Capitol Hill as soon as next

week to discuss a process for any future FBI searches of lawmakers. A House committee held a hearing today on the controversial raid of Congressman William Jefferson's office.

It proved to be a showcase for the panel's chairman's view that the search violated the Constitutional separation of powers and that helped to drive more of a wedge between Republicans.

Our senior analyst Jeff Greenfield has more on the politics at play. Jeff?

JEFF GREENFIELD, CNN SR. ANALYST: Wolf, when Republican committee chair asks if the FBI raid on a congressman's office last week, quote, "trampled the Constitution," you can safely conclude that there's some anger at work here.

But the bigger story is that the unhappiness of a Republican Congress at a Republican White House has been building almost from the beginning of the President Bush's second term.

(BEGIN VIDEOTAPE)

GREENFIELD (voice-over): All through his first term, President Bush enjoyed remarkable support from Capitol Hill Republicans. That's how he got most of his domestic programs, like the tax cut, through an almost evenly divided House and Senate.

BUSH: Not over my dead body will they raise your taxes.

GREENFIELD: But his second term has been a dramatically different story. First there was Social Security reform. The keystone of his 2005 domestic program, a idea that withered and died with barely a whimper. Then came the Supreme Court nomination of Harriet Myers which inflamed conservatives, the ports deal with the Dubai company reflecting what even some of his supporters said was a tin ear for the political consequences.

The response to Hurricane Katrina and growing anger among fiscal conservatives over spending especially for like pork barrel projects like that Alaska bridge to nowhere.

Grassroots anger with business as usual spending was dramatically demonstrated two weeks ago in Pennsylvania when primary voters threw out 15 incumbents, including both top leaders of the Republican controlled state Senate. Nothing like that had happened in some 40 years.

House speaker Dennis Hastert is said is to be furious with the White House over its summary dismissal of CIA director and former Republican Congressman Porter Goss.

And nothing has more dramatically illustrated the divide between President Bush and congressional Republicans than the immigration issue. Top Republican Party officials have been arguing that polls show Americans want a comprehensive solution to the issue, combining border security, guest workers and paths to citizenship.

But that is clearly not where congressional Republicans are. Nearly two-thirds of GOP senators voted against the comprehensive Senate bill. House Republicans seem to want a deal that deals mostly with enforcement.

And in what might be the most conservative congressional district in America, Utah Republican incumbent Chris Cannon runs a real risk in being unseated in a Republican primary by a staunch restrictionist candidate.

(END VIDEOTAPE)

GREENFIELD: Now, maybe this is the traditional second term overconfidence that tends to afflict White Houses. Maybe it's just a run of bad luck. But of all the troubles afflicting this White House, the gap between the two ends of Pennsylvania Avenue is the one that most is looking like a self-inflicted wound. Wolf?

BLITZER: Jeff Greenfield with that. Jeff, thank you.

Let's check back with Zain Verjee. She is joining us from the CNN global headquarters with a quick look at some of the other important stories making news. Hi, Zain.

ZAIN VERJEE, CNN ANCHOR: Hi, Wolf. Anyone who drives a Toyota may want to get it checked.

The Associated Press says Toyota is recalling nearly 1 million cars in the U.S. and around the world. The A.P. says the recall affects 10 models, including the popular Prius hybrid.

Toyota officials apparently say the recall is to replace faulty parts that could cause drivers to lose control of the steering wheel. Toyota says owners should be notified within the next few weeks.

The end of a real life "CSI." After two weeks of digging and 31 years of searching and an unknown cost to taxpayers, the FBI says that they're calling off the search for Jimmy Hoffa. The FBI had hoped to crack a cold case but instead agents didn't find Hoffa's body on the Michigan horse farm that they have been searching.

The U.S. Supreme Court sends a message to wood be whistle blowers. Just because you expose something doesn't mean you're protected. In a five to four decisions the Supreme Court ruled that government workers who blow the whistle on alleged illegal conduct do not deserve first amendment protection as an automatic shield from their bosses. Writing for the majority, Justice Anthony Kennedy said the First Amendment does not protect every statement public employees make while doing their jobs. Chief Justice John Roberts and Justice Samuel Alito sided with the majority.

She's said to be moving her toes and opening her eyes. A U.S. official says badly hurt CBS correspondent Kimberly Dozier is doing as well as can be expected. Dozier is now recovering at a U.S. military hospital. That's in Germany after being critically injured by a roadside bomb in Iraq yesterday. Two other CBS journalists, a U.S. soldier and an Iraqi translator were killed.

Wolf?

BLITZER: We hope she makes a speedy recovery, Zain. Thank you very much. Still to come tonight in THE SITUATION ROOM, what really happened in Hadithah. We will have a report from Iraq on the horror story and the graphic images. And Congressman John Murtha, himself a retired U.S. Marine Corps colonel weighs in on the allegations of a massacre by some marines in Iraq and a possible cover-up.

And he weathered the Katrina storm better than most. Now the Coast Guard commandant, Thad Allen answers a life and death question, is FEMA ready for this hurricane season which officially starts Thursday. Stay with us. You're in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: Welcome back to THE SITUATION ROOM. I'm Wolf Blitzer in Washington. Let's get back to our top story. The alleged massacre by U.S. marines last November in the Iraqi town of Hadiitha. Two dozen civilians were killed after a roadside bomb ripped through a U.S. Marine Corps convoy.

We must caution that some viewers may find parts of our report disturbing. As investigations intensify, CNN's Ryan Chilcote takes us back to the scene.

(BEGIN VIDEOTAPE)

RYAN CHILCOTE, CNN CORRESPONDENT (voice-over): There's plenty of evidence that civilians were killed in Haditha. Twenty-four bodies were counted.

At the morgue, women and children among the dead. Many images too graphic to show. But the dead can't speak. So at CNN's request, a human rights organization went back to Haditha with a camera to interview survives. The interviewer found three, all children.

For each, the story begins here where a roadside bomb struck a humvee carrying American marines, killing one of them. It was 7:30 in the morning.

Twelve-year-old Safa Younis (ph) was getting ready for school. She said she was the on survivor in her house. Eight relatives killed.

UNIDENTIFIED FEMALE (through translator): A bomb exploded on the street outside. We heard the sound of the explosion and we heard shouting. We were inside the house when the U.S. forces broke into the door. They killed my father in the kitchen. The American forces entered the house and started shooting with their guns. They killed my mother and my sister Nour (ph). They killed her when she shot her in the head. She was only 15 years old. My other sister was shot with seven bullets in the head and she was only 10 years old.

And my brother Muhammad was hiding under the bed when the U.S. military hit him with the butt of the gun and the started showering him under the bed. The U.S. military then shot me and I was showered in blood. We couldn't leave the house because the U.S. military surrounded the area with a large number of soldiers.

CHILCOTE: Safa's cousins, eight-year-old Abdul Rahman Walid (ph) and nine-year-old Iman Walid (ph) were next door in the first house entered by the marines. They say seven were killed in this house.

UNIDENTIFIED FEMALE (through translator): They entered the house. They burned the room and my father was inside the room. Then they attacked my grandmother and my grandfather and they threw a bomb. Me and my brother Abdul Rahman were injured. I saw how they killed my mother Asma (ph) and I saw how they killed my grandmother. I saw Hiba (ph), she is my aunt taking little girl Issa (ph) and running away outside the house.

CHILCOTE: Iman is initially poised. She has clearly told the story many times. She needs no questions to prompt her.

UNIDENTIFIED FEMALE (through translator): My grandmother, she decided to open the kitchen door. Before she did she said maybe they will break it otherwise. I wish she hadn't.

CHILCOTE: Iman's brother, Abdul Rahman doesn't say much. The interviewer asked him to show his wounds.

Off camera, a voice in the room is heard asking, he didn't have a weapon. What danger did he pose?

But there is an intriguing variation in Iman's account the third time she tells it. She says she was expecting the bomb.

UNIDENTIFIED FEMALE (through translator): I was planning to go to school. I was about to go out of bed. I knew the bomb would explode so I covered my ears. The bomb exploded. The bomb struck an armored vehicle. I don't know if it was a humvee or an armored vehicle. When the bomb exploded, they came straight to her house.

CHILCOTE: The question is, was her expectation of the explosion a premonition, a fear based on the sound of the of the passing convoy, or was it based on some knowledge? The interviewer does not follow up. He says the nine-year-old got confused and got her story mixed up.

All three children were wounded. Amman and Abdur Akham (ph) were treated at a U.S. hospital in Baghdad. Safa Una (ph) says she wants tough justice for those who killed her family. SAFA UNA: I want them to be tortured and killed and I want them to leave our country.

CHILCOTE: The people in these houses were not the only ones to have been killed. Others died in this house, too, but the survivors here did not want to talk.

Ryan Chilcote, CNN, Baghdad.

(END VIDEOTAPE)

BLITZER: Many are already wondering if the Haditha incident will be the equivalent of the My Lai massacre that turned so many Americans against the Vietnam War. It certainly providing some new fuel for those who already believe that the U.S. mission in Iraq should end.

(BEGIN VIDEOTAPE)

BLITZER: Joining us, a leading critic of the war in Iraq, Congressman John Murtha, Democrat of Pennsylvania, himself a 37-year veteran of the United States Marine Corps.

You have suggested, Congressman, that there was a cover-up of this incident that actually occurred back in November. Specify what you have learned, what you have been told.

REP. JOHN MURTHA (D), PENNSYLVANIA: Well, what I worry about, Wolf, is that this happened six months ago and nothing -- you heard nothing about it. As a matter of fact, the original story was that an IED killed these 15 people. It became very confusing to the public. "Time" magazine came out with an article, and they still tried to cover it up.

Now, there were payments made to victims, which aren't made unless we kill them, one way or the other. And, secondly, they knew about it the day afterwards. So, there's no excuse for not having this be more open and know exactly what -- and the longer it goes, the worse it is for us, because it looks like it's the policy of our troops to do something like this.

But the Marine Corps itself told me there were 24 people killed. There was no other enemy action, except the one explosive device. Now, they are under tremendous pressure, Wolf. You have heard me say this before. They are stressful. They go out every day. They see arms blown off, legs blown off. There's inadequate number of forces.

So, I understand what happened. But you can't excuse it, and the cover-up is inexcusable. So, the chain of command, the chain of command, somebody in the chain of command said, we don't want to talk about this. It's so devastating that we don't want it to be made public.

Well, it's going to be made public at someplace. The Iraqis already knew about it. The Marines knew about it. It was going to come out and they should have been very open about this from the very start. BLITZER: Here's what the chairman of the Joints Chiefs, General Peter Pace, himself a Marine, said yesterday on CNN's "AMERICAN MORNING."

Listen to this.

(BEGIN VIDEO CLIP)

GEN. PETER PACE, JOINT CHIEFS CHAIRMAN: To my recollection, the first we knew about it back here in D.C. was around the 10th of February and the very next day is when the investigations began. So, from my perspective, as soon as we found out that there were allegations, the investigations began.

(END VIDEO CLIP)

BLITZER: What do you think about that, Congressman?

MURTHA: Well, I will tell you, that's a pretty flat statement there. It seems to me something as horrendous as this should take a little something in the statement. I mean, you know, this is a terrible event, a tragic event. It affects the

troops. It affects our morale. It affects the ability of them to recruit against us.

And just say, well, it is going to start as soon as February, it should -- and even that was too long a period of time. They should have known about it before then, if they didn't know about it.

It's a failure of leadership when they didn't know about it. When other Marines knew about it, when the Iraqis knew about it, when they made payments about it, and they didn't know it in Washington? I mean, I think we have to find that out. Senator Warner said he's going to have hearings, and he ought to have hearings. He ought to find out who knew what when.

BLITZER: There are some who are already making comparisons between Haditha and My Lai in Vietnam, the massacre in which hundreds of Vietnamese civilians were killed, an incident that you well remember.

Is that a fair comparison, a fair analogy?

MURTHA: Well, I think it's a fair analogy, except for the numbers. There was about 124, I think, in the My Lai incident. And then there was 24 here.

But it's the same thing, overstressed, these troops going out every day, IEDs go off. Some of them have seen 30 IEDs go off without being – all at once. They're killed or one of their friends is killed. So, the pressure is tremendous.

It's one of those things where we have become the enemy. The Iraq – there's only 1,000 al Qaeda, as I have said over and over again. There's no progress. Since I made my statement November 17, was two days before this happened, and it's worse today than it was then. There was 500 incidents at that time in a week, and now there's 1,000 incidents a week. So, it has gotten worse during that period of time. And these troops are under tremendous stress. And we ought to redeploy as quickly as we can and let the Iraqis handle this themselves.

BLITZER: What about President Bush? While this investigation continues, what, if anything, should he say about it?

MURTHA: The president should say that anybody that is involved in this, if they are found guilty, ought to be punished severely, because this helps recruit terrorists.

If there's anything that is going to recruit terrorists – he finally admitted Abu Ghraib was a mistake. He finally admitted he had untrained soldiers there, unsupervised, and undisciplined. And that was a tremendous public-relations problem for the United States. We started to lose credibility then.

We're fighting for the ideals of democracy. We're fighting for the ideals of America, and when something like this happens, and then you try to cover it up, it makes it look like the United States doesn't stand for those.

Wolf, even when he signed the paper on torture and said we're going to make an exception to torture, when both houses – both chambers passed that -- against torture, that's the kind of stuff that hurts us and unites the Muslims against the United States.

BLITZER: John Murtha is a Democratic congressman from Pennsylvania.

Congressman, thanks very much for joining us.

MURTHA: Good to talk to you, Wolf.

(END VIDEOTAPE)

BLITZER: And just ahead, another shakeup in the Bush administration, this time a new treasury secretary. So why did the president lead us to believe just only a few days ago that nothing was going on?

Plus, Mount St. Helens is blowing off some steam. Our Internet reporters are following the situation online. They will show us what they found. Stay with us. You're in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: Tonight, a new treasury secretary nominee and a new controversy over the president's candor. Mr. Bush today tapped Goldman Sachs CEO Henry Paulson to replace John Snow. Paulson appears to be headed, at least at this early stage, for a relatively speed confirmation. But questions are being raised about the president's apparent denial just last week that Snow's exit was imminent, despite widespread reports that he was expected to resign. Listen to what Mr. Bush said then and how the White House is explaining it now.

(BEGIN VIDEO CLIP)

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: He has not talked to me about resignation. I think he's doing a fine job.

TONY SNOW, WHITE HOUSE PRESS SECRETARY: It's no, he's not talked to me about resignation. That doesn't

mean that there were not other discussions. It was artfully worded. On the other hand, the one thing you don't want to do in a situation like this is to start speculating about changes before the changes are ready to be made. Those do have impacts on markets and you have be responsible and cautious in the way you deal with them.

(END VIDEO CLIP)

BLITZER: Let's bring in our Ali Velshi. He's got the bottom line on the president's choice to be the next treasury secretary. Ali.

ALI VELSHI, CNN CORRESPONDENT: Like 12 other secretaries of the Treasury this century, Henry Paulson is making a move from Wall Street to the White House. He's going to take a huge pay cut. But is he going to tackle the big issues.

(BEGIN VIDEOTAPE)

(voice-over): What's better than making millions on Wall Street? How about being the guy who gets to sign his name on every dollar printed in the country. Henry Paulson comes from Goldman Sachs, the gold standard of success on Wall Street. So he comes from good business stock. He has a big job in front of him.

The U.S. economy is healthy by most measures, but Americans are feeling shaky. High gas prices are taking a toll. Jobs are still being outsourced and China nipping at America's heels.

HENRY PAULSON, TREASURY SECRETARY NOMINEE: Mr. President, if confirmed, I look forward to working with you, your administration and the congress to help keep the American economy strong and competitive.

VELSHI: One way to do that is stop trying to keep the U.S. dollar strong against other currencies. While it may wreck your overseas vacation, a weaker dollar makes American products cheaper to buy overseas.

(on camera): There's nothing quite as American as apple pies made with good old fashioned American apples. America grows seven percent of the world apple supply. China grows five times as many.

(voice-over): So the U.S. and China compete to sell all those apples on the world market. But a strong dollar means that while they may look and taste the same American apples cost more. A weaker dollar also makes goods imported into the United States more expensive to American buyers.

The end result is that it will force Americans to buy American because imports could get expensive.

(END VIDEOTAPE)

VELSHI: I don't know if he will do anything about apples, but Paulson does know a think or two about the dollar. Last year he saw 38 million of them in total compensation from Goldman. If he is confirmed, he will earn about $175,000 as Secretary of Treasury.

BLITZER: Nice little pay cut, $38 million. Not bad. Thank you, Ali, for that.

We're reporting some new activity in Mount St. Helens in Washington State. The volcano shot a steam and ash plume more than 16,000 feet into the air yesterday. It's the most activity that the scientists have seen over the past year. Let's get some more from our Internet reporter, Abbi Tatton.

ABBI TATTON, CNN INTERNET REPORTER: Wolf, here's the plume of steam rising above Mount St. Helens yesterday. Scientists had reported a small earthquake nearby. The USGS reports dozens of these smaller quakes in the region. This one was a little bit bigger, it was 3.1 magnitude.

Scientists say it brought with it an associated large rock fall which in turn brought with it that steam and ash rising above the volcano. It became active again in the Fall of 2004 when volcano cam captured these live pictures back from the end of October.

If you look at that volcano cam right now, you will see a decidedly quieter Mount St. Helens. The advisory is right now orange. That means a heightened concern but not for people or property.

BLITZER: Thank you, Abbi, for that. Up head tonight, the U.S. Coast Guard Commandant, Admiral Thad Allen will join us in THE SITUATION ROOM to talk about preparations for the hurricane season only two days away.

(COMMERCIAL BREAK)

BLITZER: Thursday marks the official start of the new hurricane season and many Gulf Coast residents are bracing for the worst. With memories of Katrina clearly still fresh in their minds. Admiral Thad Allen wound up being the principal federal official in charge of the government's Katrina response. Now he is the Coast Guard Commandant.

(BEGIN VIDEO CLIP)

Thanks very much for coming in. Coast Guard, by all accounts performed brilliantly in the aftermath of Hurricane Katrina. FEMA did not. What do you think going into this new hurricane season? You work in the same Department of Homeland Security, is FEMA ready this time?

ADM. THAD ALLEN, COMMANDANT, U.S. COAST GUARD: I think we are. The Coast Guard has predesignated principal federal officials to work with the department. We actually have done joint training with FEMA officials over the last two to three weeks. I was even involved in that training.

We are leaning very far forward and we're much better off this year than we were last year.

