**May 19, 2006**
**Friday**

| | |
|---|---|
| All Day | JH - Annual Leave |
| 9:00 AM - 9:00 AM | House Meets |
| 6:00 PM - 6:00 PM | Pick up at apartment<br>Sunny Sedan<br>202 393-8282<br><br>CNN-Beth--202 898-7938 |
| 7:00 PM - 7:00 PM | Live appearance on CNN-Wolf Blitzer |

## May 30, 2006
### Tuesday

| Time | Event |
|---|---|
| 7:00 AM - 7:30 AM | Memorial Day District Work Period |
| 7:15 AM - 7:45 AM | Live Interview with Good Morning America (ABC) |
| 12:00 PM - 12:30 PM | Live Interview with NPR |
| 4:00 PM - 4:30 PM | Interview with Wolf Blitzer for The Situation Room (CNN) - to be aired at 4:15pm |
| 8:00 PM - 9:00 PM | Interview with Paula Zahn to be aired between 8 & 9 pm (do not have exact time) |
| 11:00 PM - 11:30 PM | Interview with Anderson Cooper 360 (CNN) to be aired |