IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK D. WUTERICH, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-1366 (RMC) |
| JOHN MURTHA, Congressman, | ) |
| Defendant. | ) |

## WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Wuterich v. Murtha</u>, pending in the United States Court for the District of Columbia, Civil Action No. 06-1366 (RMC), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant United States Congressman John Murtha was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

May 7, 2007

_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney
Chief, Civil Division