## DECLARATION OF JOHN FILAMOR

1. I am a citizen of the United States and more than 18 years of age. I have first-hand personal knowledge of the facts set forth in this Declaration based on a review of the records of the Office of the General Counsel for the U.S. House of Representatives, which are records kept in the ordinary course of business.

2. I currently serve as an Assistant Counsel in the Office of the General Counsel for the U.S. House of Representatives and have served in this capacity since December 2001. As an Assistant Counsel, one of my responsibilities is to handle administrative claims submitted under the Federal Tort Claims Act (FTCA), and related issues.

3. According to the records of the Office of the General Counsel for the U.S. House of Representatives, Frank Wuterich has not filed any FTCA claims with the House of Representatives.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of May, 2007.

_____
John Filamor