**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANK D. WUTERICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1366 (RMC) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, the opposition thereto, the reply in support thereof, applicable law, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED that defendant's motion is GRANTED, and it is further

ORDERED that the United States is substituted as the sole defendant in this action and this matter is DISMISSED WITH PREJUDICE.  This is a final, appealable order.

SO ORDERED.

                                                                       ROSEMARY M. COLLYER
                                                                        United States District Judge