UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANK WUTERICH           *
                         *
    Plaintiff,           *
                         *
    v.                   *    Civil Action No. 06-1366 (RMC)
                         *
JOHN MURTHA              *
                         *
    Defendant.           *
                         *
*   *   *   *   *   *   *   *   *   *   *   *

**PLAINTIFF'S CONSENTED-TO MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

NOW COME Plaintiff, by and through his undersigned counsel, to respectfully request from this Court an extension up to and including June 8, 2007, in order to file a response to the defendants' Motion to Dismiss (filed May 7, 2007).

The undersigned counsel, who is a solo practitioner, has been seriously ill for more than two months and has been out of the office for a significant period of that time. Recovery time has been slow but is now ongoing. As a result numerous delays and extensions have been requested in multiple cases and counsel is catching up on these deadles. They include, but are not limited to, such matters as <u>Rempfer et al. v. United States Air Force et al.</u>, Civil Action No. 05-2350 (D.D.C.)(pending Motion to Dismiss briefing); <u>Jane Doe et al. v. CIA et al.</u>, C.A. No. 07-___ (2nd Cir)(pending appeal briefing arising from state secrets litigation); <u>In re John Doe</u>, C.A. No. 07-00004 (5th Cir)(pending appeal briefing); <u>Peter B. v. CIA</u>, Civil Action No. 06-1652 (D.D.C.)(pending Motion to Dismiss/Transfer briefing), and numerous administrative proceedings involving termination and security clearance appeals throughout the federal system. Finally, counsel is also in the process of moving his law office, which must occur by the end of this month.

Defendants' counsel has consented to this extension. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   May 17, 2007

                                      Respectfully submitted,
                                              /s/
                                    _____
                                    Mark S. Zaid, Esq. (D.C. Bar #440532)
                                    Mark S. Zaid, P.C.
                                    1920 N Street, N.W., Suite 300
                                    Washington, D.C. 20036
                                    (202) 454-2809
                                    ZaidMS@aol.com

                                    Attorney for the Plaintiff