## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK WUTERICH | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 06-1366 (RMC) |
| JOHN MURTHA | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of May 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before June 8, 2007, to submit his responsive document.

_____
UNITED STATED DISTRICT JUDGE