**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRANK WUTERICH | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1366 (RMC) |
| | * | |
| JOHN MURTHA | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO VACATE OR STRIKE**
**DEFENDANT'S WESTFALL CERTIFICATION AND FOR DISCOVERY**

Plaintiff Frank Wuterich, by and through his undersigned counsel, respectfully submits his Motion to Vacate or Strike Defendant's Westfall Certification and for Discovery. In support of this Motion, Wuterich hereby adopts those arguments set forth in his Memorandum of Law in Support of Plaintiff's Opposition to Motion to Substitute Defendant and Dismiss for Lack of Subject Matter Jurisdiction that has been contemporaneously filed herein.

A proposed Order also accompanies this Motion.

Date:   June 8, 2007

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Mark S. Zaid, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Mark S. Zaid, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1250 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　　　　　　　(202) 454-2809
　　　　　　　　　　　　　　　　　　　　　　　ZaidMS@aol.com

　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF