**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANK WUTERICH | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 06-1366 (RMC) |
| | * |
| JOHN MURTHA | * |
| | * |
|     Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of plaintiff's Motion to Vacate or Strike Defendant's Westfall Certification and for Discovery, and it appearing that the relief prayed is just and appropriate, it is this _____ day of _____ 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the defendant's Westfall Certification is hereby stricken from the record; and

FURTHER ORDERED, that the plaintiff may engage in discovery consistent with the parameters set forth by this Court in its accompanying Memorandum Opinion.

_____
UNITED STATED DISTRICT JUDGE