# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANK D. WUTERICH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1366 (RMC) |
| v. | ) | |
| | ) | |
| JOHN MURTHA, | ) | |
|   Congressman, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT'S CONSENT MOTION TO FILE A
## REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the United States of America, on behalf of Congressman John Murtha, and through undersigned counsel, respectfully moves this Court to enlarge the time within which defendant may file a reply in support of defendant's motion to dismiss until July 9, 2007. This is defendant's first extension for this reply and plaintiff consents to the extension sought herein.

In support of this motion, defendant states the following: due to other case-related commitments on undersigned counsel, counsel has not yet been able to prepare a proper response to plaintiff's opposition to defendant's motion to dismiss. The extension requested herein will permit counsel to do so. Accordingly, defendant requests that the Court extent defendant's reply in support of the reply in support of the motion to dismiss until July 9, 2007.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the requested extension.

June 18, 2007                           Respectfully submitted,


                                        ⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                                        United States Attorney


                                        ⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                        RUDOLPH CONTRERAS, DC BAR #434122
                                        Assistant United States Attorney


                                        ⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                        JOHN F. HENAULT, D.C. Bar # 472590
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, DC 20530
                                        (202) 307-1249
                                        (202) 514-8780 (facsimile)