**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANK D. WUTERICH, ) | |
| ) | |
| Plaintiff, ) | No. 06-1366 (RMC) |
| v. ) | |
| ) | |
| JOHN MURTHA, ) | |
| Congressman, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

This matter comes before the Court on defendant's consent motion for an extension of time to file a reply in support of the motion to dismiss. After considering the motion and the record herein, it is, this ____ day of _____ 2007, hereby

ORDERED, that defendant's motion is GRANTED. Defendant shall file a reply in support of the motion to dismiss on or before July 9, 2007.

_____
Rosemary M. Collyer
United States District Judge

cc:   Counsel of record via ECF