**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANK D. WUTERICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-1366 (RMC) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Strike the Scope Certification, the opposition thereto, the reply in support thereof, applicable law, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED that Plaintiff's Motion is Denied

SO ORDERED.

_____
ROSEMARY M. COLLYER
United States District Judge