**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANK D. WUTERICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | No. 06-1366 (RMC) |
| ) | |
| JOHN MURTHA, ) | |
| Congressman, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

On May 7, 2007, the United States and Congressman John Murtha filed a Motion to Substitute Defendant and Dismiss for Lack of Subject Matter Jurisdiction. Oral argument on this motion is currently set for September 28, 2007 at 2 pm before this Court.

Since the filing of defendant's motion, Judge Bates of this Court issued his decision in the Wilson v. Libby, No. 06-1258 (JDB) matter. That decision is reported at Wilson v. Libby, 498 F. Supp. 2d 74 (D.D.C. 2007). The United States and Congressman Murtha hereby file this notice of supplemental authority to provide the Court and plaintiff notice that the United States and Congressman Murtha intend to rely on Judge Bates' decision in the Wilson matter at argument in this case.

September 27, 2007                              Respectfully submitted,


                                                _____/s/_____
                                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                United States Attorney

                                                _____/s/_____
                                                RUDOLPH CONTRERAS, DC BAR #434122
                                                Assistant United States Attorney

                                                _____/s/_____
                                                JOHN F. HENAULT, D.C. Bar # 472590
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W. - Civil Division
                                                Washington, D.C.  20530
                                                (202) 307-1249
                                                (202) 514-8780 (facsimile)