# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK D. WUTERICH, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-1366 (RMC) |
| JOHN MURTHA, Congressman, | ) |
| Defendant. | ) |

## NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE

Please **enter** the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action and **withdraw** the appearance of Assistant United States Attorney John Hanault, Jr.

Respectfully submitted,

/s/ John Hanault, Jr.
JOHN HANAULT, JR., D.C. Bar #472590
Assistant United States Attorney

/s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843