UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK D. WUTERICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1366 (RMC) |
| ) | |
| JOHN MURTHA, ) | |
| Congressman, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF APPEAL

Notice is hereby given this 16th day of November, 2007, that Defendants, the Honorable John Murtha, and the United States of America hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the oral Order entered on September 28, 2007, denying the certification and substitution of the United Sates of America as defendant in this matter.

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843