AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FRANK D. WUTERICH )
        Plaintiff(s) ) **APPEARANCE**
                           )
                           )
        vs. ) CASE NUMBER 06-1366 (RMC)
JOHN MURTHA )
                           )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Bradley P. Moss   as counsel in this
                                      (Attorney's Name)

case for:   Frank D. Wuterich
               (Name of party or parties)

*[signature]*

1/31/08                                   Signature
Date

                                     Bradley P. Moss
975905                                   Print Name
BAR IDENTIFICATION             1250 Connecticut Avenue, NW Ste. 200
                                     Address

                                   Washington   DC      20036
                                   City          State         Zip Code

                                   (202) 907-7945
                                   Phone Number