UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK D. WUTERICH, )<br>   )<br>         Plaintiff, )<br>   )<br>   v. )<br>   )<br> JOHN MURTHA, )<br>   Congressman, )<br>   )<br>         Defendant. )<br>_____) | No. 06-1366 (RMC) |

**NOTICE TO THE COURT**

Pursuant to the Order of this Court, dated December 17, 2007 (Dkt. No. 18), Defendants John Murtha and the United States of America hereby notify the Court that the Defendants have identified all documents within Defendant John Murtha's possession that are responsive to the Plaintiff's discovery requests, have segregated the documents, and have placed the documents in a secured facility so as to ensure that none are lost or destroyed.

        Respectfully submitted,


          /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney


          /s/ Rudolph Contreras
        RUDOLPH  CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney


          /s/ Darrell C. Valdez
        DARRELL C. VALDEZ, D.C. BAR # 420232
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W., Civil Division
        Washington, D.C.  20530
        (202) 307-2843