BLITZER: Here's what Susan Collins, the Republican chair of the Homeland Security Committee in the senate, said. FEMA has become a symbol of a bumbling bureaucracy in which the American people have completely lost faith."

The word FEMA itself generating a lot of angst, especially going into this new hurricane season. You understand that?

ALLEN: I do. When I was a principal federal official down there, I saw a lot of FEMA employees who were just giving it all for the country down there. There are a lot of highly motivated people in that organization. They have some things that need to be fixed. The secretary is about that. We're working side by side with them.

BLITZER: Was it smart to bring the Coast Guard and FEMA into this new Department of Homeland Security? A lot of second guessing in the aftermath of Katrina last year that that was not the best way to handle response to a disaster like this?

ALLEN: I worked with FEMA before we moved to the new department and I worked with them since then. I think this is a perfect marriage. We prescript mission assignments now so we are ready to act further in advance than we ever had before. The joint training between the Coast Guard and FEMA people has been extraordinarily useful.

BLITZER: Max Mayfield, the director of the National Hurricane Center, he said this the other day. He said, "Katrina was a national wake up call, but it seems too many residents are still asleep." Is that your fear right now going into this new hurricane season? People still are lethargic about another hurricane?

ALLEN: I certainly hope not. I think people in this country need to understand that preparedness is a multi-level responsibility. Federal, state and parish and county responsibilities. People need to be able to exist in their house and take care of themselves for 48 to 72 hours after an event because it may take that long to get help to them. I think there is individual responsibility that has to be considered.

BLITZER: Dealing with a hurricane is only one responsibility of the Coast Guard. There are a lot of other responsibilities including port security. There is a lot of fear right now that our ports are not secure, only a small percentage of cargo is inspected. What is the Coast Guard doing?

ALLEN: Well, we take a broader view of port security in that we look at risk, threat, and vulnerability in our ports. And we have assessed all the major ports in this country since 9/11, both for threat and vulnerability.

And you can't protect everything at any time. What you have to do is allocate your sources to the highest threat and risk areas, based on that methodology. And we do that in every port.

BLITZER: Sounds like the Coast Guard has got a full agenda, and you're the man to lead it. The commandant of the Coast Guard, Thad Allen. Thanks for coming in.

ALLEN: Thank you, Wolf.

(END VIDEOTAPE)

BLITZER: And up ahead, what does it mean when Iran's president continues to question whether the Holocaust happened? It's our question of the hour. Jack Cafferty standing by with your email.

(COMMERCIAL BREAK)

BLITZER: Jack is in New York with the "Cafferty File" -- Jack.

CAFFERTY: Thanks, Wolf. The question this hour -- what does it mean when Iran's president continues to question whether the Holocaust in fact ever happened?

Marion in Arcadia, Florida writes -- "It means he's in control, because, one, we are listening to him; two, he knows where our buttons are; three, he knows how to push our buttons; four, the more he pushes them, the more attention he gets; and five, go back to number one and continue.

Bill in Villa Park, Illinois. "It means you've questioned the one thing in our world that is off limits. It means you've crossed the line and the powers that be will have your head unless they can marginalize you. The Holocaust is the only event in all of history which is given this special protection. Why is that? Is it because it would wilt under closer inspection? The power of what Norman Finkelstein has termed "the Holocaust industry" is frightening."

Steve in Montgomery, New York writes: "Jack, in this day and age, the only reason to deny the Holocaust happened is anti-Semitism. It's that simple. Anyone who argues that point has either no grip on history or is bent on committing another Holocaust."

Ernie in Ocala, Florida. "It means we have a certifiable psychopath trying to acquire nuclear weapons, and makes clear who his first target will be. And while we, meaning the United States, are now impotent against the true threat to world peace due to our fiasco in Iraq, Israel won't lie still. It's their lives which are more directly at risk than our own."

Tom in Tulsa, Oklahoma: "It is certain proof there are more horse's rear ends in the world than horses. Honestly, I've worn neckties with higher IQs. Talking to or even about this guy goes against an old adage: Never try to match wits with a half-wit."

And finally, John in Frankford, Delaware: "It means that when Iran plays Mexico in the World Cup, I will root for a draw" -- Wolf.

BLITZER: That game coming up, Jack. Thank you very much. See you tomorrow.

Let's find out what's coming up right at the top of the hour. That means Paula is standing by. Hi, Paula.

PAULA ZAHN, CNN ANCHOR: Thanks, Wolf. That will be in about four and a half minutes for those of you counting. Coming up, more on the allegations that U.S. forces massacred Iraqi civilians. We will also be following critically wounded CBS correspondent Kimberly Dozier's journey from Iraq to a hospital in Germany. Her doctors say at one point, after she was wounded yesterday, Dozier didn't have a heartbeat at all.

And our nationwide epidemic of disease caused by obesity. Can you believe that some people are actually calling for a tax on fat? Can you imagine what that would be like shopping at the grocery store these days, Wolf? It would make things a whole lot more complicated, but some people think that's the only way we will all stop eating bad food.

BLITZER: OK, Paula, thank you very much.

ZAHN: Thank you.

BLITZER: Still ahead here in THE SITUATION ROOM, Iraq then and now. We're going to hear what the vice president, Dick Cheney, was saying exactly one year ago. Did his prediction come true? You'll have to judge for yourself. We have the videotape. Stay with us here in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: On a day when the past and current carnage in Iraq is making headlines, it's worth remembering what Vice President Dick Cheney told our Larry King exactly one year ago about the state of the insurgency in Iraq. Listen to this.

(BEGIN VIDEO CLIP)

RICHARD B. CHENEY, VICE PRESIDENT OF THE UNITED STATES: I think we may well have some kind of presence there over a period of time, but I think the level of activity that we see today from a military standpoint I think will clearly decline. I think they're in the last throes, if you will, of the insurgency.

(END VIDEO CLIP)

BLITZER: That said exactly one year ago today. A year after the vice president said that, the U.S. military has announced today it's moving an extra 1,500 troops into Iraq from Kuwait. The Pentagon says the troops are on a short-term deployment to help Iraqi forces work towards securing the volatile Anbar province.

That's all the time we have. I'll see you tomorrow. Paula Zahn standing by to pick up our coverage -- Paula.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

---

International Edition    · Languages    CNN TV    CNN International    Headline News    Transcripts    Advertise with Us    About Us

SEARCH    ● THE WEB    ○ CNN.COM    [                    ]    Search    powered by YAHOO! SEARCH

© 2006 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

External sites open in new window; not endorsed by CNN.com
[Pipeline] Pay service with live and archived video. Learn more
Download audio news | Add RSS headlines

**CNN.com**   Member Center: Sign In | Register    International Edition

SEARCH   ● THE WEB  ○ CNN.COM   [                    ]   Search   powered by YAHOO! SEARCH

Home Page
World
U.S.
Weather
Business
Sports
Analysis
Politics
Law
Technology
Science & Space
Health
Entertainment
Offbeat
Travel
Education
Special Reports
Video
Autos
Exchange

SERVICES
E-mails
RSS
Podcasts
CNNtoGO
CNN Pipeline

# TRANSCRIPTS Transcript Providers

Shows By Category:

Return to Transcripts main page

## THE SITUATION ROOM

**U.S. Military Rocked by Allegations that U.S. Marines Massacred Civilians; Interview With Iraq's New Ambassador; Preparing for Hurricane Season; What Does a New Treasury Secretary Mean for Americans?; Universities Targeted by Hackers; White House, Congressional Republicans at Odds**

Aired May 30, 2006 - 17:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

WOLF BLITZER, CNN ANCHOR: And to our viewers, you're in THE SITUATION ROOM, where new pictures and information are arriving all the time. Standing by, CNN reporters across the United States and around the world to bring you today's top stories.

Happening now, it's 1:00 a.m. in Baghdad. As violence rocks Iraq, the U.S. military is rocked by allegations that Marines massacred civilians. We'll hear about the investigation, and we'll also hear from the mother of one Marine who is still badly shaken by what he saw.

It's 4:00 p.m. in New Orleans. On the eve of a new hurricane season, is the city prepared? We'll take you on a tour with the Homeland Security secretary, and I'll speak with the new commandant of the U.S. Coast Guard.



advertiser links                                    what's this?

**US Flags on Sale - Free Shipping**
Free shipping on US flags, military flags, poles and accessory orders... www.conderflags.com

**American and USA Flags - Buy Direct**
American flags all on sale. Buy your next American flag directly from the... www.usflags.com

**US Flag from $1.80 Polyester 3x5'**
Wholesale and retail flags and banners. We accept wholesalers own... www.flagsimporter.com

**Buy American Car Flag Here**
Patriotic flags, magnets, pins, apparel, stickers, car flags and much... www.flagsoncars.com

And it's 5:00 p.m. here in Washington, where the rift widens between the White House and Capitol Hill Republicans. Was the raid on a congressman's office the last straw?

I'm Wolf Blitzer. You're in THE SITUATION ROOM.

It was a bloodbath. Insurgents killed at least 47 people, wounded more than a hundred others in Iraq today. Most of the casualties were from three bombings in Baghdad and in the city of Hillah, to the south. The violence came as President Bush welcomed Iraq's new ambassador over at the White House, saying Iraqis have endured difficult times.

But much of the attention here in Washington today is on another bloodbath, the killing of some two dozen Iraqi civilians last November in Haditha, an alleged massacre by U.S. Marines.

CNN's Brian Todd is standing by with the fallout on that incident.

Let's go to the Pentagon, our senior Pentagon correspondent, Jamie McIntyre, first, with the latest -- Jamie.

JAMIE MCINTYRE, CNN SR. PENTAGON CORRESPONDENT: Well, Wolf, in anticipation of the idea that charges will be filed against Marines in the weeks or perhaps even months ahead, some of those Marines are talking to defense attorneys. And we're talking to those attorneys. They're painting a slightly different picture of what may have happened in Haditha that day, including accounts of a firefight that was nearby, even if it wasn't at the scene where the killings took place.

Meanwhile, members of Congress have been told to brace for the worst. One of the ones who has been most vocal is Congressman John Murtha, who, Wolf, told you in THE SITUATION ROOM just a short time ago that he believes the stress the U.S. troops were under was a factor in what happened.

(BEGIN VIDEO CLIP)

REP. JOHN MURTHA (D), PENNSYLVANIA: It's the same thing. Over- stress, these troops going out every day, IEDs go off. Some of them have seen 30 IEDs go off all at once. They're killed or one of their friends is killed.

So the pressure is tremendous. It's one of those things where we have become the enemy.

(END VIDEO CLIP)

MCINTYRE: Sources tell CNN that charges are likely, including murder charges, against a small number of Marines, and dereliction of duty charges against others. The Pentagon is cautioning against any rush to judgment until the investigation is completed and released. And the White House is pledging that once that happens, everything will be public.

(BEGIN VIDEO CLIP)

TONY SNOW, WHITE HOUSE PRESS SECRETARY: I have been told and was assured earlier today when I called about it that when this comes out, all of the details will be made available to the public. So we'll have a picture of what happened.

(END VIDEO CLIP)

MCINTYRE: Meanwhile, reaction from Iraq today. The prime minister, Nouri al-Maliki, saying, "We will ask for the answers, not only about Haditha, but about any operation in which killing happened by mistake. We will hold those responsible who did it."

This is an indication of how the Haditha incident is now putting a focus on other incidents across Iraq. People are asking fresh questions about any incident in which civilians were killed and the circumstances under which that happened – Wolf.

BLITZER: A quick question, Jamie. I take it there are two investigations under way. One into the alleged massacre, a second into allegations of a cover-up.

MCINTYRE: That's correct. And we're told in that second investigation the initial conclusion is there was a cover-up. The question is how far up the chain of command it goes, whether it was limited to the Marines who were involved in the incident or whether others knew about it as well.

BLITZER: All right, Jamie. Thank you very much.

A half a year after the Haditha killings, a Marine family is struggling with the fallout. We must caution you, portions of our report may be disturbing to some viewers.

Let's bring in our Brian Todd. He's covering this part of the story – Brian.

BRIAN TODD, CNN CORRESPONDENT: Wolf, for one 21-year-old Marine and his family, memories of Haditha are still fresh and devastating.

(BEGIN VIDEOTAPE)

TODD (voice over): Marine Lance Corporal Ryan Briones has already given one emotional account of what happened after the alleged massacre in Haditha last November, when he says he was assigned to take pictures and clean up bodies.

Briones told the "Los Angeles Times," "They ranged from little babies to adult males and females. I'll never be able to get that out of my head. I can still smell the blood."

His mother, Susie Briones, relays a more graphic description her son gave to CNN.

SUSIE BRIONES, CORPORAL'S MOTHER: When he had to carry, since he was part of the cleanup crew, carry that little girl's body, and her head was blown off or something that her brain splattered on his boots. And that is what affects Ryan the most, is that he had to pick up this child's body to put her in a body bag, and that happened. You know, that

her head – things fell out of her head.

TODD: Briones and his mother also give disturbing accounts of how he had to help recover the body of his best friend, Lance Corporal Miguel Terazes (ph), whose death from a roadside bomb investigators believe might have triggered the alleged killing of unarmed civilians.

BRIONES: Pick up his -- go pick up his arm.

TODD: Susie Briones says she gets calls from her son at 4:00 in the morning saying he can't sleep. She's sure he has Post-Traumatic Stress Disorder. Asked if Ryan's gotten adequate care from the military...

BRIONES: They have not. All they did was give him sleeping pills and antidepressants. And his first psychiatrist or psychologist to see him will be June the 6th. He was back April 2nd. He asked for help over there right after and they didn't offer that.

TODD: Veterans advocate Rick Weidman says problems like this are still very common. RICK WEIDMAN, VIETNAM VETERANS OF AMERICA: They're probably not getting the help that they need immediately because the military medical system does not have the organizational capacity. In other words, enough psychologists, psychiatrists and clinical social workers to provide it. That's number one.

Number two is, if they go on sick call, they believe, despite "reassurances," that that's the end of their military career.

(END VIDEOTAPE)

TODD: Contacted by CNN, an official at U.S. Marine Corps Central Command responded in e-mail, "While it would be inappropriate and a violation of privacy rights protected by law to discuss a service member's medical concerns, I can tell you that medical professionals and Marine leadership regularly educate Marines on how to obtain assistance, and there is no stigma attached for doing so. The investigation is ongoing and investigators will conduct the necessary interviews in order to ensure a thorough investigation" – Wolf.

BLITZER: Brian, thank you very much.

As concern over the alleged Marine massacre takes hold, Iraq's new ambassador here in Washington has his own story to tell about violence in Haditha hitting very close to home for him. Coming up here this hour in THE SITUATION ROOM, I'll speak with the new Iraqi ambassador in Washington, Samir al-Sumaidaie.

Zain Verjee is standing by from the CNN Center in Atlanta with a closer look at some other important stories making news – Zain.

ZAIN VERJEE, CNN ANCHOR: Wolf, six more guilty verdicts for the Washington area sniper John Allen Muhammad. A Maryland jury convicted him of six deadly shootings in that state in 2002. He faces six life terms when he's sentenced on Thursday. He's already been convicted and sentenced to death by a Virginia jury for a sniper shooting in that state.

Air Force General Michael Hayden is now officially in charge of the CIA. He was sworn in as agency director today by National Intelligence Director John Negroponte. President Bush will officiate at his ceremonial swearing in tomorrow. Hayden replaces former CIA director Porter Goss, who was forced out earlier this month after a tumultuous tenure.

There's another shake-up in the Bush administration. Treasury Secretary John Snow stepping down after months of speculation about his departure. President Bush is nominating Henry Paulson to replace Snow. Paulson is the CEO of Goldman Sachs. Our Ali Velshi is going to have a lot more on Paulson's nomination and the job he's up for a little bit later this hour.

A memorial was held in Houston today for another former Treasury secretary. Former President Bill Clinton was among those paying tribute to Lloyd Bentsen, who died last week. Bentsen was also a vice presidential candidate, as well as a senator and a congressman who represented Texas for 28 years – Wolf.

BLITZER: I knew Lloyd Bentsen. He was a very good man, Zain. Our condolences to his family.

Let's go up to New York. Jack Cafferty is standing by with "The Cafferty File" -- Jack.

JACK CAFFERTY, CNN ANCHOR: Wolf, the search is over, for now. The FBI calling a halt to a 13-day effort to find Jimmy Hoffa's remains at a suburban Detroit horse farm. They dug the place up, tore the guy's barn down. No luck.

Do you care? Does anybody care? Why are we still looking for Jimmy Hoffa?

The former head of the Teamsters Union disappearing near Detroit 31 years ago. Nobody knows what happened to him, except it was some good. He got dead.

For a long time, it was thought Hoffa's body was buried underneath Giants Stadium in New Jersey. Maybe it is.

Meanwhile, a Michigan congressman says it's time to set a limit on spending money to look for Jimmy Hoffa.

Representative Joe Knollenberg said the FBI should establish a budget and a timeline. The FBI hasn't said how much this latest effort cost, but it did say the expenditure of funds has always been necessary in each and every case the FBI works, and this one is no exception.

Here's the question: How many taxpayer dollars should we spend looking for Jimmy Hoffa's body?

E-mail us at CaffertyFile@CNN.com or go to CNN.com/CaffertyFile.

As nasty as he was, Wolf, I bet his family doesn't even care if they find him.

BLITZER: You know, Jack, I heard a number, $700,000 or $800,000, you and I, taxpayers, are going to spend to rebuild the barn they tore down looking for Jimmy Hoffa. Check that out. I want to get back to you and see if that's what it costs to rebuild that farmer's barn looking for his body — Jack.

CAFFERTY: Well, the time the government rebuilds it, it will be $2 million, $3 million.

BLITZER: We'll have more on this story. Jack is going to do some research with his crack staff to come up with some numbers.

Up ahead, hurricane season now just two days away. The man in charge of Homeland Security, the secretary, Michael Chertoff, gets a firsthand look at how New Orleans is preparing. And our Homeland Security Correspondent Jeanne Meserve will have her exclusive report with Michael Chertoff. That's coming up.

Also, the Republican divide. We're going to show you what is behind the hard feelings between Congress and the White House.

Plus, my special interview with Iraq's new ambassador here in Washington. He'll join us in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: As dozens of people fell victim to insurgent attacks back home, Iraq's new ambassador here in Washington today presented his credentials to President Bush over at the White House. Ambassador Samir al-Sumaidaie said terrorists will never stop Iraqis from establishing a democratic and free country. President Bush said he's very impressed by the courage and determination of Iraqis during what he called these difficult times.

Iraq's ambassador has a personal connection to the horrors under — that have taken place in Haditha back in Iraq. And his own family is living with a nightmare.

(BEGIN VIDEOTAPE)

BLITZER: And joining us now, Iraq's new ambassador here in Washington, Samir al-Sumaidaie.

Mr. Ambassador, welcome to Washington. Good to have you here in THE SITUATION ROOM.

AMB. SAMIR AL-SUMAIDAIE, IRAQI AMBASSADOR TO U.S.: Thank you.

BLITZER: What do you know about what happened at Haditha?

AL-SUMAIDAIE: Well, I heard the report very soon after the event in November from some relatives. And as it happened, my own security detail comes from that neighborhood. And his home is hardly a hundred yards from the home which was hit.

And he was in touch through the Internet with his folks and neighbors. And the situation which he reported to me was that it was a cold-blooded killing.

BLITZER: By who?

AL-SUMAIDAIE: By the Marines, I believe. Now, at that time, I dismissed the initial reports as incredible. I found it unbelievable, frankly.

BLITZER: You were at the United Nations then?

AL-SUMAIDAIE: I was at the United Nations, and I found it unbelievable that the Marines would go in and kill members of a family who had nothing to do with combat. But I was under pressure by my friends and relatives to raise this issue.

Without any evidence in my hand, I didn't really want to make any claims that I could not substantiate. That was, remember, before any video came out. It was just word of mouth, people telling me what happened. And I know the power of the rumor and the power of allegations without foundation. But in this case, it was more than that.

BLITZER: Well, you didn't raise it?

AL-SUMAIDAIE: I did not raise it. I noted it. But I did not raise it. I raised it unofficially by – through private conversations.

BLITZER: But even months before the incident in November, you lost a cousin at Haditha in a separate battle involving United States Marines.

AL-SUMAIDAIE: Well, that was not a battle at all. Marines were doing house-to-house searches, and they went into the house of my cousin. He opened the door for them.

His mother, his siblings were there. He led them into the bedroom of his father. And there he was shot.

BLITZER: Who shot him?

AL-SUMAIDAIE: A member of the Marines.

BLITZER: Why did they shoot him?

AL-SUMAIDAIE: Well, they said that they shot him in self- defense. I find that hard to believe because, A, he is not at all a violent – I mean, I know the boy. He was a second year engineering course in the university. Nothing to do with violence. All his life has been studies and intellectual work.

Totally unbelievable. And, in fact, they had no weapon in the house. They had one weapon which belonged to the school where his father was a headmaster. And it had no ammunition in it. And he led them into the room to show it to them.

BLITZER: So what you're suggesting, your cousin was killed in cold blood, is that what you're saying, by United States Marines?

AL-SUMAIDAIE: I believe he was killed intentionally. I believe that he was killed unnecessarily. And unfortunately, the investigations that took place after that sort of took a different course and concluded that there was no unlawful killing.

I would like further investigation. I have, in fact, asked for the report of the last investigation, which was a criminal investigation, by the way.

General Casey is aware of all the details, because he's kept on top of it. And it was he who rejected the conclusions of the first investigation. I have since asked formally for the report, but it's been nearly two months and I have not received it.

BLITZER: Did you raise these concerns you had with the president today when you were at the White House presenting your credentials? AL-SUMAIDAIE: No, I did not, because I did not want to bring a personal note into a much wider brief that I have here.

BLITZER: But what I hear you saying – and I don't want to put words in your mouth – is there may be, in Haditha, at least, a pattern to what happened to your nephew, what happened apparently in November when these other Marines went in.

Are there any other examples of cold-blooded murder that you are familiar with in Haditha?

AL-SUMAIDAIE: I am familiar with at least one other killing of three youths which happened very soon after the killing of my cousin. They were in a car. They were unarmed, I believe. And they were shot.

Now, in that case, there could be possibly – possible excuse or explanation that the Marines were afraid. They were approaching them too fast, or whatever. But the details as they were related to me were such that there was no possibility of misunderstanding.

But in all these situations, you know, you have the word of the community, people around, civilians around, and you have the word of the individuals in the Marines. And, you know, when it comes to comparing these two sources, I mean, if my uncle, whom I have known all my life since childhood, and I know he would not make up stories, and I know he would not lie, and I know what is at stake is the life of his grandson, then, you know, I know which word to take.

BLITZER: Do you have confidence the U.S. military will do a thorough investigation?

AL-SUMAIDAIE: Ultimately, possibly yes. But in situations like this, the ramifications are so profound that they – they would initially take the attitude that they hope this would go away. If it can be swept under the rug, it would. But when – when it goes up higher in the hierarchy, then there are people who recognize the potential damage of cover-up, and there is a better possibility of it being opened up.

BLITZER: So you're concerned there could be a cover-up?

AL-SUMAIDAIE: There is always a concern against cover-up. But let me say this, Wolf, events like this, Abu Ghraib,

killing, intentional killing like this, do – I believe, as I said in my statement at the time in July of last year, they are a betrayal to the American people. They're a betrayal to what the Marines are doing and what the American Army is doing.

On the whole, the United States and the military are doing an honorable job on an honorable project, which is of immense potential benefit for the United States and for us. Such crimes detract from that.

The focus in all the international media has been on these things, not on the good things. And I do believe that for every bad apple, bad Marine, there are thousands and thousands of good – good ones doing good job, doing the best they can under difficult circumstances. However, it is absolutely imperative that we remove the bad apples and we expose them and we don't try to cover them up.

BLITZER: On that note, Mr. Ambassador, we'll leave it. Thanks very much for coming into THE SITUATION ROOM.

AL-SUMAIDAIE: Thank you. Thank you, Wolf.

(END VIDEOTAPE)

BLITZER: Marine Corps officials say they will not comment on the Haditha investigation until it's completed and the report is made public. As for the ambassador's own allegations, first leveled last July, the commander of the multinational force said this. And let me quote. "We take the allegations seriously and will thoroughly investigate this incident to determine what happened."

And that was the commander of the multinational force west – the western part of Iraq.

Coming up, a network reporter gravely wounded in Iraq. Now we're learning more about how she survived and why some people are simply calling it amazing.

Plus, he wound up in charge of the government response to Katrina. Now he's the commandant of the U.S. Coast Guard. Admiral Thad Allen standing by to join us live right here in THE SITUATION ROOM.

(COMMERCIAL BREAK)

BLITZER: Welcome back to THE SITUATION ROOM. I'm Wolf Blitzer in Washington.

This Thursday marks the official start of hurricane season. A chilling thought for residents, especially of New Orleans. And government officials still stinging from the botched response to Katrina.

No one is taking any chances this time, including the Homeland Security secretary, Michael Chertoff. Our Homeland Security Correspondent Jeanne Meserve is joining us now live from New Orleans with more -- Jeanne.

JEANNE MESERVE, CNN HOMELAND SECURITY CORRESPONDENT: Wolf, Secretary Chertoff is here to satisfy himself that everything that can be done has been done to protect this city if another big hurricane hits.

(BEGIN VIDEOTAPE)

UNIDENTIFIED FEMALE: OK. Your last name?

MICHAEL CHERTOFF, HOMELAND SECURITY SECRETARY: Chertoff, C-H-E- R-T-O-F-F. MESERVE (voice over): Secretary Chertoff played evacuee, getting a firsthand taste of what will happen if there is another evacuation of New Orleans. He travels on a city bus just as an evacuee would, and talks about his greatest concern.

CHERTOFF: I think the biggest outstanding challenge for us is shelter for people being evacuated.

MESERVE: Some Louisiana communities experienced an influx of Katrina refugees and the problems they brought and are reluctant to open doors next time around.

CHERTOFF: We can't have a situation where people throw people out of a lifeboat because they say, "Well, not in my lifeboat."

MESERVE: Working with the governor, Chertoff hopes to find enough shelter in Louisiana, but acknowledges evacuees may have to go elsewhere.

CHERTOFF: We ought to get together on a pamphlet...

MESERVE: New Orleans Mayor Ray Nagin is among those meeting and briefing Chertoff. Nagin brings to the secretary a concern of his own. The regional transit authority will run out of money the very month hurricane season starts.

MAYOR RAY NAGIN (D), NEW ORLEANS: That will mean the drivers will be laid off and we won't have enough people to implement our evacuation plan.

MESERVE: Chertoff says the federal government will come up with the money to keep drivers on the job if it has to. Chertoff gives a good grade to the city's evacuation plan, but he says all of the efforts of local, state and federal governments could be undercut if citizens refuse to leave when they are told to.

CHERTOFF: What I'm told they do in Florida is, when they have a mandatory evacuation, they say to people, look, if you choose not to leave, write your Social Security number on your arm so when we find your body we can identify you. And that may be a very blunt and unpleasant way to express the thought, but I think ultimately what they're trying to say to people is, look, we can't help you if you won't help yourself.

(END VIDEOTAPE)

MESERVE: Chertoff says that more hurricane planning has been done this year for New Orleans than in the last 20, but he acknowledges that few battle plans survive their first contact with the enemy. The enemy in this case, the first big storm.

Wolf, back to you.

BLITZER: All right, Jeanne.

Jeanne Meserve reporting for us. The U.S. Coast Guard wound up playing a tremendous role in the wake of Hurricane Katrina with Admiral Thad Allen named the principal federal official in charge of the response in the wake of FEMA's failure and the firing of Michael Brown, the then FEMA director. Now Thad Allen is the Coast Guard commandant. He's joining us here live in THE SITUATION ROOM.

Admiral, thanks very much for coming in.

The Coast Guard, by all accounts, performed brilliantly in the aftermath of Hurricane Katrina. FEMA did not.

What do you think going into this new hurricane season, based on what you know -- and you work in the same Department of Homeland Security -- is FEMA ready this time?

ADM. THAD ALLEN, COMMANDANT, U.S. COAST GUARD: I think we are, Wolf. The Coast Guard has pre-designated principal federal officials to work with the department. We actually have done joint training with FEMA officials over the last two to three weeks. I was even involved in that training.

We are leaning very far forward, and I think we're much better off this year than we were last year.

BLITZER: Here's what Susan Collins, the Republican chairwoman of the Homeland Security Committee in the Senate, said. "FEMA has become a symbol of a bumbling bureaucracy in which the American people have completely lost faith."

The word FEMA itself generates angst, especially going into this new hurricane season. You understand that?

ALLEN: I do. When I was a principal federal official down there last year, I saw a lot of FEMA employees giving it all for the country down there. There are a lot of highly motivated people in the organization. They have some things that need to be fixed. The secretary is about that. They are in the right department. We're working side by side with them. And I think we're going to be as ready as we can be.

BLITZER: Was it smart to bring the Coast Guard and FEMA into this new Department of Homeland Security? A lot of second guessing in the aftermath of Katrina last year that that was not necessarily the best way to handle a response to a disaster like this.

ALLEN: Well, I worked with FEMA before we moved to the new department. And of course, I've worked with them since then. And I think this is the perfect marriage of Coast Guard and FEMA in the same department. We prescript mission assignments now so we're ready to act further in advance than we ever have before. But the joint training between Coast Guard and FEMA people has been extraordinarily useful.

BLITZER: Max Mayfield, the director of the National Hurricane Center, he said this the other day. He said, "Katrina was a national wakeup call. But it seems too many residents are still asleep."

Is that your fear right now, going into this new hurricane season? Are people -- still are lethargic about another hurricane?

ALLEN: Well, I certainly hope not. But I think people in this country need to understand that preparedness is a multi-level responsibility. There are federal responsibilities, state responsibility, parish and county responsibilities.

But people need to be able to exist in their house and take care of themselves for at least 48 to 72 hours after an event, because it may take that long to get help to them. And I think there's an individual responsibility piece that has to be considered.

BLITZER: Dealing with a hurricane is only one responsibility of the Coast Guard. There are a lot of other

responsibilities, including port security. There's a lot of fear right now that our ports are not secure. Only a small percentage of cargo is inspected. What is the Coast Guard doing?

ALLEN: Well, we take a broader view of port security in that we look at risk, threat, and vulnerability in our ports. And we have assessed all the major ports in this country since 9/11, both for threat and vulnerability.

And you can't protect everything at any time. What you have to do is allocate your sources to the highest threat and risk areas, based on that methodology. And we do that in every port.

BLITZER: Here is what Clark Kent Ervin, the CNN homeland security analyst, writes in his new book, "Open Target". He's a former Homeland Security Department inspector general.

"We remain far more vulnerable to a catastrophic attack today by means of a weapon of mass destruction sneaked into one of our nation's ports than we should be. The department has oversold and otherwise misrepresented the programs that are presently in place to guard against this awful possibility, and moneys intended to make our ports more secure have all too often been wasted."

Those are strong words from someone who used to be on the inside.

ALLEN: They are. And we need to be concerned about what's in containers and we need to be concerned about weapons of mass destruction. But our analysis of the threats and vulnerabilities in ports indicate to us there's a very strong risk that our concerns could be directed towards vessel-borne explosive device. And therefore, you have to not just concentrate on containers but it's the entire spectrum of threats in a port.

BLITZER: What you're saying is you're doing a good job, but there's still a way to go to make the ports completely secure?

ALLEN: Absolutely. I think each year we need to take more steps towards it. We can't do everything in one year. We're working on international protocols. We just concluded an arrangement through the International Maritime Organization that will deal with long-range tracking of vessels. It's a layered security. You have to keep building it up every year with the resources you have and direct it to the highest threats.

BLITZER: You realize, of course, if they do build a wall, let's say, or a fence along the border with Mexico or tighten up security, illegal immigrants will find another way to come into the states. And they might come in via the seas, whether the Atlantic coast, the Pacific coast, the Great Lakes from Canada. That's your responsibility to stop them.

ALLEN: Great point, Wolf. We are aware that we are the maritime bookends. We are already doing contingency planning in the event that we see the migration patterns change, and we are on top of that.

BLITZER: What are you doing? Can you tell? Do you have enough manpower to get ships to stop that kind of immigration, if it should occur?

ALLEN: We track illegal migrant trends. And if we see a sustained flow over a certain period of days, we deploy forces to those areas. We do it in the Straits of Florida, down off Brownsville, Texas, or San Diego. If we thought that was needed, we would just ship forces down there to meet the threat.

BLITZER: Sounds like the Coast Guard has got a full agenda, and you're the man to lead it. The commandant of the Coast Guard, Thad Allen. Thanks for coming in.

ALLEN: Thank you, Wolf.

BLITZER: Let's hope this is going to be a quiet hurricane season, given what happened last year.

And stay tuned to CNN day and night for the most reliable news about your security.

Coming up, a changing of the guard that will involve your money. Now that the treasury secretary is out and a new one soon likely in, what should that – why should that matter to you? Ali Velshi standing by to explain.

Plus, it's taken 31 years and cost taxpayers perhaps more money than you can imagine. But the FBI has still not found Jimmy Hoffa's body. So when should the FBI say enough is enough? Jack Cafferty has your e-mail

(COMMERCIAL BREAK)

BLITZER: As we reported earlier, the country is getting a new treasury secretary. What does it mean for you? Ali Velshi is in New York with the "Bottom Line" – Ali.

ALI VELSHI, CNN CORRESPONDENT: Hey, Wolf.

Listen, it doesn't mean a whole lot on a short term basis. But the treasury secretary is a – is the frontman for the White House's financial policy. And this could signal a shift if the White House wants to make a shift away from its strong defense of the U.S. dollar.

Now this White House and this outgoing treasury secretary, John Snow, have been pretty vocal about expressing the strength of the U.S. dollar overseas. The issue here, of course, is that the dollar has started to weaken, whether or not the White House wants it to. And a weaker dollar does make American goods more attractive and better priced overseas.

This is something the White House hasn't made a statement about. And a lot of people on Wall Street have been parsed through that Henry Paulson comments today and comments that President Bush made, thinking that that might be a direction they want to go in. The economy is otherwise looking good, but jobs still seem to disappear. And China is nipping at the heels of the United States. So the ability to sell American-made goods and services for less money might be something that Paulson might have on his agenda.

We'll keep an eye out for that, but no quick fix. In the long term, though, it could be good for America's economy — Wolf.

BLITZER: Thank you. Lou Dobbs is getting ready for his show that begins right at the top of the hour, and Lou is standing by to tell us what he's working on.

Hi, Lou.

LOU DOBBS, HOST, "LOU DOBBS TONIGHT": Hi, there, Wolf. Thank you.

Coming up at 6 p.m. Eastern here on CNN, tonight we'll be reporting on the spiraling violence in Iraq and Afghanistan. Major new questions tonight about the president's conduct of the war on terror. And we'll be live at the White House and the Pentagon for those reports.

Also, a huge increase in the number of illegal aliens now crossing our southern border after the Senate passed its pro-amnesty legislation. The chairman of the House Homeland Security Committee, Congressman Pete King, joins us here.

And should people who cross our border illegally be treated the same as someone who's given a traffic citation, as White House press secretary Tony Snow says? We'll find out. I'll be talking with three of the country's top radio talk show hosts.

All of that and a great deal more coming up at the top of the hour right here on CNN. We hope you'll be with us -- Wolf.

BLITZER: Thank you, Lou. We will.

Sacred Heart University is among the latest victims of hackers. The FBI cyber crime unit is now investigating the potential theft of personal information affecting, get this, up to 135,000 students and alumni. For a look at this troubling trend, let's go back to our Internet reporter, Abbi Tatton — Abbi.

ABBI TATTON, CNN INTERNET REPORTER: Wolf, Ohio University, University of Texas now Sacred Heart. These are just some of the schools that have reported significant breaches in their computer security just this year, putting the information of tens of thousands of people in each case at risk of possible identity theft if it falls into the wrong hands.

Now, unlike last week's case at Veterans Affairs, which involved a stolen laptop, that data breach involving stolen equipment, all these cases involve hacking, cyber criminals looking for ways into a school's network.

This is a list of data breaches compiled at the Privacy Rights Clearinghouse. Director Beth Givens there, she says that universities have multiple access points. It makes them more vulnerable to hackers. That's at PrivacyRights.org. Anyone who suspects that they've been a victim of identity theft, the FTC maintains a web site of information — Wolf.

BLITZER: Thank you, Abbi, for that.

Still to come, it's not the playbook Karl Rove wants Republican to play by: Congressional Republicans openly defying their Republican president. Our Jeff Greenfield standing by to explain why so many of them are going after — going their own way after supporting President Bush in the first term.

And soon to be cold case, or simply a case gone cold? How much is too much in the search for Jimmy Hoffa? Jack Cafferty with your e- mail. All that coming up.

(COMMERCIAL BREAK)

BLITZER: There are new developments in the FBI raid on a congressman's office. Democratic Congressman William Jefferson of Louisiana wants his papers back from the FBI. But today, the Justice Department said it won't give him the originals, just copies of them. That way both sides can determine which papers they think should be privileged.

Meanwhile, a top House Republican says he's still concerned about the raid. Today House Judiciary Committee Chairman James Sensenbrenner said he'll summon the attorney general, Alberto Gonzales, and the FBI director, Robert Mueller, before his panel to explain why they chose to raid Jefferson's Capitol Hill office.

Meanwhile, this tangled web involving constitutional concerns and an alleged bizarre stash of cash in a freezer might be leaving a cloth (ph) of discontent among Republicans.

Our senior analyst, Jeff Greenfield, is standing by with more on the story — Jeff.

JEFF GREENFIELD, CNN SENIOR ANALYST: Wolf, when a Republican committee chair asks if the FBI raid on a congressman's office, quote, "trampled the Constitution" you can safely conclude there's some anger at work here.

But the bigger story is that the unhappiness of a Republican Congress at a Republican White House has been building from almost the beginning of President Bush's second term.

(BEGIN VIDEOTAPE)

GREENFIELD (voice-over): All through his first term, President Bush enjoyed remarkable support from Capitol Hill Republicans. That's how he got most of his domestic programs like the tax cut through an almost evenly divided House and Senate.

GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES: Not over my dead body will they raise your taxes.

GREENFIELD: But his second term has been a dramatically different story. First, there was Social Security reform, the keystone of his 2005 domestic program, an idea that withered and died with barely a whimper.

Then came the Supreme Court nomination of Harriet Miers, which inflamed conservatives. The ports deal with the Dubai company, reflecting what even some of his supporters said was a tin ear for the political consequences. The response to Hurricane Katrina. And growing anger among fiscal conservatives over spending, especially for pork barrel projects like that Alaska "bridge to nowhere."

Grass roots anger with business as usual spending was dramatically demonstrated two weeks ago in Pennsylvania when primary voters threw out 15 incumbents, including both top leaders of the Republican-controlled state senate. Nothing like that had happened in some 40 years.

House Speaker Dennis Hastert is said to be furious with the White House over its summary dismissal of CIA director and former Republican Congressman Porter Goss.

And nothing has more dramatically illustrated the divide between President Bush and congressional Republicans than the immigration issue. Top Republican Party officials have been arguing that polls show Americans want a comprehensive solution to the issue, combing border security, guest workers, and paths to citizenship.

But that is clearly not where congressional Republicans are. Nearly two-thirds of GOP senators voted against the comprehensive Senate bill. House Republicans seem even more committed to a bill that deals only with enforcement.

And in what might be the most conservative congressional district in America, Utah Republican incumbent Chris Cannon runs a real risk of being unseated in a Republican primary by a staunch restrictionist candidate.

(END VIDEOTAPE)

GREENFIELD: Now maybe this is the traditional second term overconfidence that tends to afflict White Houses. Maybe it's just a run of bad luck. But of all the troubles afflicting this White House, the gap between the two ends of Pennsylvania Avenue is the one that most is looking like a self-inflicted wound — Wolf.

BLITZER: Jeff Greenfield, thank you.

And to our viewers — you know this — Jeff is part of the best political team on television. CNN, America's campaign headquarters.

Up ahead, patient's condition. She's showing — she's showing some signs of progress. But officials say she still has a very long way to go. We'll have the latest on the condition of Kimberly Dozier of CBS News, who was so badly wounded in Iraq.

And get this: in our 7 p.m. Eastern hour, the Democratic Congressman John Murtha, he says his sources are telling him that there was a cover up of what happened in Haditha, where U.S. Marines are alleged to have massacred Iraqi civilians. John Murtha will tell us what he knows. Stay with us.

(COMMERCIAL BREAK)

BLITZER: Let's check back with Zain. She's got another quick look at some other important stories making news — Zain.

VERJEE: Wolf, today, we're learning that the driver of a military truck that rammed into pedestrians in Afghanistan says his brakes went out as he was driving downhill. Officials say he told them he tried to slow down by hitting empty parked

cars, but he just couldn't stop before hitting the pedestrians. U.S. military officials say one person died in the crash that prompted widespread riots.

She's said to be moving her toes and opening her eyes. An official said badly hurt CBS News correspondent Kimberly Dozier is doing as well as can be expected. Dozier's now recovering at a U.S. military hospital in Germany after being critically injured by a roadside bomb in Iraq yesterday. Two other CBS journalists, a U.S. soldier, and an Iraqi translator were killed.

The U.S. Supreme Court sends a message to would-be whistle blowers. Not everything you expose can be protected. In a 5-4 decision, the Supreme Court ruled that government workers who blow the whistle on alleged illegal conduct do not deserve First Amendment protection as an automatic shield from their bosses. Writing for the majority, Justice Anthony Kennedy said the First Amendment does not protect every statement public employees make while doing their job.

And tonight, President Bush will watch the movie "United 93" with relatives of some of those depicted in the film. "United 93" shows how al Qaeda hijacked a United Airlines plane and how passengers on that flight fought the hijackers, causing the plane to go down in a Pennsylvania field. President Bush has long called the passengers and the crew members heroes -- Wolf.

BLITZER: Very powerful film, Zain. Thank you very much for that. It's considered one of the most extensive video archives of the events surrounding 9/11, more than 500 hours with some clips viewed online more than a million times. But now the ultimate fate of that collection very much unclear.

Let's bring back our Internet reporter, Jacki Schechner -- Jacki.

SCHECHNER: Wolf, it's video like this, amateur video taken on September 11 and the week following that was collected by a New York production company called Camera Planet. They've put this video online at Google Video, and about a million hits in the three months that it's been up, people taking a look at this.

We're talking about 500 hours of raw footage. They put about three percent of that online. That adds up to about 1,700 different clips from 76 different amateur contributors. The video was originally used in a larger collection of video used in a documentary, the documentary called "Seven Days in September" released in 2002.

Now Camera Planet is looking for a permanent home for this. They're looking for a donor, a buyer, a partner, someone who will keep it in tact and make it available to the public. And what's interesting about this, Wolf, is while there are hundreds of collections of video out there, this is one of the largest and most extensive that's available online.

BLITZER: Jacki, thank you very much.

Up next, how many taxpayer dollars should be spent on the search for Jimmy Hoffa? Jack Cafferty with your e-mail, that's next.

(COMMERCIAL BREAK)

BLITZER: Let's check back with Jack on "The Cafferty File" -- Jack.

CAFFERTY: Thanks, Wolf.

FBI says it's all over. Thirteen days they spent tearing up some guy's farm outside Detroit looking for Jimmy Hoffa. No luck.

A Michigan congressman says we ought to set spending limits on the money we spend looking for this guy. He's been dead 31 years. The FBI said that this particular search expected to cost less than $250,000, and the government will rebuild the man's barn.

The question is how many taxpayer dollars should be spent looking for Jimmy Hoffa's remains?

Patricia in Grass Valley, California: "How about spending the money on finding Osama or helping the Katrina victims? I can't imagine that anyone cares about Hoffa's bones!"

Anna in Greensboro, North Carolina: "With the 2006 hurricane season only two days away, the money being spent on finding Hoffa could have been spent on the preparation of the New Orleans levees. Or maybe on the cost of building a wall between the United States and Mexico."

Adam writes, "You sound disgusted by the expenditure of money to locate Hoffa. How many dollars would you like spent to find your body, Mr. Cafferty?"

Hadn't thought about it.

John: "How much money can we pay you, Jack, to come up with a topic worth discussing? Trust me, there's some news out there somewhere!"

Rick in Swarthmore, Pennsylvania: "Who cares? We spend $180 billion on tax cuts for the wealthy, $400 billion on a wild goose chase in Iraq. What's another few million to rebuild a farm? Besides, I've got good information that Hoffa's buried under my house, and I've tipped off the FBI. I hope I'm next."

Bob in Bradenton, Florida, writes this: "Jack, I can tell you where to find Hoffa and save the government thousands. He is in a Detroit area hospital. You will find him in the maternity ward 'organizing labor'" — Wolf.

BLITZER: Did you ever get a final number, how much it's costing to rebuild that barn that they knocked down?

CAFFERTY: No. Did you hear the last e-mail, about him being in the maternity ward organizing labor?

BLITZER: Organizing. Yes, I heard that. I heard that. But I was trying to get a number. We'll talk about it later.

Jack Cafferty will be back in an hour when we come back here in THE SITUATION ROOM. We're on from 7 to 8 p.m. Eastern, as well as 4 to 6 p.m. Eastern. An hour from now we'll be back.

Lou Dobbs is standing by to pick up our coverage. He's joining us from New York — Lou.

DOBBS: Thank you, Wolf.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

---

**International Edition**    Languages 🌐   **CNN TV**   **CNN International**   **Headline News**   **Transcripts**   **Advertise with Us**   **About Us**

**SEARCH**   ⦿ THE WEB   ○ CNN.COM   [_____]   [ Search ]   powered by **YAHOO!** SEARCH

© 2006 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

🔗▷ External sites open in new window; not endorsed by CNN.com
CNN [Pipeline] Pay service with live and archived video. Learn more
Download audio news | Add RSS headlines

# CNN.com.

Member Center: Sign In | Register

International Edition

SEARCH   ⦿ THE WEB   ◯ CNN.COM   [                    ]   Search   powered by YAHOO! SEARCH

Home Page
World
U.S.
Weather
Business
Sports
Analysis
Politics
Law
Technology
Science & Space
Health
Entertainment
Offbeat
Travel
Education
Special Reports
Video
Autos
Exchange

SERVICES
E-mails
RSS
Podcasts
CNNtoGO
CNN Pipeline

# TRANSCRIPTS  Transcript Providers

Shows By Category:

Return to Transcripts main page

## ANDERSON COOPER 360 DEGREES

**Alleged Marine Massacre Investigated; Interview With Pennsylvania Congressman John Murtha**

Aired May 30, 2006 - 22:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

ANDERSON COOPER, CNN ANCHOR: Good evening, everyone.
Questions don't come any tougher than this. Tonight: Did U.S. Marines in Iraq conduct a massacre and then try and cover it up?

(BEGIN VIDEOTAPE)

ANNOUNCER: Women died. Children died.

SUSIE BRIONES, MOTHER OF LANCE CORPORAL RYAN BRIONES: He had to pick up this child's body to put her in a body bag.

ANNOUNCER: Tonight, word the investigation is leading to charges of murder and more.

Under fire, troops wounded, a CBS crew killed, a correspondent badly hurt — the latest on Kimberly Dozier and the people saving lives in Iraq every day.

And the haunting voice of a fugitive polygamist.

WARREN JEFFS, POLYGAMIST LEADER: So, when you enjoy the beat, the rock music, you're enjoying the spirit of the black race.

ANNOUNCER: An exclusive window into the strange mind of Warren Jeffs.

JEFFS: I want to testify to you.

ANNOUNCER: Turning young kids into mindless followers.

(END VIDEOTAPE)

ANNOUNCER: Across the country and around the world, this is ANDERSON COOPER 360.

Live from the CNN Broadcast Center in New York, here's Anderson Cooper.

COOPER: Thanks for joining us.



CNN ( Pipeline )   TRY IT FREE

**CONTROL FREAKS WELCOME.**
Manipulate 4 LIVE video feeds.
GET A 2 WEEK FREE TRIAL NOW!

advertiser links                                           what's this?

**US Flags on Sale - Free Shipping**
Free shipping on US flags, military flags, poles and accessory orders... www.conderflags.com

**American and USA Flags - Buy Direct**
American flags all on sale. Buy your next American flag directly from the... www.usflags.com

**US Flag from $1.80 Polyester 3x5'**
Wholesale and retail flags and banners. We accept wholesalers own... www.flagsimporter.com

**Buy American Car Flag Here**
Patriotic flags, magnets, pins, apparel, stickers, car flags and much... www.flagsoncars.com

We start with something Vice President Cheney said almost exactly a year ago. The insurgency in Iraq, he said, is in its last throes. Well, tonight, the Pentagon's latest quarterly progress report to Congress on Iraq says otherwise. And events on the ground bear it out. The report's bottom line: Expect the insurgency to remain strong until 2007.

All the angles tonight on the latest wave of terror, dozens of bombings in the last two days, 600-plus insurgent attacks a week, according to the report, the worst numbers in more than two year.

Also ahead, the reinforcements, 1,500 more troops heading to Iraq for deployment west of Baghdad. Mentioned in the report is the second deadliest part of Iraq, second only to Baghdad itself. And, in Baghdad, scores killed and injured yesterday and today in a wave of roadside bombings, Iraqi civilians, troops and a crew covering the story for CBS News. Cameraman Paul Douglas and soundman James Brolan were killed, correspondent Kimberly Dozier badly hurt. She's now in an American military hospital in Landstuhl, Germany.

CNN's Chris Burns has the latest.

(BEGIN VIDEOTAPE)

CHRIS BURNS, CNN CORRESPONDENT (voice-over): Kimberly Dozier arrived on what's called the intensive care unit in the sky, connected to a ventilator, to machines measuring her vital signs, to I.V.s delivering medicine and nourishment. This is the story of how she made it here alive, from that horrific moment at a Baghdad traffic circle.

SGT. EZEKIEL HERNANDEZ, U.S. ARMY: We stopped every traffic every which way. No one came through.

BURNS: Sergeant Ezekiel Hernandez was with his 4th Infantry Division Monday morning, searching for improvised explosive devices.

Kimberly Dozier was with her CBS camera crew, documenting the unit's day.

HERNANDEZ: Specialist Potter (ph) had called me over and said, is it all right if vehicles pass through the outer part of the other section over here, which was kind of not close to us?

So, we were like, yes, that's fine. They can pass that way, but they can't come, like, within 50, 75 meters from us.

And, right when he did that, that's when I just felt a gust of wind and fire all around me. I went deaf. My eardrum was blown out. And I commenced to run across the street.

BURNS: A bomb planted in a car had exploded. Kimberly Dozier's cameraman, Paul Douglas, and soundman, James Brolan, were killed. So was an American soldier and an Iraqi translator.

Dozier was blasted with shrapnel. A young medic applied tourniquets to her legs, which kept her alive until she got here, to what's called the 10th CSH, the combat zone support hospital, in Baghdad.

UNIDENTIFIED MALE: She was here. By the time I got there, she had already been wheeled back and was just lying, about as white as the pale floor that we have here, too.

BURNS: Captain David Steinbrenner (ph) is the trauma E.R. doctor who led the team that saved Dozier's life.

UNIDENTIFIED MALE: She was tough. She was near death when she first came in. She had lost so much blood out in the field. So, what we needed to do was protect her airway, stop the bleeding, literally, just clamp it off at the leg, stop the bleeding, and then fill her up with blood.

BURNS: The bleeding under control, Kimberly Dozier was put on a C-17 transport plane, that intensive care unit in the sky, for the five-hour flight to the U.S. air base in Ramstein, Germany.

UNIDENTIFIED MALE: During the trip up, she did open her eyes to some simple commands. And I was present when they were taking her off the bus this morning. And I did notice that she was moving her feet. So, that's a good sign.

BURNS: As of this evening, Dozier was listed as very seriously injured. She is under sedation and attached to a ventilator. Nearly two dozen other war wounded arrived at Landstuhl hospital today as well.

And that's the way it is every single day, from Baghdad, Iraq, to Landstuhl, Germany.

Chris burns, CNN, Landstuhl Regional Medical Center.

(END VIDEOTAPE)

COOPER: Well, Kimberly Dozier might never have made it to Landstuhl had she not been taken first to one of the busiest E.R.s in Baghdad. It is a place where patients only stay 24 hours or less.

But, as CNN's Cal Perry found out in this exclusive report, those harried, hectic, bloody hours often mean a lifetime.

First, though, a gentle warning: The following report includes images that are anything but gentle.

(BEGIN VIDEOTAPE)

CAL PERRY, CNN CORRESPONDENT (voice-over): Memorial Day in the Green Zone, Baghdad. Every day, the war pulls right up to the front door of the 10th Combat Support Hospital. And on this day, Humvees are bringing this the victims of a car bomb that went off just minutes earlier in central Baghdad. The medical staff are anticipating three wounded. But they know to expect the unexpected.

DR. SAM MEHTA, U.S. ARMY: I have no idea how – what they are. So, if – just in case, you don't need to come down now, but if they're all three (INAUDIBLE) I may need you to help with one.

PERRY: They quickly find out it's many more than three casualties. UNIDENTIFIED MALE: I got one thing of blood coming. So, they're getting it now. And it's coming down. So, if you need somebody that needs blood (INAUDIBLE) we will have it.

PERRY (on camera): On Memorial Day, this combat support hospital received eight critical patients, seven U.S. soldiers and CBS reporter Kimberly Dozier.

(voice-over): The soldiers are members of the 4th Infantry Division. Several are still conscious, despite their injuries.

UNIDENTIFIED MALE: He's got a good pulse. (INAUDIBLE)

PERRY: The surgeons and nurses here move at astonishing speed.

UNIDENTIFIED MALE: Bag him.

PERRY: But they also find time to offer words of comfort.

MEHTA: We're going to put you to sleep. We will take good care of you, OK? We will get you back home, OK?

All right, buddy, hang in here.

PERRY: But before they can think of getting these soldiers home, they have to deal with the trauma and stop the blood loss.

MEHTA: What do you have there?

PERRY: Dr. Sam Mehta and his team are used to bringing soldiers back from the brink of death. But even by their standards, this day has been unique.

MEHTA: For me, Memorial Day will never be the same. While I do remember those who have died for our country in past wars and previous conflicts, for me, this will also be a day that I remember as the memory of people who have lived, because we – our team saved the life, I believe, of seven soldiers and Ms. Dozier. Those guys are all going home.

PERRY: Cal Perry, CNN, Baghdad.

(END VIDEOTAPE)

COOPER: Important to remember that while we're all just living our lives over here, they are dealing with that day in and day out. It bears remembering.

You can take comfort in knowing that not just Kimberly Dozier, but everyone who passes through the 10th CSH, and Landstuhl as well, gets perhaps the best trauma care on the planet.

Some perspective now on that and Ms. Dozier's chances from 360 M.D. Dr. Sanjay Gupta, who has reported on and worked with American doctors in Iraq since the war began. We spoke earlier tonight.

(BEGIN VIDEOTAPE)

COOPER: Sanjay, Kimberly Dozier was actually dead for 20 seconds, but has since been reported to have opened her eyes, wiggled her toes. What can you tell about her condition from that? I mean, that's incredible, to hear that she was actually dead.

DR. SANJAY GUPTA, CNN SENIOR MEDICAL CORRESPONDENT: Yes, you know, it's interesting, Anderson.

In battlefield situations, as well as the heat of trauma bays sometimes in this country, people can be pronounced dead just because a pulse can't be detected for some reason, and that's because the pulse is really, really weak from lack of – loss of blood from the injuries. And that can happen. The person's not really dead. Their heart is still beating, but it's just very faint.

A couple of considerations. One is, though, that if your pulse is that weak, you may not be getting adequate blood flow to some of your other organs, like your kidneys. And that can cause some problems later on down the road. The fact that she's opening her eyes, wiggling her toes, obviously very good signs.

And, Anderson, as you know, you know, when I was out in Iraq, I actually came across a young Marine myself, when I was out there, who -- who -- same thing. He was actually twice declared dead in the field, because they just could not find a pulse. And he's doing very well today. So, people can make recoveries even after that sort of diagnosis.

COOPER: Well, I mean, how does it work in the field? If they say, OK, this person's dead, they continue working on them until -- until what?

GUPTA: Yes. It's a good question, because the way it happened -- I don't know Kimberly's exact situation -- but the way it typically works is that they look for a pulse.

And then the person's actually taken to some sort of triage center. It could be just a tent in the middle of the desert where they actually put leads to try and detect the heart rate or heartbeat. That's a much more sensitive test. And, without that, you really have a hard time declaring somebody dead. So, that's probably what happened in this case, as well as with the Marines that are out there now.

COOPER: The commander in Landstuhl said that Dozier's injuries were actually fairly typical of those resulting from an IED blast, which they frequently see at Landstuhl. What are typical IED injuries?

GUPTA: You know, the way to think about IED injuries, improvised explosive devices, really as waves of injury.

There's what is called a primary wave. And that's when you have all this shrapnel and the bullets and all that sort of stuff that is coming out of the explosive device. That can actually cause a part -- injury to the skin. It can cause injury to the eyes.

You have a secondary sort of wave, which can be bone fractures. Think of bodies actually moving now from the concussive sort of force of the injury, then the tertiary sort of injuries, which are burns, crush injuries. Again, this is a third wave, sometimes breathing problems as well.

Sometimes, you can have amputations that just occur from the blast itself. And, you know, one of the things about this war that's so interesting, Anderson, is that if you look at sort of the signatures of various wars, Vietnam had its own signature, which was a lot of penetrating injuries.

With this particular conflict, it is these blast injuries. And you can see that, like, for example, the head injuries, the concussive injuries, where a brain is actually moving back and forth inside a helmet, it may not -- it may look perfectly fine when you actually examine somebody, but that concussive injury can be pretty significant. And we're seeing a lot of that.

COOPER: You know, you have these medical centers out in the field. You have been in them yourself during the war.

I mean, how prepared are doctors in the field to treat traumas like these from IEDs?

GUPTA: You know, it's interesting, because people are definitely surviving injuries that they probably wouldn't have survived even in the Gulf War in '91.

I mean, they have gotten much better at being able to take care of injuries immediately after the injury. So, they have these units, for example, called the forward resuscitative surgical suites. I was embedded with one of them during last -- - in spring of 2003. They are incredible.

You're actually taking some of the most precious commodities of a battlefield and moving them right behind the front line. The whole goal is, you don't want to wait -- make people wait more than an hour to get care. And, sometimes, people are getting care just minutes after coming off their injury.

So, they are pretty well-equipped. But, Anderson, it's interesting. What we're starting to see is that while people are surviving these injuries, they are being badly devastated. I mean, they're having amputations. They're having brain injuries as well.

So, survival's not the only outcome parameter that they're measuring. We're starting to see a lot of devastating injuries.

COOPER: And the results, of course, for years to come.

Sanjay, thanks.

GUPTA: Thank you.

(END VIDEOTAPE)

COOPER: Some perspective now.

The deaths of the two CBS crew members makes Iraq the deadliest conflict for journalists ever. Here's the "Raw Data."

According to the Freedom Forum, 71 journalists and 26 support staffers have been killed in the Iraq war since 2003, a higher toll than in World War II, when 69 journalists were killed. In Vietnam, 63 journalists died; 17 were killed in the Korean War.

Straight ahead, the dark side of combat, the darkest side imaginable, allegations that U.S. Marines retaliated for a roadside bombing by perpetrating a massacre and then trying to cover it up, allegations and, tonight, growing evidence as well.

Also ahead, a CNN exclusive, newly obtained audiotapes of polygamist fugitive Warren Jeffs preaching about a woman's role in his world.

Plus, how two men in a polygamist society came to believe that God was telling them to kill -- their story and more when 360 continues.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

REP. JOHN MURTHA (D), PENNSYLVANIA: The worst thing is the cover-up. I'm convinced they knew about this. The services knew about it. The chain of command knew about it, and that has to be investigated, because this thing should have been made public.

(END VIDEO CLIP)

COOPER: That was congressman and Marine veteran John Murtha. We will talk to more to him in a moment.

Today, President Bush promised a full investigation of what happened last November in the Iraqi village of Haditha, something that, had the insurgency truly been in its last throes a year ago, might never have happened. But that's no longer the issue. Insurgent attacks happen. They happen so often that, despite their brutality, especially to civilians, we tend to lose track -- not this. This is what happened to civilians allegedly at the hands of U.S. Marines after one of those attacks -- two reports tonight.

First, CNN's Ryan Chilcote.

(BEGIN VIDEOTAPE)

RYAN CHILCOTE, CNN CORRESPONDENT (voice-over): There's plenty of evidence civilians were killed in Haditha. Twenty-four bodies were counted, at the morgue, women and children among the dead, many images too graphic to show. But the dead can't speak. So, at CNN's request, a human rights organization went back to Haditha with a camera to interview survivors. The interviewer found three, all children. For each, the story begins here, where a roadside bomb struck a Humvee carrying American Marines, killing one of them. It was 7:30 in the morning.

Twelve-year-old Saffa Yunis was getting ready for school. She says she was the only survivor in her house, eight relatives killed.

SAFFA YUNIS, EYEWITNESS (through translator): A bomb exploded on the street outside. We heard the sound of the explosion, and we heard shouting. We were inside the house when U.S. forces broke through the door. They killed my father in the kitchen. The American forces entered the house and started shooting with their guns.

They killed my mother and my sister, Noor (ph). They killed her when they shot her in the head. She was only 15 years old. My other sister was shot with seven bullets in the head. She was only 10 years old. And my brother, Mohammed (ph), was hiding under the bed, when the U.S. military hit him with the butt of a gun, and they started shooting him under the bed.

The U.S. military then shot me. And I was showered in blood. We couldn't leave the house, because the U.S. military surrounded the area with a large number of soldiers.

CHILCOTE: Saffa's cousins, 8-year-old Abdul Rahman (ph) Walid and 9-year-old Eman Walid, were next door in the first house entered by the Marines. They say seven were killed in this house.

EMAN WALID, EYEWITNESS (through translator): They entered the house. They burned the room. And my father was inside the room. Then they attacked my grandmother and my grandfather, and they threw a bomb. Me and my brother, Abdul Rahman (ph), were injured. I saw how they killed my mother, Asman (ph), and I saw how they killed my grandmother.

CHILCOTE: Eman (ph) is initially poised. She has clearly told the story many times. She needs no questions to prompt her.

WALID (through translator): My grandmother, she decided to open the kitchen door. Before she opened it, she said, "Maybe they will break it otherwise." I wish she hadn't.

CHILCOTE: Eman's brother, Abdul Rahman (ph), doesn't say much. The interviewer asks him to show his wounds.

Off camera, a voice in the room is heard asking: "He didn't have a weapon. What danger did he pose?"

But there is an intriguing variation in Eman's account the third time she tells it. She says she was expecting the bomb.

WALID (through translator): I was planning to go to school. I was about to get out of bed. I knew the bomb would explode, so I covered my ears. The bomb exploded. The bomb struck an armored vehicle. I don't know if it was a Humvee or an armored vehicle. When the bomb exploded, they came straight to our house.

CHILCOTE: The question is, was her expectation of the explosion a premonition, a fear based on the sound of the passing convoy? Or was it based on some knowledge? The interviewer does not follow up. He says the 9-year-old got confused and got her story mixed up.

All three children were wounded. Eman and Abdul Rahman (ph) were treated at a U.S. hospital in Baghdad.

Saffa Yunis says she wants tough justice for those who killed her family.

YUNIS (through translator): I want them to be tortured and killed, and I want them to leave our country.

CHILCOTE: The people in these houses were not the only ones to have been killed. Others died in this house, too. But the survivors here did not want to talk.

Ryan Chilcote, CNN, Baghdad.

(END VIDEOTAPE)

COOPER: Well, more on Haditha coming up -- how the U.S. military is responding. Right now, there are two investigations under way, one focused on the alleged executions, a second on whether there was an attempt to cover them up. We will have the latest on those.

Plus, an arrest in the hunt for Warren Jeffs, but the fugitive polygamist leader is still out there. We will visit a place where the entire town where gives outsiders the silent treatment in solidarity with Jeffs -- when 360 continues.

(COMMERCIAL BREAK)

COOPER: Two allegations that U.S. Marines committed war crimes and that there was an attempt to cover them up. We will have the latest on the investigations -- next on 360.

(COMMERCIAL BREAK)

COOPER: More now on what happened last November in Haditha after a roadside bomb went off. Did U.S. Marines from Camp Pendleton, California, go on a killing rampage? Did they and others take part in a cover-up? The findings of a Pentagon investigation will not be out for several weeks, but already Marines and members of Congress are being told privately to brace for the worst, including murder charges.

CNN's Jamie McIntyre tonight "Keeping Them Honest."

(BEGIN VIDEOTAPE)

JAMIE MCINTYRE, CNN SENIOR MILITARY AFFAIRS CORRESPONDENT (voice- over): The White House says President Bush was informed of the allegations of atrocity in Haditha as soon as "TIME" magazine began asking questions back in February, questions which prompted the U.S. military to launch a criminal investigation.

And the U.S. is promising full disclosure as soon as two separate probes into whether there was both a crime and a cover-up are done.

TONY SNOW, WHITE HOUSE PRESS SECRETARY: The president also is allowing the chain of command to do its what it's supposed to do, and the Department of Defense, which is to complete an investigation. And the Marines are taking an active and aggressive role in this.

And I have been told and was assured earlier today when I called about it that, when this comes out, all the details will be made available to the public.

MCINTYRE: The preliminary findings began to leak out as soon as key members of Congress were briefed.

Congressman John Murtha, a former Marine, was the first to disclose, the evidence strongly suggests 24 Iraqi civilians,

including eight women and four children, were murdered. He blames it on the stress put on overworked American troops fighting a determined insurgency.

MURTHA: It breaks my heart to think Marines did something like this. And when you hear some of the stories now that are coming out, it just makes it worse than ever.

MCINTYRE: Even before any charges have been filed, defense attorneys have been talking to Marines from Kilo Company of the 3rd Battalion, 1st Marine Regiment, based at Camp Pendleton, California, some of whom may be charged with murder.

At least one attorney tells CNN that there was a firefight near where the killings took place, something that, if true, could support the original report given by the small squad of Marines.

Meanwhile, attention focused on the events in Haditha last November is prompting questions about other killings in Iraq, including one that took the life of a cousin of Iraq's newly appointed ambassador to the United States.

(BEGIN VIDEO CLIP, "THE SITUATION ROOM")

BLITZER: So, what you're suggesting, your cousin was killed in cold blood, is that what you're saying, by United States Marines?

SAMIR AL-SUMAIDAIE, IRAQI AMBASSADOR TO THE UNITED STATES: I believe he was killed intentionally. I believe that he was killed unnecessarily.

(END VIDEO CLIP)

MCINTYRE (on camera): The Iraqi ambassador says the U.S. military has cleared the Marines who he believed killed his brother, but he's asked the top American commander in Iraq to reopen the investigation. Meanwhile, Iraq's new prime minister, Nouri al-Maliki, says he wants answers about Haditha, as well as other incidents in which Iraqis have been killed by mistake. He's quoted as saying, "There's a limit to the acceptable excuses."

Jamie McIntyre, CNN, the Pentagon.

(END VIDEOTAPE)

COOPER: Well, you heard a bit from Congressman Murtha a moment ago. He's a powerful Democrat from Pennsylvania, an outspoken critic of President Bush's conduct of the war, and a Marine combat veteran.

I spoke with him earlier today.

(BEGIN VIDEOTAPE)

COOPER: Congressman Murtha, you believe the military investigation will ultimately show that the troops in Haditha – quote – "overreacted because of the pressure on them and killed innocent civilians in cold blood." That's a quote from you.

How are you so sure at this point? The investigation isn't even complete.

MURTHA: Well, the Marine Corps at the highest level came over and briefed me a couple months ago.

I read the article in "TIME" magazine. I wasn't satisfied that anything was being done, that they were not really following up on this thing. But the more facts that have come out, the more convinced I am that there was an overreaction to the stress – due to the stress that these young folks are under.

I mean, these – these guys have done everything we have asked them to do. They're well-disciplined troops. But, at some point, they crack. And I just saw a mother say today that, when they come home, they don't get the psychological counseling they need.

This is a tremendous – they wear 70 pounds on their body. They're out there every day. And, of course, there's less of them, so that means they're under stress every day with IEDs, which – the explosive devices, and somebody shoot – and they don't know who the enemy is. So, you have all those things built into this, and I can understand. I don't excuse it.

COOPER: Two investigations going on, one about the incident, the other about any possible cover-up. You say there is a cover-up. How high do you think it goes?

MURTHA: Well, I don't know.

General Pace just said on CNN that he learned about it in February. This thing's been going on for six months. They knew the day afterwards that this wasn't accurate, the information that was being put out. They put off "TIME" magazine. They were not open about this whole thing. And that's what frustrates me so much.

COOPER: Again, the investigation is still going on. Couldn't it have been the fog of war? There was a military lawyer quoted in "The Washington Post" on November 19, quoted, who said that, look, that day, November 19, was an unusually -- it was an unusually violent day.

MURTHA: Anderson, let me tell you something.

Two months ago, the day afterwards, they knew that the IED attack, they only killed one Marine. There was no hostile fire. There was nobody firing at our Marines. A taxi pulled up. They killed the people in the taxi. Then they went into the rooms and killed women and children.

One young woman on CNN today said, I -- he -- the young Marine, her son, carried the body of a -- I mean, this breaks my heart to think that this happened. And then they tried to cover it up. That even makes it worse.

COOPER: There have been those who said you are politicizing this. You're jumping to judgment. The investigation's still going on.

A man by the name of Ilario Pantano, a Marine who was accused with two counts of premeditated murder, charges which were later dropped, he wrote a letter to "The Washington Post." And he said this -- quote -- "Not only is he" -- meaning you, Mr. Murtha -- "certain of the Marines' guilt, but he claims to know the cause, which he conveniently attributes to a policy he opposes. Let the courts decide if these Marines are guilty. They haven't even been charged with a crime yet, so it is premature to presume their guilt, unless that presumption is tied to a political motive."

MURTHA: Well, let me tell you something. They're trying to kill the messenger.

There's no question in my mind. The highest level of the Marine Corps has come to me and told me what happened. And there is no question in my mind exactly what happened.

It's the transparency which is so bad. This happened on November 19. And they knew about it two days later. They knew exactly what happened. And, all this time, they have tried to confuse the whole thing. Now they're blaming me for -- for bringing it out. If I hadn't brought it out, I'm not sure it would have come out.

COOPER: There was also an unnamed lawyer quoted in "The Washington Post" who said that there was a report that some of the radio traffic indicates there was some small-arms fire in the wake of this IED, and perhaps that played some role in it, meaning the Marines thought they were under fire. Have you heard that from the people you were briefed by?

MURTHA: Anderson, I can only tell you that's not the information I have.

COOPER: All right. We are going to have to leave it there.

Congressman Murtha, appreciate you joining us. Thank you.

(END VIDEOTAPE)

COOPER: Coming up tonight, the hunt for fugitive polygamist Warren Jeffs -- new developments tonight and a CNN exclusive, Jeffs' voice on tape, a rare recording.

First, Erica Hill from Headline News has some of the other stories we're following -- Erica.

ERICA HILL, HEADLINE NEWS CORRESPONDENT: Anderson, U.S. Marines are helping to deliver aid to the victims of last week's earthquake in Indonesia. At least 5,700 people were killed when the 6.3-magnitude quake struck the country's Java Island on Saturday. The U.N. says more than 22 countries have answered the call for help, but workers are having difficulty bringing aid to the tens of thousands of victims.

On now to Montgomery County, Maryland, where it is another guilty verdict for D.C. area sniper John Allen Muhammad. A jury convicted Muhammad in the shootings of six people in Maryland three-and-a-half years ago. Prosecutors are seeking the maximum penalty of six consecutive life sentences. Muhammad has already been sentenced to death for shooting -- a shooting in Virginia.

Milford, Michigan, the mystery of what happened to Jimmy Hoffa remains a mystery for now. The FBI has called off its two-week search for Hoffa's remains at the Hidden Dreams Farm. The former union boss disappeared in 1975. Agents began digging at the farm after receiving what had been considered a very credible tip.

And celebrity couple Brad Pitt and Angelina Jolie have a new baby girl, Shiloh Nouvel Jolie-Pitt, who was born Saturday in the African country of Namibia. Jolie's obstetrician says the seven-pound baby was delivered by C-section and that everything went flawlessly.

COOPER: That is certainly good news. I want four names. It seems like a lot of people have four names.

HILL: You only have three?

COOPER: I got three. Do you have four?

HILL: No, I only have three, too. But what would you like your fourth name to be? We can add it right now.

COOPER: I don't know. I should hold some sort of a competition. I haven't really thought about it.

HILL: There you go. Send in your e-mails. What should Anderson's fourth name be?

COOPER: What's your middle name?

HILL: What's my middle name?

COOPER: Yes.

HILL: It's Ruth. What's your middle name?

COOPER: Hays. H-A-Y-S.

HILL: There's that.

COOPER: There you go.

HILL: All right. See you later.

COOPER: Well, coming up, he's been accused of brainwashing his followers, forcing young girls to marry much older men. Tonight, a rare audio recording of fugitive polygamist Warren Jeffs, preaching the virtues of polygamy to young girls. A CNN exclusive.

Also, two brothers, both in polygamist societies, who believe they were prophets. They also were convinced that God wanted them to kill, coming up on 360.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

(MUSIC)

(END VIDEO CLIP)

COOPER: Yes. The creepy guy singing is fugitive polygamist Warren Jeffs, a man both revered and reviled. It's jot just for his singing. His followers consider him a prophet, but to the FBI, he's a criminal wanted on charges of sexual conduct with a minor and rape as an accomplice.

Three weeks ago, his name was put on the FBI's Ten Most Wanted list. Since then law officials have been cracking down on the fundamentalist sect he leads in Colorado City, Arizona.

This guy, the mayor, was arrested Friday on felony charges stemming from fraudulent vehicle registration. Just about everyone in this town is a follower of Jeffs.

The day before authorities searched four homes in Colorado City in connection with eight sexual abuse indictments issued last summer. Jeffs, however, is not one of the eight men named in those indictments, but he does have a $100,000 bounty on his head. He is now in hiding.

Tonight, you can hear him in a rare audio recording obtained by CNN. With the exclusive, here's Dan Simon.

(BEGIN VIDEOTAPE)

WARREN JEFFS, FUGITIVE POLYGAMIST LEADER: I want to testify to you...

DAN SIMON, CNN CORRESPONDENT (voice-over): This audiotape obtained exclusively by CNN was given to children.

JEFFS: That when this celestial and plural marriage is lived correctly.

SIMON: The voice is that of fundamentalist Mormon leader Warren Jeffs, lecturing young girls on the virtues of polygamy.

JEFFS: It is the most beautiful thing there is.

SIMON: At the beginning of the tape, Jeffs says he's teaching what he calls a home economics class. The tape, given

to us by a former member of the sect, was recorded in 1996, six years before Jeffs declared himself a prophet. At the time, his father, Rulon Jeffs, held that title, and Jeffs defends him from a hostile world.

JEFFS: And when people declare the prophet is a wicked man for having many wives, or any other good man, those people are only revealing what is in their own hearts.

SIMON: Jeffs tells the girls that God channels to the prophet whom they should marry. He calls this a revelation and warns his young students that outsiders look on with scorn.

JEFFS: The world especially mocks how the prophet appoints the marriages by revelation. You have to have a faith that God lives and that his prophet teaches us the truth.

SIMON (on camera): Jeffs took control of the sect in 2002. According to former members, he has ex-communicated anyone who challenged authority as a prophet. So that makes his words back then about loyalty to the prophet so relevant today.

JEFFS: Loyalty to the prophet is everything. And that's the kind of husband you want, a man whose greatest love and loyalty is to the prophet.

SIMON (voice-over): And the kind of wife you want?

JEFFS: The woman is to obey the husband as he obeys the Lord.

SIMON: When he came into power, Jeffs exerted influence on all aspects of life. He forbid his followers to watch television or see movies, even listen to contemporary music, saying in another lecture it's evil. And here Jeffs exposes his racism.

JEFFS: So when you enjoy the beat, the rock music, you are enjoying the spirit of the black race.

SIMON: And Jeffs believed much of America was lured into what he called immorality and corruption.

JEFFS: And thus, the whole world has partaken of the spirit of the Negro race, accepting their ways. SIMON: Instead, Jeffs only approved music made by his followers and gave out recordings of his own singing.

JEFFS (singing): That guide us on our way.

SIMON: On the run from law enforcement, Warren Jeffs hasn't been seen publicly in two years, but his voice is still with us.

JEFFS (singing): We must live in love.

Dan Simon, CNN, San Francisco.

(END VIDEOTAPE)

COOPER: It is so fascinating.

Warren Jeffs' followers are nothing if not loyal. Just ask Gary Tuchman. Virtually everyone in Colorado City, Arizona, supports Jeffs. They don't want nothing to do with reporters. Gary managed to get a few to talk. Coming up, you'll hear what they had to say.

Also, two brothers in a polygamist society, a bloody crime and a chilling confession. They say God told them to kill. Their crime coming up on 360.

(COMMERCIAL BREAK)

COOPER: Before the break, you heard from Jeffs in a rare audio recording talking about his beliefs. Now you're about to hear from some of his followers. They are intensely loyal still and very angry.

Here's CNN's Gary Tuchman.

(BEGIN VIDEOTAPE)

GARY TUCHMAN, CNN CORRESPONDENT (voice-over): In Colorado City, Arizona, the American flag flies, but most of the citizens pledge allegiance to Warren Jeffs.

(on camera) What do you think of the man?

UNIDENTIFIED MALE: I think he's awesome.

TUCHMAN: The FBI fugitive has instructed his followers not to talk to the news media. Almost always that demand is

strictly obeyed.

(on camera) Can I ask you a quick question?

I'm Gary Tuchman with CNN. I just wanted to check with you. Do you have any idea where Warren Jeffs is? Any idea at all?

(voice-over)Just wanted to ask you if you have any idea where Jeffs is. The police department where the chief is also a member of Jeffs' FLDS church doesn't return repeated phone calls.

(on camera) Anybody there? (voice-over) And the cops have no interest in speaking when we stop by. They don't even speak to a county attorney special agent who's been here for 18 months investigating Jeffs and his supporters.

UNIDENTIFIED MALE: It is bizarre, but then again we are here in Colorado City. That every one of the police officers are FLDS members. You know, they've sworn to follow Warren Jeffs.

TUCHMAN (on camera): We travel a lot in this job. Rarely do we go anywhere where we feel so unwelcome as this place. For the most part when we come up to people, they scatter.

(voice-over) Can we ask you a quick question?

(on camera) But in this town of about 9,000, where Warren Jeffs lived in this house before he went underground, some coaxing did result in some comments. Do you know where Warren Jeffs is?

UNIDENTIFIED MALE: No, sir. Ain't nobody seen him for two or three years that I know of.

TUCHMAN: What do you think of him?

UNIDENTIFIED MALE: He's a great prophet. And you're damn fools for bothering him. Your ass is going to get harmed one of these days when you look up from hell and look at him in the face.

TUCHMAN (voice-over): Jeff's very passionate followers also believe his father, Rulon, was a prophet. Rulon died in 2002 and is buried here in town. Warren Jeffs has been the FLDS leader since then.

(on camera) Do you have any idea where Warren Jeffs is right now?

UNIDENTIFIED MALE: No, I don't.

TUCHMAN: When was the last time you saw him?

UNIDENTIFIED MALE: About three years ago.

TUCHMAN: So you don't -- do you think he's been back to Colorado City at all?

UNIDENTIFIED MALE: He could have. That's none of my business, though.

TUCHMAN: How come? You're a follower of him, and you think he's a prophet, and you think he's the greatest man on earth.

UNIDENTIFIED MALE: He does what he needs to do, and I don't have to know about it.

TUCHMAN: How are you able to continue following his way if you don't see him or hear of him?

UNIDENTIFIED MALE: The words that he's already given us. TUCHMAN (voice-over): Investigator Engels says his presence is not welcomed either. And he's occasionally harassed.

GARY ENGELS, MOHAVE COUNTY, ARIZONA, INVESTIGATOR: Sometimes if they're stopped at a stop sign or something, they'll try to take of real fast, throwing gravel on my vehicle or the diesels, they'll accelerate real fast, throwing a lot of black smoke out.

TUCHMAN: Well, lo and behold -- we got a similar experience. The FBI may have Warren Jeffs on its Ten Most Wanted List, but what most people here want...

UNIDENTIFIED MALE: You guys are all damn idiots.

TUCHMAN: ... is for us to get out of town.

Gary Tuchman, CNN, Colorado City, Arizona.

(END VIDEOTAPE)

COOPER: Warren Jeffs is not the only polygamist calling himself a prophet. After the break, we'll meet two other self-proclaimed prophets from a polygamist society who claim that God told them to kill.

Plus, lingering questions about the death of a pro football player in the line of duty. Tonight, a CNN investigation, a detailed look at exactly what happened to Pat Tillman, all ahead on 360.

(COMMERCIAL BREAK)

COOPER: Right now, sitting on the FBI's most wanted list, the face of polygamist Warren Jeffs has come to symbolize the viciousness of religious fundamentalism. He's by no means alone. Others have committed wicked acts, claiming they were simply following orders from God.

Our Ted Rowlands tonight tells us the story of two men not affiliated with Jeffs whose fundamentalist beliefs led them to murder.

(BEGIN VIDEOTAPE)

TED ROWLANDS, CNN CORRESPONDENT (voice-over): They are brothers from Utah County, one a former construction worker, the other, a failed businessman. But in their twisted minds, Ron and Dan Lafferty came to view themselves as so much more. They believed they were prophets receiving messages from God, messages that led them to kill those they felt were going against God's will.

DAN LAFFERTY, MURDERED BROTHER'S FAMILY: There's a purpose for it all. And the purpose is that Christ wants to have a party with his children.

ROWLANDS: Dan Lafferty and his seven siblings, five brothers, two sisters, were raised as mainstream Mormons. In the early '80s, Dan became angry at the government for shutting down his unlicensed sandwich business, and he sought comfort in the Book of Mormon. As Dan explored his faith, he became more interested in teachings his church had long abandoned, such as polygamy and blood atonement, a teaching that says that particular sins committed against Mormons can be made right only if the sinner's blood was spilt.

The more Dan read, the more he became certain the church had gone off track. He became a fundamentalist and soon convinced his brothers to do the same.

Dan's older brother, Ron, who was struggling financially, submerged himself in the teaching. He talked enthusiastically about taking on multiple wives and was abusive to the one he had. When Ron said he was going to marry off their daughters as plural wives, his wife ran to church leaders. Ron was soon excommunicated and divorced. Those familiar with the story say Ron then began to fall into a madness.

JESSE HYDE, "THE DALLAS OBSERVER": Ron started to spend a lot of time in this – in this abandoned home in Orem, Utah, that they called The Farm. And while he was there, he began to receive what he called revelations, and he would keep them on this yellow legal pad.

ROWLANDS: Revelations he believed were from God. Without a wife or church, Ron became even more involved in a fundamentalist group called the School of Prophets. On April 5th, 1984, Ron shared with them what he called a divine revelation.

He claims God told him, quote, "It is my will and commandment that ye remove the following individuals in order that my work might go forward. For they have truly become obstacles in my path, and I will not allow my work to be stopped."

Among those individuals mentioned in the revelation were Brenda Lafferty, the 24-year-old wife of Ron and Dan's younger brother, Allen, and her 15-month-old daughter, Erica. Brenda had stood up against the family's fundamentalist teachings and tried to convince the other wives to do the same. Ron blamed Brenda for his divorce, and he believed she was trying to break up the brothers.

On July 24, 1984, Ron and Dan, intent on fulfilling the revelation, made their first stop at the home of their younger brother, Allen. Allen was not there, but Brenda and Erica were. Dan says he used a wrestling move to take Brenda down, and as she apologized, Ron beat her unconscious. But she was still alive. Dan said she was not to be killed before the child's life was taken.

Dan then took a knife to the child's room, where Erica was sitting in her crib. Dan claims he told the girl that, while he did not understand it, he knew he had to take her life. He slit Erica's throat, then used the same knife to kill Erica's mother.

HYDE: There was blood on the walls, blood on the carpet. And it still haunts the neighborhood and the people who witnessed it. ROWLANDS: With Brenda and Erica both dead, Ron and Dan Lafferty set out to, quote, "remove other individuals on their list," but obstacles got in their way. They killed no more people before they were arrested.

Today Ron Lafferty is awaiting execution while Dan Lafferty sits in a cell at Utah state prison, serving out two consecutive life sentences.

Ron doesn't speak to the media, but Dan has been happy to tell his story, and he's not apologetic. He still believes he carried out God's will by killing Brenda and Erica. He now likens himself to the prophet Elijah and believes he will announce the second coming of Christ.

LAFFERTY: I'm more like the bailiff saying all rise, here comes the judge.

ROWLANDS: But he understands how others can view him as a cold- blooded killer.

LAFFERTY: That doesn't bother me because I have the inclination that that's the way it's meant to be, and that's perfectly fine. I believe I know Christ well enough to tell that he's just the party animal and all he wants to do is party.

ROWLANDS: Ted Rowlands, CNN, Los Angeles.

(END VIDEOTAPE)

COOPER: "The Shot of the Day" is coming up. First Erica Hill from Headline News has some of the business stories we're following -- Erica.

HILL: Anderson, stocks took a pounding on Wall Street today. The Dow losing 184 points, the NASDAQ fell 45 and the S&P dropped 20. That slide came as consumer confidence fell and oil prices rose. U.S. light crude oil for July delivery jumped 66 cents, up now to $72.03 a barrel. The increase comes before an OPEC meeting in Venezuela and the start of the Atlantic hurricane season later this week.

With all of that as a back drop, President Bush is nominating Goldman Sachs chairman and CEO Henry Paulson to be the next treasury secretary after John Snow resigned from the job. At today's announcement, the president thanked Paulson for his willingness to leave Wall Street to serve the American people, Anderson.

COOPER: Erica, it's time for "The Shot of the Day." And no doubt, you may think aliens are among us. And if you do, pay close attention to this. A California bird rescue center x-rayed an injured duck. That's what you're looking at, an injured duck, on Sunday revealed more than a broken wing. Take a close look.

HILL: An alien in the duck?

COOPER: The unmistakable face of an alien's head staring out of it from the duck's stomach.

HILL: How did the alien get in the duck? Was it some odd turducken?

COOPER: It's unclear whether the duck was invaded by a body snatcher or made a meal of a pint-sized E.T. We will never know. Mysteriously, the duck died. Very mysteriously, I might add.

HILL: Mysteriously, huh?

COOPER: An autopsy revealed only corn and grits in the stomach. The x-ray image is for sale on eBay. At last check, the highest bid more than $4,600. The money can...

HILL: That was your bid, right?

COOPER: The money is going to go to the International Bird Rescue Research Center. Can we take another look at that? Do we have that?

HILL: It's just wacky.

COOPER: Yes. Do we have a close-up? Can we get the close-up? Because it's -- there it is. Ooh.

HILL: It looks like, and it really looks like those sort of glow in the dark alien heads that you see on, like, pajama pants, you know?

COOPER: The truth is out there, Erica Hill. The truth is out there.

HILL: And you'll find it for us.

COOPER: Erica, thanks.

HILL: See you tomorrow.

COOPER: Coming up in the next hour, deadly serious stuff. In Iraq, a group of U.S. Marines accused of murder. Others are shaken up after seeing the alleged crime scene. Coming up, we'll hear from the mother of one Marine who had to remove the bodies in Haditha. She tells us about the horror her son faced.

Plus, that other war, in Afghanistan, where the danger is far from over and the Taliban is working to regain control. We'll

take you inside the intensifying fight.

And a CNN investigation. What really happened to Pat Tillman in Afghanistan? He, of course, the former pro football player turned soldier killed in Afghanistan. We'll bring you the new details when 360 continues.

(COMMERCIAL BREAK)

COOPER: Growing word tonight the U.S. Marines may soon be facing charges, perhaps even the death penalty for what allegedly happened after a roadside bomb killed one of their buddies in Iraq.

(BEGIN VIDEOTAPE)

ANNOUNCER: Stories of a massacre told by children of Haditha. Tonight, the horror they witnessed, they say, at the hands of U.S. Marines.

Pro football star Pat Tillman killed in the line of duty. Questions remain: what really happened to him?

UNIDENTIFIED MALE: The family is not satisfied with the information they're getting. We owe the family honest answers.

ANNOUNCER: Tonight, hear the untold story. A CNN investigation.

And the country hit hard by the tsunami gets hit again, and again, Indonesia sends out a call for help.

Across the country and around the world, this is ANDERSON COOPER 360. Live from the CNN broadcast center in New York, here's Anderson Cooper.

(END VIDEOTAPE)

COOPER: Good evening.

We begin this hour with the killings of 24 men, women and children in the Iraqi town of Haditha. Tonight, sources at the Pentagon are saying privately, and members of Congress are saying very publicly, to expect charges including murder charges against Marines who were there.

In a moment, Congressman John Murtha, who believes Marines from Camp Pendleton, California, took part in a massacre. First, the story from the scene as it happened last November.

Here's CNN's Ryan Chilcote.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

---

**International Edition**    Languages    **CNN TV**    **CNN International**    **Headline News**    **Transcripts**    **Advertise with Us**    **About Us**

**SEARCH**    ● THE WEB    ○ CNN.COM    [                    ]    Search    powered by YAHOO! SEARCH

© 2006 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

External sites open in new window; not endorsed by CNN.com
[Premium] Pay service with live and archived video. Learn more
Download audio news  |  Add RSS headlines

# CNN.com

SEARCH    ● THE WEB   ○ CNN.COM    [                    ]  Search   powered by YAHOO! SEARCH

Home Page
World
U.S.
Weather
Business
Sports
Analysis
Politics
Law
Technology
Science & Space
Health
Entertainment
Offbeat
Travel
Education
Special Reports
Video
Autos
Exchange

# TRANSCRIPTS  Transcript Providers

Shows By Category:

Return to Transcripts main page

## ANDERSON COOPER 360 DEGREES

**Marine Massacre?; What my Son Saw; Haditha's Fallen Marine; The Other War; After the Riots; Tillman Investigation; Indonesia Earthquake; After the Tsunami**

Aired May 30, 2006 - 23:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

(BEGIN VIDEOTAPE)

RYAN CHILCOTE, CNN CORRESPONDENT (voice-over): There's plenty of evidence civilians were killed in Haditha — 24 bodies were counted.

At the morgue, women and children among the dead. Many images too graphic to show. But the dead can't speak.

So at CNN's request, a human rights organization went back to Haditha with a camera to interview survivors. The interviewer found three, all children.

For each, the story begins here. Where a roadside bomb struck a humvee carrying American Marines, killing one of them.

It was 7:30 in the morning. 12-year-old Safa Younis was getting ready for school. She says she was the only survivor in her house. Eight relatives killed.

SAFA YOUNIS, FAMILY KILLED (through translator): A bomb exploded on the street outside. We heard the sound of the explosion, and we heard shouting. We were inside the house when U.S. forces broke through the door. They killed my father in the kitchen. The American forces entered the house and started shooting with their guns. They killed my mother and my sister Noor (ph). They killed her when they shot her in the head. She was only 15 years old. My other sister was shot with seven bullets in the head. She was only 10 years old. And my brother, Mohammed (ph), was hiding under the bed when the U.S. military hit him with the butt of a gun, and they started shooting him under the bed. The U.S. military then shot me, and I was showered in blood. We couldn't leave the house because the U.S. military surrounded the area with a large number of soldiers.

CHILCOTE: Safa's cousins, 8-year-old Abdul Rahman Walleed (ph) and 9-year-old Iman Walleed (ph) were next door in the first house entered by the Marines. They say seven were killed in this house

IMAN WALEED (ph), SEVEN KILLED IN HOUSE (through translator): They entered the house, they burned the room, and my father was inside the room. Then they attacked my grandmother and grandfather and threw a bomb. Me and my brother, Abdul Rahman, were injured. I saw how they killed my mother, Asma (ph), and I saw how they killed my grandmother.

advertiser links                                      what's this?

**Save on All Your Calls with Vonage**
Save 50% on your bill with Vonage unlimited local/long distance - $24.99/mo.www.vonage.com

**Homeowners - Don't Miss Out**
$145,000 mortgage for $484 per month. Refinance while rates are still low.www.lowermybills.com

**Bad Credit Refinance**
Up to 4 quotes with 1 form. Serious refinance inquiries only please.www.nextag.com

**Refinance and Save $1000s**
$150,000 mortgage for $483/month. Compare up to 4 free quotes.www.pickamortgage.com

SERVICES
E-mails
RSS
Podcasts
CNNtoGO
CNN Pipeline

CHILCOTE: Iman (ph) is initially poised. She has clearly told the story many times. She needs no questions to prompt her.

IMAN (through translator): My grandmother, she decided to open the kitchen door. Before she opened it, she said, maybe they will break it otherwise. I wish she hadn't.

CHILCOTE: Iman's (ph) brother, Abdul Rahman, doesn't say much. The interviewer asked him to show his wounds.

Off camera, a voice in the room is heard asking, he didn't have a weapon. What danger did he pose? But there is an intriguing variation in Iman's (ph) account. The third time she tells it, she says she was expecting the bomb.

IMAN (ph) (through translator): I was planning to go to school. I was about to get out of bed. I knew the bomb would explode, so I covered my ears. The bomb exploded. The bomb struck an armored vehicle. I don't know if it was a humvee or an armored vehicle. When the bomb exploded, they came straight to our house.

CHILCOTE: The question is, was her expectation of the explosion a premonition? A fear based on the sound of the passing convoy? Or was it based on some knowledge? The interviewer does not follow up and says the 9-year-old got confused and got her story mixed up.

All three children were wounded. Iman (ph) and Abdul Rahman were treated at a U.S. hospital in Baghdad. Safa Younis says she wants tough justice for those who killed her family.

YOUNIS (through translator): I want them to be tortured and killed. And I want them to leave our country.

CHILCOTE: The people in these houses were not the only ones to have been killed. Others died in this house, too. But the survivors here did not want to talk.

Ryan Chilcote, CNN, Baghdad.

(END VIDEOTAPE)

ANDERSON COOPER, CNN ANCHOR: Now Congressman Murtha – he's a powerful Democratic member of Congress from western Pennsylvania, as well as a harsh critic of President Bush on this war. He has few doubts about what happened and what should be done about it.

(BEGIN VIDEO CLIP)

REP. JOHN MURTHA (D), PENNSYLVANIA: The worst thing is the cover-up. I'm convinced they knew about this. The services knew about it. The chain of command knew about it, and that has to be investigated because this thing should have been made public.

The Iraqis already knew about it. The damage this does to our credibility, the damage this does to us fighting Muslims when they think this is a policy of the United States when they don't punish.

And the Marines think, well, maybe we can get away with something like this. This is no good. So the commandant of the Marine Corps is over there talking to the troops, but this has to be clear that United States policy does not endorse something like this.

(END VIDEO CLIP)

COOPER: Congressman Jack Murtha.

Now, whatever it was that happened and the investigations that are under way, it haunts one Marine so much that he felt compelled to open up to his mother.

Lance Corporal Ryan Briones told her that he saw the bodies of two dozen Iraqi civilians after they were allegedly shot by U.S. Marines. And his mom says those images have left him shaken.

Here's CNN's Dan Simon.

(BEGIN VIDEOTAPE)

DAN SIMON, CNN CORRESPONDENT (voice-over): Lance Corporal Ryan Briones (ph) may be a tough Marine, but his mom says right now he's fragile.

SUSIE BRIONES, MOTHER OF U.S. MARINE: It was horrific. It was a terrible scene. The biggest thing that keeps to his mind is the children that were there.

SIMON: Children and adults unarmed. Allegedly killed by U.S. Marines in his unit. His mother says he had to carry away the body of a little girl. An image he still cannot get out of his mind.

BRIONES: Her head was blown off or something. Her brains splattered on his boots. And that's what affects Ryan the most is that he had to pick up this child's body to put her in a body bag.

SIMON: Briones told "The Los Angeles Times," he was asked to photograph the scene and ordered to help remove the bodies. He is quoted as saying, "I can still smell the blood. This left something in my head and heart."

Mrs. Briones says she'll never forget the phone call she got from her son that day.

BRIONES: It was the hardest phone call that I received. He was calling me, and he was telling me some information that — and — but I didn't know what to do with that information.

SIMON (on camera): He told you that he observed these dead bodies, these civilians, who had been killed by the U.S. military, did he not?

BRIONES: He said that they had shot them, yes. He did say that. But he wasn't in when they did the shooting. He wasn't there. He was there to do the cleanup. That's what he was instructed to do.

SIMON (voice-over): Earlier that day, Briones' best friend, T.J. Terrazas, was killed in a bomb blast that also wounded another Marine. That bombing allegedly sparked a rampage by members of the unit.

Mrs. Briones says that in the places where her son went to take pictures and remove the bodies, he saw no survivors.

(On camera): What's going through his mind now in terms of what happened that day with those civilians, those children being killed?

BRIONES: He's feeling remorseful. Because he's part of the military group. He's part of the United States military. And although he has no say so in anything with regards to giving words or, you know, saying — giving the command to go and do this or go and do that, he's part of that.

SIMON (on camera): Briones is back at Camp Pendleton. He's no longer speaking to reporters. It's not clear if his silence is self- imposed. His mother worries that he may never fully recover from what he says he saw in Haditha.

Dan Simon, CNN, San Francisco.

(END VIDEOTAPE)

COOPER: What no one seems to dispute is that the critical events in Haditha began with the death of a Marine.

Yesterday was the first of many Memorial Days when his family will remember and honor him.

Here's CNN's Keith Oppenheim.

(BEGIN VIDEOTAPE)

KEITH OPPENHEIM, CNN CORRESPONDENT: At Fort Bliss National Cemetery in El Paso, the grave of Lance Corporal Miguel Terrazas shows signs of Memorial Day visitors. Flowers frame the inscription, a devoted son, brother and grandson who loved his country.

Miguel Terrazas was 20 years old when he was killed last November on his second tour of duty in Iraq.

MARTIN TERRAZAS, MIGUEL'S BROTHER: He was a motivated person. He liked everybody to be happy.

OPPENHEIM: His older brother, Martin, told us about Miguel and showed us the church where Miguel had his first communion and his funeral.

We saw the parks where Miguel played games, the high school where he played football. And we went to the taco shop where once both brothers worked.

What were you told about how he died?

TERRAZAS: I just was told that it was a roadside bomb.

OPPENHEIM: Martin says the family is now learning, in the wake of that bombing, that Miguel's fellow Marines are being investigated for the alleged killing of as many as 24 Iraqi civilians.

Martin says he is offended that members of his brother's unit are being investigated because he says insurgents used civilians as cover.

TERRAZAS: My brother told me, when he came back from his first tour, that these people hide behind their own families, you know? And they hide with explosives. They would sleep with them, you know?

JORGE TERRAZAS, MIGUEL'S GRANDFATHER: this is where my grandson used to sleep here when he comes down here and he was staying here on leave.

OPPENHEIM: You associated this room with your grandson?

T. TERRAZAS: Absolutely. It was his bedroom.

OPPENHEIM: Jorge Terrazas, Miguel's grandfather, has made something of an indoor memorial for his grandson, including a display of his Marine uniform.

J. TERRAZAS: One thing that really hurts is, you know, 1:00, 2:00 o'clock in the morning, get up, and I find my wife crying right there.

OPPENHEIM: Your wife was here, in tears, in the middle of the night?

Jorge believes there needs to be an investigation into what happened, but there are some things he simply can't believe.

(On camera): Does the idea that Marines could have acted criminally after your grandson died, does that sound impossible to you?

J. TERRAZAS: Not to me. It sounds absolutely impossible.

OPPENHEIM (voice-over): Since the news of the investigation emerged, Miguel's large and close family has been struggling.

J. TERRAZAS: Every time we see that on television, you know, it comes on, there comes my grandson's likeness on the television screen, his name, and it's like it happened yesterday.

OPPENHEIM: It brings all the pain back?

J. TERRAZAS: All the pain back.

OPPENHEIM: And that is making it hard for the family of a fallen Marine to grieve.

Keith Oppenheim, CNN, El Paso.

(END VIDEOTAPE)

COOPER: A fallen hero. Well, these allegations bring back memories for some of one of the darkest moments in the Vietnam War, the My Lai massacre. Here's the raw data.

On March 16th, 1968, American troops killed at least 407 Vietnamese civilians, men, women and children in the village of My Lai. The commander, Lt. William Caley was the only American court martialed for the atrocity. He was sentenced to life. President Nixon freed him three years later.

In Afghanistan, U.S. troops are facing a major threat. A Taliban force trying to make a comeback.

We'll take you on the hunt for Taliban fighters as U.S. forces try to stop Afghanistan from falling apart.

Plus, the real story of what happened to Pro Football Star Pat Tillman. A CNN investigation into how he was killed in the line of duty.

And whole villages flattened, thousands killed. We'll have the latest from Indonesia, a country hit hard by last year's tsunami, now living with another horrible tragedy.

All that and more when 360 continues.

(COMMERCIAL BREAK)

COOPER: Well, on a day like today when bombings in Iraq and rising casualty counts dominate the news, it is easy to lose sight of the fact that U.S. forces are really still fighting two wars.

The other war, the battle in Afghanistan, appeared to be almost finished when the Taliban was booted from power several years ago. A democracy installed.

But as CNN's Brent Sadler reports now, that war is getting tougher every day.

(BEGIN VIDEOTAPE)

BRENT SADLER, CNN CORRESPONDENT (voice-over): The sprawl of Kandahar Airfield, southern Afghanistan.

Regional command headquarters for U.S.-led coalition forces, battling a nationwide surge in attacks by anti-government rebels.

Army pilots inside this U.S. Blackhawk helicopter fly fast and low. Machine gunners have their weapons locked and loaded. Hostile territory below. Snoopy, scans every nook and crevice as the ground whips by.

Mud huts, dried-out gullies and patches of rough terrain, places for the enemy to hide and shoot.

In recent weeks, the pace and scope of insurgent attacks have increased. New Taliban fighters claim U.S. military officials infiltrated from across the border in Pakistan. Taliban groups have mounted coordinated attacks, but suffered heavy losses. Improvised roadside bombs are often aimed at U.S. convoys. Even in previously less dangerous areas where hostile engagements have risen.

COL. FRANK STUREK, COMMANDER TASK FORCE WARRIER: Over the last about two weeks we've had at least one every day, one either direct fire contact or indirect fire, or an IED strike, or we find an IED.

They're not hindering anything that we're doing. We've been very effective against them. I have had not one seriously wounded casualty.

SADLER: U.S. troops who have done much of the heavy lifting since the Taliban were overthrown more than four years ago are now engaged in "Operation Mountain Thrust," a theater-wide effort to crush the Taliban, stabilize the south and instill confidence in a growing multinational effort to prevent Afghanistan sliding backwards.

American soldiers from the 2nd Battalion, 4th Infantry Brigade, based out of Fort Polk, Louisiana mount up. Ready for a possible firefight in Zabol Province.

UNIDENTIFIED MALE: Get into your vehicles now where you're sitting.

SADLER (on camera): When describing this terrain, some 9,000 square miles of dust, rocks and high mountains. The Taliban has largely been suppressed by U.S. forces here in Zabol Province, but the Taliban is by no means defeated.

(Voice-over): Afghanistan is now in the throes of a pivotal transition. From overall American to NATO military command. Supporting a moderate, democratically-elected government in Kabul.

STUREK: We've inserted ourselves in the area where the Taliban has traditionally operated with impunity. And we've been doing that by supporting the Afghan national army, getting out there and being with the people, and it's been successful.

SADLER: But U.S. troops know there's more fighting ahead, amid a quickening tempo of battle.

Brent Sadler, CNN, with U.S. forces in Zabol Province, southern Afghanistan.

(END VIDEOTAPE)

COOPER: Well, the Afghan capital of Kabul had its share of violence yesterday when riots and widespread looting broke out after a military truck plowed into a dozen civilian cars and hit a group of pedestrians.

Now, the military says faulty brakes are to blame for the crash. The cause of the riots, though, is far more complicated than that.

Here's CNN's Barbara Starr. (BEGIN VIDEOTAPE)

BARBARA STARR, CNN CORRESPONDENT (voice-over): The day after riots shook the city, British troops working for NATO took CNN on a foot patrol in this neighborhood called Maro Hill (ph).

For some of Kabul's residents, there is no time to think about rioting and violence. They are too busy just trying to live.

But everyone here knows about the traffic accident that sparked the riot. It began Monday morning after a U.S. military truck crashed into a dozen Afghan vehicles when its brakes failed. An angry mob soon surrounded the U.S. convoy.

BRIGADIER NICK POPE, FIRST U.K. SIGNAL BRIGADE: There was some evidence that a lot of the crowds, which are normal crowds who just arrive on the scene to see what was happening, were incited by a very small group of individuals.

STARR (on camera): Brigadier Nick Pope of the 1st U.K. Signal Brigade has been all around Kabul since the violence broke out.

(Voice-over): When the British patrol asked the local elder how things are going, he says things are terrible. The people here need water. That is their priority.

(On camera): Here in one of Kabul's poorest neighborhoods, the people say they don't want any more violence. They

want security. But they also want military forces to be more careful as they operate around the city.

(Voice-over): It's now estimated that more than 1,000 people may have participated in shooting, rock-throwing, looting and torching. Commanders now believe after the initial car accident, there was a flurry of cell phone traffic across the city, people being called out into the streets.

U.S. troops involved in the initial accident have told their commanders they definitely saw weapons being fired at them from the crowd. And they fired only to defend themselves. And coalition sources say not firing just over the crowd, but into it.

But everyone is shocked at how quickly Kabul, an island of relative stability in Afghanistan, spiraled into violence. People here say it is a sign that many in the country are growing increasingly upset at the U.S. presence, but also feel Afghan President Hamid Karzai's, government has a long way to go before it can assure people of their security.

Barbara Starr, CNN, Kabul, Afghanistan.

(END VIDEOTAPE)

COOPER: Well, it was in Afghanistan that Pat Tillman who quit a pro football career to join the Army was killed back in 2004. Mystery, of course, still surrounds the case. Now a CNN investigation uncovers new and disturbing details about his death.

Plus, we'll take you to the aftermath of Indonesia's earthquake. See what is being done to help the survivors, when 360 continues.

(COMMERCIAL BREAK)

COOPER: Well, Pat Tillman was the professional football player who gave up fame and fortune to fight for freedom. He died violently in Afghanistan on the frontlines, but also in the fog of war.

Tonight, however, we know more. And after this report, so will you. CNN has been investigating what happened to Tillman and what happened when the Army started investigating.

The details take some time to tell, but as Senior Pentagon Correspondent Jamie McIntyre now reports, those details paint a chilling story.

(BEGIN VIDEOTAPE)

JAMIE MCINTYRE, SENIOR PENTAGON CORRESPONDENT (voice-over): Pat Tillman's devotion to duty, honor, country ended with his death in a desolate section of eastern Afghanistan.

ANNOUNCER: A lateral for Pat Tillman!

MCINTYRE: His devotion began when the star safety for the Arizona Cardinals gave up a multimillion dollar pro football deal the day after September 11th. He joined the Army Rangers.

CPL. PAT TILLMAN, U.S. ARMY: My great grandfather was at Pearl Harbor, and a lot of my family has gone and fought in wars and I really haven't done a damn thing as far as laying myself on the line like that. And so I have a great deal of respect for those that have.

MCINTYRE: It would be 26 days after Tillman's memorial service, more than a month after his death, before the Army would publicly acknowledge what the Rangers who were with him in combat knew almost right away. Tillman's death was from friendly fire. He was hit in the head by three bullets fired by American soldiers who say they mistook him for the enemy.

Much, but not all of the story of what went wrong that April day in 2004 can be found in thousands of Army documents obtained by CNN.

Many details from the Army documents are being televised here for the first time. And while the heavily blacked-out documents provide some answers, they also raise substantial questions that three separate Army investigations have failed to resolve.

Tillman's platoon was on a mission in eastern Afghanistan along the Pakistan border. His platoon was trying to flush out enemy Taliban, or al Qaeda fighters.

CNN took these Army topographic maps of the location where Pat Tillman was killed and independently created the first detailed television animation of what happened to Tillman and the Army Rangers that day.

The platoon's problems began with a broken-down humvee, which had to be towed by a local truck and was slowing the platoon. The platoon was split into two groups on orders of a commander at a base far away, according to Army documents.

The split was ordered over the objections of the platoon leader. There was a concern back at the base that the broken humvee was causing unacceptable delays to the mission.

CNN military analyst retired Brigadier General David Grange has commanded Rangers himself and also lost a soldier to friendly fire.

GEN. DAVID L. GRANGE, CNN MILITARY ANALYST: Here you had the senior guy on the ground saying, I don't want to split my force. Someone that's not there on the ground, but on a radio in a tactical operations center is saying, split it. You know, do you take the word of the guy on the ground or not? You know, usually the guy on the ground knows what's going on.

MCINTYRE: Corporal Tillman was with the first group that pressed on, moving safely through a deep canyon and arriving at a small village. The second group with the humvee in tow included Tillman's younger brother, Kevin, who also enlisted with Pat after September 11.

That second convoy led by the truck towing the broken humvee followed a different route, but found the terrain too rugged, so they backtracked and followed the first group deep into the narrow canyon. Though they were just a half hour back, the first group was unaware the second group was coming up behind them. In the canyon, the second group was ambushed from above by enemy fighters.

GRANGE: There was confusion in the force. People were scared. Very restricted terrain. The sun's going down. A lot of shadows. So the light is not dark enough to use night vision goggles, but it's in between.

MCINTYRE: To add to the confusion, in the deep canyon, the two groups lost radio contact. But Pat Tillman's group heard the gunfire back in the canyon and turned back to help. Tillman, as described in his Silver Star citation, showed great courage under fire in leading a small rifle team, including an Afghan soldier, to the top of the ridge to engage the enemy.

Down below, a humvee armed with a .50 caliber machine gun and four soldiers with other weapons pulled out from behind the truck and broken humvee. As they emerged from the canyon, the soldiers in the vehicle were firing with an abandon that one Army investigator would later say demonstrated gross negligence.

The soldiers would later say they thought the enemy was all around them. As they fired in all directions, they began hitting U.S. troops.

Down in the village, the platoon leader was hit in the face and another soldier shot in the leg. From Tillman's position up on the ridge, came anguished cries of alarm. First, the friendly Afghan soldier was shot and killed by the soldiers in the Ranger vehicle. The soldier standing alongside Tillman described what he witnessed in a sworn statement.

UNIDENTIFIED MALE (voice-over): A vehicle with a .50 cal rode into our sight and started to unload on top of us. Tillman and I were yelling, stop, stop! Friendlies. Friendlies, cease-fire! But they couldn't hear us.

MCINTYRE: According to another sworn statement obtained by CNN, the driver of the humvee was initially confused when he saw the Afghan soldier with Tillman on the ridge, then realized others in his humvee were firing on fellow rangers.

UNIDENTIFIED MALE (voice-over): I yelled twice, we have friendlies on top. The crew must have not heard me because my vehicle opened fire on them. I screamed, no! And then yelled repeatedly several times to cease-fire. No one heard me.

MCINTYRE: Tillman threw a smoke grenade to signal they were Rangers and for a few moments it appeared to work.

UNIDENTIFIED MALE (voice-over): We thought the battle was over, so we were relieved, getting up, stretching out, talking with one another, when I heard some rounds coming from the vehicle. They started firing again. That's when I hit the deck and started praying.

MCINTYRE: The soldier hit the deck when the vehicle fired on them again. That's when the soldier says Tillman was hit.

UNIDENTIFIED MALE (voice-over): I know this, because I could hear the pain in his voice as he cried out, cease-fire! Friendlies! I'm Pat Tillman, damn it! He said this over and over again until he stopped.

MCINTYRE: Moments later, a sound caught the attention of the soldier next to Tillman.

UNIDENTIFIED MALE (voice-over): I heard what sounded like water pouring down. I then looked over to see a river of blood coming down from where he was. I had blood all over my shoulder from him and when I looked at him, I saw his head was gone.

(END VIDEOTAPE)

COOPER: Well, he left America to fight terror. Pat Tillman returned wrapped in a flag. Coming up, the search for answers. What documents show about possible negligence and deceit and Army efforts to actually hide the whole truth.

(COMMERCIAL BREAK)

COOPER: It's been two years since former NFL Football Player Pat Tillman was shot to death by his fellow Army Rangers in Afghanistan. And as we've been showing you this evening, there are many unanswered questions about precisely how that happened. And two years later, there's yet another Army investigation under way.

CNN Senior Pentagon Correspondent Jamie McIntyre and CNN Senior Investigative Producer Scott Bronsteen (ph) have combed through thousands of documents. And what they found includes accusations of negligence and deceit.

Here again, Jamie McIntyre.

(BEGIN VIDEOTAPE)

MCINTYRE: Two years and three investigations have produced a mountain of files. But there is still a long list of unanswered questions about the death of Pat Tillman at the hands of his fellow Rangers. Why were Tillman's body armor and uniform burned by his fellow soldiers after he was killed? Why did some soldiers change their testimony from investigation to investigation? And should some Rangers have faced courts martial?

COL. JOSEPH G. CURTIN, U.S. ARMY SPOKESMAN: But simply put, the family is not satisfied with the information they're getting and they have asked for more details. And simply put, we owe the family honest answers.

MCINTYRE: In part because of the family's anger and disillusionment, the Pentagon has launched a fourth investigation, a criminal probe into whether Tillman's death was negligent homicide, as well as a separate review of whether the Army engaged in any intentional deception.

(on camera): It's been two years. Is there an excuse for this taking that long?

EUGENE R. FIDELL, ATTORNEY, MILITARY LAW PROFESSOR: I can't think of one.

MCINTYRE (voice-over): Eugene Fidell represents military clients in his private practice and teaches military justice at American University in Washington. He reviewed the Tillman documents at CNN's request, examining the charge made by one investigator that stories changed after his initial probe.

(On camera): Is there anything here that could be considered a smoking gun?

FIDELL: I don't know that we have a smoking gun at this point. What we do have is an initial investigator who thought that there should be, let's say, a serious look at criminal negligence. We have people changing their stories. We have somebody being given a grant of immunity.

MCINTYRE (voice-over): In the documents the Army blacked out names and other identifying information. So it's unclear exactly whose testimony changed and when.

But the initial investigation conducted by an Army captain CNN has identified as Richard Scott contains much harsher judgments than those reached in a later probe by a one star general.

Tillman had climbed onto a ridge to help his fellow Rangers fight an enemy ambush, when he, another Ranger and an allied Afghan soldier with him were fired on from a U.S. Army humvee coming out of the canyon.

In a sworn deposition given five months after Tillman's death, Captain Scott says from his investigation, it was clear.

UNIDENTIFIED MALE, TESTIMONY OF CAPT. RICHARD SCOTT: The stories have changed. They have changed to, I think, help some individuals.

MCINTYRE: Scott states that in the retelling, some distances have grown longer, some lighting conditions worse and even the position of the allied Afghan soldier changed. In his deposition, Captain Scott says of one soldier in the lead vehicle that fired on Tillman...

UNIDENTIFIED MALE, TESTIMONY OF CAPT. SCOTT: I think he demonstrated gross negligence. He recognized the individual, the Afghan soldier, wasn't shooting in his direction, but he shot and killed him anyway.

MCINTYRE (on camera): In this stack right here that we were looking at, this is where one of the first investigators offers his opinion when he's being questioned that there might be gross negligence involved in this. How significant is that?

FIDELL: It's quite significant because that original investigation was the one closest in time to the events in controversy by an individual who caught witnesses, presumably when their memories were fresh and expresses the opinion that gross negligence had been committed.

MCINTYRE (voice-over): Captain Scott notes the Rangers in the lead vehicle firing on Tillman were not being shot at themselves at the time. And that, quote...

UNIDENTIFIED MALE, TESTIMONY OF CAPT. SCOTT: There were numerous attempts to signal to that lead vehicle that the friendlies were up on that ridge line.

MCINTYRE: The documents show the numerous attempts included soldiers yelling into radios to cease fire, Tillman's smoke grenade, the driver of the vehicle yelling to cease fire and finally Tillman and the soldier next to him waving their arms frantically over their heads. But the firing continued with no attempt to properly identify the targets. It was, in the opinion of Captain Scott, a lack of discipline that should have brought serious punishment.

UNIDENTIFIED MALE, TESTIMONY OF CAPT. SCOTT: The other difficult thing, though, was watching some of these guys getting off with what I thought was a lesser of a punishment than what they should have received.

GRANGE: If someone lied under oath on the investigation to cover themselves or cover someone else, that's inexcusable.

MCINTYRE: One key decision occurred early on, when after a humvee broke down and had to be towed, officers far away ordered the platoon split up. That, over the objections of the platoon leader. The documents show the officer who made the original decision to split the platoon was later granted limited immunity to change his testimony about who above him knew about his order. He would later explain that it was only a clarification of his original testimony. But both Mr. Fidell and General Grange found the grant of immunity unusual.

GRANGE: The immunity issue does raise a few red flags because, I mean, why -- unless they had accurate statements, why would you have to give immunity to anyone?

MCINTYRE: And on the issue of Tillman's uniform, which was burned by soldiers after his death? Well, the Army's most recent investigation concludes Tillman's uniform and body armor should have been preserved. It disputes the idea it was burned in an attempt to cover anything up. The soldiers thought they were disposing of a biohazard. The Army says so far seven soldiers have received various reprimands.

CURTIN: There were three officers and four enlisted personnel that were -- all of them were disciplined, all received administrative reprimands. One soldier was demoted and fined and three others were dismissed from the Ranger regiment itself.

MCINTYRE (on camera): While no one was found grossly negligent nor less than truthful in the follow-up investigations, more serious charges could result from the ongoing probe, which is looking at questions of criminal negligence, intent to cover up and the awarding of Tillman's Silver Star.

(Voice-over): But to some legal experts, the punishments in the Tillman case so far seem light.

FIDELL: The punishments that have imposed have been on relatively junior people and they have been relatively informal, non- judicial punishments, non-record punishments, things that never leave the unit or simply firing somebody from the Rangers. To a Ranger that's a big deal, but it's not like going to the disciplinary barracks at Fort Leavenworth, for example.

MCINTYRE: And the Army says it learned a lesson from the delay in notifying the Tillman family about how their son died. The Army now has new procedures to ensure suspected friendly fire deaths are reported right away.

CURTIN: The unit erred on the side of caution to get all the facts first to determine that indeed a friendly fire event had occurred. And that shouldn't have happened. In hindsight, as soon as it was suspected, they should have told the family about it.

MCINTYRE: The Army has expressed its deepest regrets to the Tillman family and is promising the fullest accounting possible.

CURTIN: The bottom line is, we will go where the truth leads us and we will get the answers to the best of our ability.

MCINTYRE: For some of Pat Tillman's family that promise rings hollow. After being led to believe he was killed by the enemy, even awarded a posthumous silver star, they wonder if any government investigation will ever reveal any of it. Who killed Pat Tillman? Exactly why it happened and why it's been such a struggle simply to learn the truth.

Jamie McIntyre, CNN, the Pentagon.

(END VIDEOTAPE)

COOPER: Well, we will continue to follow the investigation.

In central Indonesia, the death toll from Saturday's earthquake is now more than 5,700. Entire towns were flattened. And now it's a race against time to find survivors and treat the injured. We'll have the latest on the relief efforts and an

update on the damage.

Also, another "Dispatch From the Edge." I filed it from Sri Lanka, 18 months ago after the tsunami. We'll look back and give you an update on where things stand today, next on 360.

(COMMERCIAL BREAK)

COOPER: In central Indonesia, U.S. military personnel began arriving today to set up a field hospital. The death toll from Saturday's earthquake climbed to more than 5,700. The magnitude 6.3 quake flattened whole villages, leaving thousands, perhaps even tens of thousands of people, homeless. When death came early Saturday, it came without warning. Many people were still asleep in their homes. Those who survived, for them, it is now a race against time.

Dan Rivers reports.

(BEGIN VIDEOTAPE)

DAN RIVERS, CNN CORRESPONDENT (voice-over): The desperate need is now being met by a huge response. A nerve center has been set up in the worst hit district of Bantu. Eight agencies from around the world are here to help. Medical supplies are among the thousands of boxes being sent out to remote villages. Staff, using any available vehicle they can lay their hands on. Local cars driven by local people, packed with a life-saving cargo. A fleet of helicopters is also in operation, vital to cut down journey times and deliver supplies fast.

The man overseeing it all says the situation's not as desperate as it was in the province of Aceh after the tsunami.

BO ASPLUND, U.N. AID COORDINATOR: Aceh was a very different situation. The local administration was basically wiped out. Here, they're in control and running things. The infrastructure here has not been damaged anywhere near the situation in Aceh. So it's an easier context within to work. RIVERS (on camera): But many villages here have suffered awfully. This is Banda Jawa (ph). We felt one of the numerous aftershocks which continually unnerved this traumatized community, sending them often fleeing from the rubble.

Of the 50 houses in this village, 49 of them have been completely destroyed, reduced to just piles of rubble. Only one has survived, and that belongs to the village chief. It's over there. And the reason that's still standing is because it's made of reinforced concrete.

(Voice-over): But most poor farmers here can't afford steel rods to make their houses strong. Already they're cleaning off the bricks, ready to rebuild the same insubstantial structures which just proved so deadly.

This village has received no help yet. Its inhabitants forced to scavenge through the rubble for anything worth salvaging. The task for the aid agencies is huge -- getting to the most vulnerable and trying to end their misery.

Dan Rivers, CNN, Bantu, Indonesia.

(END VIDEOTAPE)

COOPER: Almost a year and a half ago an earthquake off the western coast of Indonesia touched off the tsunami that ended up killing more than 200,000 people.

Tonight, an update on one of the countries that was in its path, Sri Lanka. I went to Sri Lanka days after the tsunami struck. And I write about the experience in my new book which just came out last week, "Dispatches from the Edge: A Memoir of War, Disasters and Survival."

Tonight's dispatch takes us back to Sri Lanka, a little more than a week after the tsunami, when we were searching for two missing children.

(BEGIN VIDEOTAPE)

COOPER (voice-over): Their faces silently stare from the front page a Sri Lankan paper, 5-year-old Jennia Dari (ph) and her 7-year- old brother Sunara (ph), shown here with their parents. The paper alleges the kids were kidnapped after being rescued from the tsunami.

(On camera): We set out to discover what really happened to these two kids.

(Voice-over): We drove to where they were last seen, the town of Galle, where more than 1,000 people died. Sunara (ph) and Jennia Dari (ph)They were in a car with their parents on a family vacation when the tsunami hit.

(On camera): Ananda DaSilva (ph) saw the car submerged in this ditch. UNIDENTIFIED MALE: They came and tried to turn this car.

COOPER: They were actually -- they were down in the water trying to turn the car over.

UNIDENTIFIED MALE: Yes.

COOPER (voice-over): The newspaper claimed the Sunara (ph) and Jennia Dari (ph) were alive when they were pulled from the water. DaSilva (ph) remembers it differently.

You think both of them were dead?

UNIDENTIFIED MALE: Yes. Four of them were – died, definitely.

COOPER: The newspaper said a man on a motorbike took the kids away, hinting he was a kidnapper. But eyewitnesses led us to this man, Lul Hamisiri (ph). He tried desperately to save the little Jennia Dari's (ph) life.

LUL HAMISIRI (ph) (through translator): I saw the child laying on the ground and immediately I picked up the child and gave her mouth to mouth.

COOPER: Hamisiri (ph) took Jennia Dari (ph) to a nearby hospital, even though he says she was already dead. Jennia Dari's (ph) brother, Sunara (ph), was found half an hour later, underwater. Eyewitnesses insist he was dead. His body handed over to Sri Lankan soldiers.

We went to the hospital where Hamisiri (ph) says he gave Jennia Dari's (ph) body to doctors. When we got there, it was easy to see why any record of her arrival was impossible to find. The hospital was a washed out shell, nearly destroyed by the surging ocean. Before we left, the head of the hospital confirmed what all other eyewitnesses had told us. Jennia Dari (ph) was dead.

(On camera): So the girl is dead? 100 percent?

UNIDENTIFIED FEMALE: Yes.

COOPER (voice-over): The hospital told us where she was likely buried, at the end of a dirt road in a freshly dug mass grave. No grave markers showed the spot, just rubber gloves of morgue workers left behind, a sandal buried in the mud.

This is the final resting place of more than 1,000 people. Likely among them, 5-year-old Jennia Dari (ph) and her 7-year-old brother, Sunara (ph), children, who it turns out, were not kidnapped, not sold into slavery. Two little children who were simply swept away.

(END VIDEOTAPE)

COOPER (on camera): The tsunami killed more than 35,000 people in Sri Lanka; 14 of the country's 28 districts suffered damage. But 18 months later, the country is seeing some progress. One measure, shelter. Thousands were left homeless, of course, by the waves. More than 103,000 homes were destroyed. Since then, nearly 9,000 new homes have been built. And more than 32,000 are still under construction.

Still, there are concerns that growing violence by Tamil rebels in the country could hurt the process. And there have been a growing number of attacks and the violence there is escalating.

We're going to have more "Dispatches from the Edge" in the days ahead.

Coming up, another reason why new college grads need jobs. Most of them, it turns out, owe big bucks on their student loans. Take a guess what the average debt is. We'll have the answer when 360 continues.

(COMMERCIAL BREAK)

COOPER: Coming up, we'll look at what's "On the Radar."

First, Erica Hill, from "HEADLINE NEWS," has some of the business stories we're following – Erica.

ERICA HILL, CNN CORRESPONDENT: Anderson, U.S. stocks tumbled today as oil prices rose. The dollar fell and Wal-Mart released a disappointing sales report. The Dow dropped 184 points, the S&P 500 fell 20, and the NASDAQ lost almost 46.

Meantime, President Bush nominated Henry Paulson, the chairman and CEO of Goldman Sachs, to replace Treasury Secretary John Snow. Paulson is a 32-year Wall Street veteran, a former Nixon administration official, and a big contributor to Republican candidates.

And lots of diplomas swimming in red ink. Two out of three you undergraduate students are going into debt to go to college. The Department of Education data from a dozen states shows the average debt now stands at more than $19,000. Most often, it's due to the federal government, Anderson. I've got a chunk of that myself still.

COOPER: Erica, thanks.

"On the Radar" tonight, our special hour last night on "The Da Vinci Code," a lot of reaction on the blog, especially to

Tom Foreman's piece on Leonardo Da Vinci, himself, and where he ranks among great men in history.

Rodney in Milwaukee says someone else should top the list. "Thomas Jefferson -- The father of modern democracy. What else has had a greater effect on the state of the world today?"

In Marshfield, Massachusetts, Penny writes, "I think Gandhi should make the list."

From Kathleen in Aberdeen, New Jersey, "Jesus Christ. No other name stirs more controversy...and no other name brings more hope!"

But Christine in Canton, Ohio, is torn. "Hmmmmm," she writes, "I am trying to decide between Albert Einstein and Lou Dobbs."

Yikes! On the blog, in the headlines and "On the Radar" tonight.

More of 360 in a moment. Stay with us.

(COMMERCIAL BREAK)

COOPER: Tomorrow on "AMERICAN MORNING," a former Marine fights back after being attacked by a gang of thugs while walking home. Quick on his feet, the Marine killed one of the criminals, scared off the rest with a pocket knife. He's being hailed as a hero. He thinks otherwise.

(BEGIN VIDEO CLIP)

THOMAS AUTRY, FORMER MARINE: In no way, shape or form am I a hero. At the most, I'm just a victim of circumstance. You know, I don't believe that I should be called a hero. It's people out there doing stuff really for kids and people and nations. And none of that happened last night.

(END VIDEO CLIP)

COOPER: See the rest of CNN's exclusive interview with the victim tomorrow on "AMERICAN MORNING," starting at 6:00 a.m., Eastern.

Thanks for watching 360.

"LARRY KING" is next with an exclusive interview with a legendary actress, Elizabeth Taylor.

See you tomorrow.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**International Edition**    Languages    **CNN TV**    **CNN International**    **Headline News**    **Transcripts**    **Advertise with Us**    **About Us**

**SEARCH**    ◉ THE WEB  ○ CNN.COM    [ Search ]    powered by YAHOO! SEARCH

© 2006 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

External sites open in new window; not endorsed by CNN.com
[Pipeline] Pay service with live and archived video. Learn more
Download audio news | Add RSS headlines